UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MASP, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:23-CV-04247-JPB |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Protective Order and Leave to Proceed Anonymously [Doc. 5]. The motion is **GRANTED**. This Court finds that Plaintiffs' privacy and safety interests outweigh the public's interest in knowing the identify of Plaintiffs.

**IT IS HEREBY ORDERED** that all materials, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiffs as A.J. and Q.C., with no other additional identifying information. The Court **FURTHER ORDERS** that all materials, documents, pleadings, exhibits and evidence of any kind filed in this case referring to any witness identified by counsel for either party as a victim of sex trafficking or a suspected victim of sex trafficking shall refer to those witnesses by pseudonymous initials only.

Upon entry of this Order, Plaintiffs shall privately disclose their names to Defendant. Defendant shall also be able to conduct discovery using Plaintiffs' or witnesses' names; however, for any documents that are publicly filed, the names of Plaintiffs and all witnesses identified or suspected of being sex trafficking victims shall be redacted or referred to only by the appropriate pseudonymous initials.

**SO ORDERED** this 12th day of October, 2023.

J. P. BOULEE
United States District Judge