IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.J. and Q.C., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:23-cv-04247-JPB |
| | : | |
| MASP, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# PLAINTIFFS' NOTICE OF VIDEO DEPOSITION
# OF NARMADA PATEL

PLEASE TAKE NOTICE that counsel for Plaintiffs will take the videotaped deposition of Narmada Patel on July 31, 2024, at 12:00 p.m. Eastern Daylight Time, via Zoom. The deposition will be taken under cross-examination before an officer duly authorized to administer oaths, by stenographic and videographic means, and will be taken for discovery, for use at trial and for all permissible purposes. The oral examination will continue from day to day until completed. Opposing counsel may attend and examine.

**Exhibits**. Documents used during the deposition will be shown to all parties simultaneously using the screen share feature provided by Zoom.  At the end of the deposition, copies of all documents used will be organized by noticing counsel and emailed to the Court Reporter.

1

**Record.** The Court Reporter, consistent with the rules relating to the take down of deposition testimony, will provide the official transcript of the deposition in the usual course and manner. The Court Reporter will administer the oath via video. The deposition may also be recorded by video via zoom.

Respectfully submitted this 8th day of July, 2024.

**ANDERSEN, TATE & CARR, P.C.**

**/s/ Jonathan S. Tonge**
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorney for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the within and foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

Respectfully submitted this 8th day of July, 2024.

        **ANDERSEN, TATE & CARR, P.C.**

        ***/s/ Jonathan S. Tonge***
        Patrick J. McDonough
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        Jonathan S. Tonge
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        Jennifer M. Webster
        Georgia Bar No. 760381
        jwebster@atclawfirm.com
        *Attorney for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 8th day of July, 2024.

                **ANDERSEN, TATE & CARR, P.C.**

                ***/s/ Jonathan S. Tonge***
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorney for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile