IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. and Q.C., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION FILE NO. 1:23-cv-04247-JPB |
| MASP, LLC, | : |
| Defendant. | : |

# [PROPOSED] AMENDED SCHEDULING ORDER

HAVING REVIEWED the parties' Joint Motion to Amend the Scheduling Order to Include Expert Discovery, and finding good cause, the Court enters the following:

(a) The parties' expert disclosures to be served on September 13, 2024;

(b) Rebuttal expert disclosures to be served on October 11, 2024; and

(c) Dispositive motions and Daubert motions to be filed by November 8, 2024.

**SO ORDERED**, this _____ day of _____, 2024.

_____
**J.P. BOULEE**
United States District Judge

1

Consented and Prepared by:

ANDERSEN, TATE, & CARR, P.C.
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Telephone: (770) 822-0900
Facsimile: (770) 822-9680
*Attorneys for Plaintiffs*

SWIFT, CURRIE, McGHEE & HIERS
Kori E. Wagner
Georgia State Bar No. 155438
kori.wagner@swiftcurrie.com
Marissa H. Merrill
Georgia State Bar No. 216039
marissa.merrill@swiftcurrie.com
Tracy A. Gilmore
Georgia State Bar No. 633193
tracy.gilmore@swiftcurrie.com
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 888-6162
Facsimile:  (404) 888-6199
*Attorneys for Defendant*