UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. and Q.C.,<br><br>    Plaintiffs,<br><br>v.<br><br>MASP, LLC,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:23-CV-04247-JPB |

### **ORDER**

This matter is before the Court on the parties' Joint Motion to Amend the Scheduling Order [Doc. 47].  This Court finds as follows:

Plaintiffs filed this action against Defendant on September 20, 2023.  [Doc. 1].  Pursuant to this Court's Scheduling Order, the parties were given six months to complete discovery.  [Doc. 13].  As a result, discovery was originally scheduled to close on May 16, 2024.

On March 28, 2024, the parties filed a Joint Motion for Extension of Deadlines in the Scheduling Order (the "First Motion for Extension") requesting an extension of three months for fact discovery followed by two additional months for expert to discovery.  [Doc. 23].  On April 2, 2024, the Court granted the First Motion for Extension in part and extended the discovery deadline by three months.

See April 2, 2024 Docket Entry.  The Court warned the parties that, given the lengthy period of discovery, future extensions were unlikely.  Id.

Based on the Court's April 2, 2024 Order, the discovery period is currently set to close on August 14, 2024, with dispositive motions due on September 13, 2024.  On July 26, 2024, the parties filed the instant Joint Motion to Amend the Scheduling Order to Include Expert Discovery (the "Second Motion for Extension") seeking to extend discovery through October 11, 2024, with dispositive motions and Daubert motions due on November 8, 2024.  [Doc. 47].  The parties seek an additional extension because "the inclusion of expert discovery is necessary for the resolution of this case."  Id. at 2.  Given that the Court's April 2, 2024 extension was intended to include expert discovery, the Court is not willing to grant the full extension.  Some extension, however, is appropriate, and therefore the Motion [Doc. 47] is **GRANTED IN PART**.

**IT IS HEREBY ORDERED** that the deadline for dispositive motions and Daubert motions is extended through October 11, 2024.  The Court defers to the parties to set agreed-upon deadlines for fact discovery and expert discovery within the provided time period.

**SO ORDERED** this 1st day of August, 2024.

_____
**J. P. BOULEE**
United States District Judge