# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| A.J. and Q.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO.: 1:23-CV-04247-JPB |
| MASP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Rule 5.4 of the Local Civil Rules, the undersigned does hereby certify that I have served a true and correct copies of the following:

1. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Baymont Inn and Suites;*

2. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Days Inn By Windham*

3. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Extended Stay America;*

4. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Knights Inn Lithonia;*

5. *Subpoena to Produce Documents, Information, or Objects or to Permit*

*Inspection of Premises in a Civil Action: Knights Inn Tucker;*

6. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Master's Inn;*

7. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Motel 6;*

8. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Quality Inn Marietta;*

9. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Quality Inn Duluth;*

10. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Red Roof Inn;*

11. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action: Studio 6* amongst all parties via United States Mail and/or electronic transmission as follows:

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
Andersen, Tate & Carr, P.C.
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

- 3 -

This 14th day of August, 2024.

        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

    By:  */s/ Marissa H. Merrill*
       KORI E. WAGNER
       Georgia State Bar No. 155438
       MARISSA H. MERRILL
       Georgia State Bar No. 216039
       TRACY A. GILMORE
       Georgia State Bar No. 633193
       *Attorneys for Defendant*

1420 Peachtree Street, N.E. Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1 (C)**

This is to certify that the foregoing submission to the court was prepared using Times New Roman 14 point in accordance with LR 5.1(C).

This 14th day of August, 2024.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:  */s/ Marissa H. Merrill*
KORI E. WAGNER
Georgia State Bar No. 155438
MARISSA H. MERRILL
Georgia State Bar No. 216039
TRACY A. GILMORE
Georgia State Bar No. 633193
*Attorneys for Defendant*

1420 Peachtree Street, N.E. Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

4874-0277-7304, v. 1

- 4 -