IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.J. and Q.C., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:23-cv-04247-JPB |
| | : | |
| MASP, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT'S RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY**

**COMES NOW** MASP, LLC, Defendant in the above-styled action, and in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, makes the following disclosure of expert testimony:

Defendant hereby discloses the following expert witnesses who Defendant anticipates calling to testify at trial:

1. Kimberly Mehlman-Orozco, Ph.D.
   (703) 362-9405
   kim@mehlmanorozco.com

A copy of the signed written report of Dr. Mehlman-Orozco is attached hereto as Exhibit "A". A copy of this report is also being served this day upon counsel.

Defendant respectfully reserves the right to supplement and amend its expert disclosures, and the attached reports, as discovery continues and as Plaintiff's experts are deposed.

Respectfully submitted this 14th day of August, 2024.

        **SWIFT, CURRIE, McGHEE & HIERS**

        */s/ Marissa H. Merrill*
        _____
        Kori E. Wagner
        Georgia Bar No. 155438
        Marissa H. Merrill
        Georgia Bar No. 216039
        Tracy A. Gilmore
        Georgia Bar No. 633193
        ***Attorneys for Defendant MASP, LLC***

1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia  30309
TEL:  (404) 874-8800
FAX: (404) 888-6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF FONT & CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was prepared in Times New Roman 14-point font in conformance with Local Rules 5.1C and 7.1(D), and that I have served a copy of **DEFENDANT'S RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY** with the Clerk of Court via electronic transmission using the CM/ECF system and served a copy of the foregoing electronically upon all parties of record via CM/ECF:

Patrick J. McDonough
Jonathan S. Tonge | Tyler Dillard
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com | tdillard@atclawfirm.com

This 14th day of August, 2024.

**SWIFT, CURRIE, McGHEE & HIERS**

*/s/ Marissa H. Merrill*

_____
Kori E. Wagner
Georgia Bar No. 155438
Marissa H. Merrill
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
**Attorneys for Defendant MASP, LLC**

*4884-3177-4936, v. 1*