# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| A.J. and Q.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO.: 1:23-CV-04247-JPB |
| MASP, LLC, | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Rule 5.4 of the Local Civil Rules, the undersigned does hereby certify that I have served a true and correct copies of the following:

1. *Defendant's Rule 26(a)(2) Disclosure of Expert Testimony and Report;*

2. *Defendant's Supplemental Responses to Plaintiffs' First Continuing Interrogatories;* and

3. *Defendant's Supplemental Responses to Plaintiffs' First Request for Production of Documents* amongst all parties via United States Mail and/or electronic transmission as follows:

- 2 -

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
Andersen, Tate & Carr, P.C.
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

This 14th day of August, 2024.

        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        By:   */s/ Marissa H. Merrill*
             _____
             KORI E. WAGNER
             Georgia State Bar No. 155438
             MARISSA H. MERRILL
             Georgia State Bar No. 216039
             TRACY A. GILMORE
             Georgia State Bar No. 633193
             ***Attorneys for Defendant***

1420 Peachtree Street, N.E. Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1 (C)**

This is to certify that the foregoing submission to the court was prepared using Times New Roman 14 point in accordance with LR 5.1(C).

This 15th day of August, 2024.

                              **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                              By:   */s/ Marissa H. Merrill*

                                    _____
                                    KORI E. WAGNER
                                    Georgia State Bar No. 155438
                                    MARISSA H. MERRILL
                                    Georgia State Bar No.  216039
                                    TRACY A. GILMORE
                                    Georgia State Bar No.  633193
                                    ***Attorneys for Defendant***

1420 Peachtree Street, N.E. Suite 800
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

4855-8109-5896, v. 1