IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.J. and Q.C., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION FILE NO. |
| | : | 1:23-cv-04247-JPB |
| v. | : | |
| | : | |
| MASP, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PLAINTIFFS' EXPERT DISCLOSURES

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, Plaintiffs submit the name of the expert witness Plaintiffs anticipate calling to testify at trial to provide expert testimony in their respective field.

## RETAINED EXPERT(S)

(a) Anique S. Whitmore, LPC
    6300 Powers Ferry Road N.W., Suite 600-124
    Atlanta, Georgia 30339

The report of the above-mentioned expert pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, is being served on Defendant in accordance with this Court's Scheduling Order.

Respectfully submitted this 13th day of September, 2024.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Jonathan S. Tonge*

1

                                                      Patrick J. McDonough  
                                                      Georgia Bar No. 489855  
                                                      pmcdonough@atclawfirm.com  
                                                      Jonathan S. Tonge  
                                                      Georgia Bar No. 303999  
                                                      jtonge@atclawfirm.com  
                                                      Jennifer M. Webster  
                                                      Georgia Bar No. 760381  
                                                      jwebster@atclawfirm.com  
                                                      *Attorneys for Plaintiffs*

One Sugarloaf Centre  
1960 Satellite Boulevard, Suite 4000  
Duluth, Georgia 30097  
(770) 822-0900 | Telephone  
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D, Counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 13th day of September, 2024.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 13th day of September, 2024.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile