UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. & Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:23-cv-4247-JPB |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Plaintiffs' supplemental document production, bates labeled Plaintiffs A.J. and Q.C. 1410–1415* upon counsel of record via electronic mail.

Respectfully submitted this 7th day of October, 2024.

                                                                ANDERSEN, TATE & CARR, P.C.

                                            */s/ Jonathan S. Tonge*
                                            PATRICK J. MCDONOUGH
                                            Georgia Bar No. 489855
                                            pmcdonough@atclawfirm.com
                                            JONATHAN S. TONGE
                                            Georgia Bar No. 303999
                                            jtonge@atclawfirm.com
                                            JENNIFER M. WEBSTER
                                            Georgia Bar No. 760381
                                            jwebster@atclawfirm.com
                                            *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000

Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 7th day of October, 2024.

                                                      ANDERSEN, TATE & CARR, P.C.

                                                      */s/ Jonathan S. Tonge*
                                                      PATRICK J. MCDONOUGH
                                                      Georgia Bar No. 489855
                                                      pmcdonough@atclawfirm.com
                                                      JONATHAN S. TONGE
                                                      Georgia Bar No. 303999
                                                      jtonge@atclawfirm.com
                                                      JENNIFER M. WEBSTER
                                                      Georgia Bar No. 760381
                                                      jwebster@atclawfirm.com
                                                      *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile