UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. & Q.C.,<br><br>     Plaintiffs,<br><br>v.<br><br>MASP, LLC,<br><br>     Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-4247-JPB |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

This Court should grant Plaintiffs' Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure because no genuine issue of material fact exists. Specifically, there is no evidence to rebut Plaintiffs' evidence that Defendant knowingly benefitted from participation in a venture that it knew or should have known violated the TVPRA as to Plaintiffs A.J. and Q.C.

For these reasons, and the reasons outlined in Plaintiffs' Brief in Support of Plaintiffs' Motion for Summary Judgment, this Court should grant Plaintiffs' Motion for Summary Judgment.

Respectfully submitted this 11th day of October, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855


pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

          ANDERSEN, TATE & CARR, P.C.

          */s/ Jonathan S. Tonge*
          PATRICK J. MCDONOUGH
          Georgia Bar No. 489855
          pmcdonough@atclawfirm.com
          JONATHAN S. TONGE
          Georgia Bar No. 303999
          jtonge@atclawfirm.com
          JENNIFER M. WEBSTER
          Georgia Bar No. 760381
          jwebster@atclawfirm.com
          *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 11th day of October, 2024.

                ANDERSEN, TATE & CARR, P.C.

                */s/ Jonathan S. Tonge*
                PATRICK J. MCDONOUGH
                Georgia Bar No. 489855
                pmcdonough@atclawfirm.com
                JONATHAN S. TONGE
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                JENNIFER M. WEBSTER
                Georgia Bar No. 760381
                jwebster@atclawfirm.com
                *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile