# CLAYTON COUNTY POLICE INCIDENT REPORT

**AGENCY ID (ORI):** SA GA0310100
**CASE NUMBER:** 13017078
CORRECTED REPORT: [ ]

## EVENT

| INCIDENT TYPE | INCIDENT CODE | COUNTS |
|---|---|---|
| Pimping | 16-06-11 | 2 |
| Enticing a child for indecent purposes | 16-06-05 | 2 |
| Interference with custody | 16-05-45 | 2 |

**PREMISE TYPE:** X ALL OTHER

**INCIDENT LOCATION:** 7385 Hannover Parkway N, room 123, Stockbridge, GA., 30281

**INCIDENT DATE:** 03-20-13  **TIME:** 1200  **TO DATE:** 03-22-13  **TIME:** 2000
**STRANGER TO STRANGER:** NO X
**ZONE:** S2

## COMPLAINANT

**COMPLAINANT'S NAME:** Det. T. A. Lewis
**STREET ADDRESS:** 7911 N. McDonough St
**CITY:** Jonesboro  **STATE:** GA  **ZIP CODE:** 30236
**BUSINESS NUMBER:** 770-477-3747
**EMPLOYER OR OCCUPATION:** Clayton County P. D.

## VICTIM

**VICTIM'S NAME:** Juvenile

## CLEAR

CLEARED BY ARREST: X
**DATE OF CLEARANCE:** 05/30/13
ADULT: X
**REPORT DATE:** 03-22-13

## NARRATIVE

On Friday March 22, 2013 at approximately 1620 hours I, Det. T. A. Lewis, did receive a phone call from ▮▮▮▮. She advised she observed her juvenile runaway (victim # 1) advertising sex for money on backpage website. ▮▮▮ did direct me to the website at which time I located an ad titled "$50 Dollar 2 Girl Special !!!!!!!! - 19". The advertisement stated contact "Crystal" and "Star" at phone number 404-468-4024 and they "will make all your worries go away". I did contact the number and made arrangements with a female by the name of "Crystal". The agreement was two girls, vaginal and oral sex, for 30 minutes and I would pay $70. She explained they would be located at the Days Inn, off Hwy 138, in Stockbridge. I advised them I would be there in approximately 45 minutes and she advised to contact her when I arrive in the parking lot.

At approximately 2010 hours CID and assisting units located victim # 1 and victim # 2 in room 123. Due to victim # 1 (case # 13015762)

**REPORTING OFFICER:** Det. T. A. Lewis  **NUMBER:** 18842
**APPROVING OFFICER:** Lt. R. Hunter  **NUMBER:** 10946

| AGENCY ID (ORI) | | CLAYTON COUNTY POLICE | CASE NUMBER | 13017078 |
|---|---|---|---|---|
| SA GA0310100 | | SUPPLEMENTAL REPORT | | CORRECTED REPORT |
| | | X ORIGINAL REPORT □ SUPPLEMENTAL REPORT | PAGE 2 OF 3 | |

and victim # 2 (case # 13015624) being active runaways they were taken into custody. Further investigation revealed witness (█████) to be located in room 223. █████ did agree to come to Central Headquarters for a voluntary interview. █████ and both victims were transported to Central Headquarters were they were all interviewed. All three subjects independently stated they were being assisted by the suspect. They stated they would provide the suspect with a partial or full amount of the earnings they made from sex. They advised the suspect would provide them with supplies (condoms, ky jelly, food), and offer protection.

I was able to gather a phone number for the suspect. I did contact the suspect and he agreed to come to Central Headquarters for a voluntary interview. The suspect did arrive at Central Headquarters at approximately 2350 hours where he was interviewed. The suspect was released after the interview.

There will be further investigation in this case. See CID case file for further. Both victims were released to their parents (see separate runaway reports for further). █████ was transported back to the Days Inn after her interview. No further.

| CASE STATUS: X ACTIVE | □ CLEARED BY ARREST | □ EX. CLEARED | □ DEPT. CLEARED | □ UNFOUNDED | REPORT DATE 03-20-13 |
|---|---|---|---|---|---|
| REPORTING OFFICER Det. T. A. Lewis | | NUMBER 18842 | APPROVING OFFICER Lt. R. Hunter | | NUMBER 10946 |
| WHITE/RECORDS □ | CANARY/COMPUTER | | PINK/CID □ | GOLDENROD/CLEARANCE REPORT □ | 070101 |

Plaintiffs A.J. and Q.C. 00067

# CLAYTON COUNTY POLICE
## SUPPLEMENTAL - PERSONS

AGENCY ID (ORI): SA GA0310100
00100501
[X] ORIGINAL REPORT  [ ] SUPPLEMENTAL REPORT
CASE NUMBER: 13017078
[ ] CORRECTED REPORT
PAGE 3 OF 3

[ ] SUSPECT INFORMATION   [ ] JUVENILE INFORMATION   [ ] OTHER CONFIDENTIAL

**PERSON #1**

- SUSPECT [ ]
- OFFENDER [ ]
- VICTIM [ ]
- WITNESS [X]
- COMPLAINANT [ ]
- JUVENILE [ ]
- WANTED [ ]
- WARRANT [ ]
- ARREST [ ]

NAME: [redacted]
RACE: W   SEX: F   AGE: 18   DATE OF BIRTH: [redacted]
STREET ADDRESS: [redacted]
RESIDENCE NUMBER: /
BUSINESS NUMBER: [redacted]
CITY: [redacted]   STATE: [redacted]   ZIP CODE: [redacted]
LICENSE OR I.D. #/STATE ISSUED: [redacted]
EMPLOYER OR OCCUPATION: [redacted]

**PERSON #2**

(blank)

---

## ADDITIONAL INFORMATION

(blank)

---

CASE STATUS: [X] ACTIVE   [ ] CLEARED BY ARREST   [ ] EX. CLEARED   [ ] DEPT. CLEARED   [ ] UNFOUNDED
REPORT DATE: 03-22-13
REPORTING OFFICER: Det. T. A. Lewis   NUMBER: 18842
APPROVING OFFICER: Lt. R. Hunter   NUMBER: 10946

WHITE/RECORDS [ ]   CANARY/COMPUTER [ ]   PINK/CID [ ]   GOLDENROD/CLEARANCE REPORT [ ]
070101

3

| AGENCY ID (ORI) | | CLAYTON COUNTY POLICE SUPPLEMENTAL - PERSONS | CASE NUMBER | 13017078 |
|---|---|---|---|---|
| SA | GA0310100 | ORIGINAL REPORT   [X] SUPPLEMENTAL REPORT | [ ] CORRECTED REPORT | PAGE 1 OF 1 |

[ ] SUSPECT INFORMATION    [X] JUVENILE INFORMATION    [ ] OTHER CONFIDENTIAL

**PERSON # 1**

| Field | Value |
|---|---|
| SUSPECT [ ] | NAME: [redacted] |
| OFFENDER [ ] | STREET ADDRESS: [redacted] |
| VICTIM [X] | CITY: [redacted]  STATE: [redacted]  ZIP CODE: [redacted] |
| WITNESS [ ] | IF INDIVIDUAL IS A JUVENILE, PROVIDE PARENT NAME AND PHONE NUMBER BELOW: [redacted] |
| COMPLAINANT [ ] | ADDITIONAL INFORMATION: |
| JUVENILE [X] | |
| WANTED [ ] | OFFENDER CHARGES / ADDITIONAL CHARGES |
| WARRANT [ ] | |
| ARREST [ ] | |

RACE: B   SEX: F   AGE: 14   DATE OF BIRTH: [redacted]
RESIDENCE NUMBER: /   BUSINESS NUMBER: /
LICENSE OR I.D. #/STATE ISSUED: /   EMPLOYER OR OCCUPATION: /

JURISDICTION: 1. CITY  2. COUNTY  3. STATE  4. OUT OF STATE  5. UNKNOWN

**PERSON # 2**

| Field | Value |
|---|---|
| SUSPECT [ ] | NAME: [redacted] |
| OFFENDER [ ] | STREET ADDRESS: [redacted] |
| VICTIM [X] | CITY: [redacted]  STATE: [redacted]  ZIP CODE: [redacted] |
| WITNESS [ ] | IF INDIVIDUAL IS A JUVENILE, PROVIDE PARENT NAME AND PHONE NUMBER BELOW: |
| COMPLAINANT [ ] | ADDITIONAL INFORMATION: |
| JUVENILE [X] | |
| WANTED [ ] | OFFENDER CHARGES / ADDITIONAL CHARGES |
| WARRANT [ ] | |
| ARREST [ ] | |

RACE: B   SEX: F   AGE: 14   DATE OF BIRTH: [redacted]
RESIDENCE NUMBER:    BUSINESS NUMBER:
LICENSE OR I.D. #/STATE ISSUED: /   EMPLOYER OR OCCUPATION: /

JURISDICTION: 1. CITY  2. COUNTY  3. STATE  4. OUT OF STATE  5. UNKNOWN

ADDITIONAL INFORMATION:

CASE STATUS: [X] ACTIVE   [ ] CLEARED BY ARREST   [ ] EX. CLEARED   [ ] DEPT. CLEARED   [ ] UNFOUNDED
REPORT DATE: 03-22-13
REPORTING OFFICER: DET. T. A. LEWIS   NUMBER: 18842
APPROVING OFFICER: LT. R. HUNTER   NUMBER: 1096
WHITE/RECORDS [ ]   CANARY/COMPUTER [ ]   PINK/CID [ ]   GOLDENROD/CLEARANCE REPORT [ ]   070101

Plaintiffs A.J. and Q.C. 00069

| AGENCY ID (ORI) | | CLAYTON COUNTY POLICE SUPPLEMENTAL - PERSONS | CASE NUMBER | 13017078 |
|---|---|---|---|---|
| SA | GA0310100 | | | CORRECTED REPORT |
| | | ORIGINAL REPORT   [X] SUPPLEMENTAL REPORT | | PAGE 1 OF 1 |

[X] SUSPECT INFORMATION   [ ] JUVENILE INFORMATION   [ ] OTHER CONFIDENTIAL

**PERSON #**

| | | | | | |
|---|---|---|---|---|---|
| SUSPECT [X] | NAME: Hill, Craig Alexander | RACE: B | SEX: M | AGE: 23 | DATE OF BIRTH: [redacted] |
| OFFENDER [ ] | STREET ADDRESS: | RESIDENCE NUMBER: [redacted] | | BUSINESS NUMBER: / | |
| VICTIM [ ] | CITY:     STATE:     ZIP CODE: | LICENSE OR I.D. #/STATE ISSUED: [redacted] | | EMPLOYER OR OCCUPATION: Unemployed | |
| WITNESS [ ] | IF INDIVIDUAL IS A JUVENILE, PROVIDE PARENT NAME AND PHONE NUMBER BELOW: | | | | |
| COMPLAINANT [ ] | ADDITIONAL INFORMATION: | | | | |
| JUVENILE [ ] | | | | | |

COMPLETE THE FOLLOWING FOR SUSPECT, OFFENDER, AND MISSING PERSONS ONLY

| HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|
| 603 | 230 | blk | bro |

| WANTED [ ] | OFFENDER CHARGES / ADDITIONAL CHARGES | COUNTS | OFFENSE CODE | OFFENSE/ARREST | JURISDICTION |
|---|---|---|---|---|---|
| WARRANT [ ] | | | | | 1. CITY  2. COUNTY  3. STATE  4. OUT OF STATE  5. UNKNOWN |
| ARREST [ ] | | | | | |

**PERSON #**

(Second person section blank)

COMPLETE THE FOLLOWING FOR SUSPECT, OFFENDER, AND MISSING PERSONS ONLY — (blank)

**ADDITIONAL INFORMATION** (blank)

| CLEAR | CASE STATUS: [X] ACTIVE | [ ] CLEARED BY ARREST | [ ] EX. CLEARED | [ ] DEPT. CLEARED | [ ] UNFOUNDED | REPORT DATE: 03-22-13 |
|---|---|---|---|---|---|---|
| | REPORTING OFFICER: Det. T. A. Lewis | | NUMBER: 18842 | APPROVING OFFICER: Lt. R. Hunter | | NUMBER: 10446 |
| | WHITE/RECORDS [ ] | CANARY/COMPUTER [ ] | | PINK/CID [ ] | GOLDENROD/CLEARANCE REPORT [ ] | 070101 |

5

Plaintiffs A.J. and Q.C. 00070