Page 14

```
 1            All right.  And then you used some
 2   nicknames or aliases at some point in your life --
 3       A    Right.
 4       Q    -- right?
 5       A    When I was being trafficked, correct.
 6       Q    Okay.  What were those?
 7       A    Some would be like Big Baby or maybe
 8   Desire, Chanelle.  Those are just some of the ones
 9   that I can remember for right now.
10       Q    Okay.  Did you ever use the name Crystal?
11       A    No.  Well, I believe I did.  I'm not going
12   to -- I'm not going to say no.  But I believe -- I
13   believe that -- maybe that could have been a name.
14   I'm not going to object to that.
15       Q    Okay.  Did you ever use the name Nicole
16   DeNiro?
17       A    I'm not going to object to that either,
18   because maybe that could have been -- there have
19   been several names that I've used.  I just don't
20   remember all of them.
21       Q    Okay.  All right.  What is your date of
22   birth?
23       A    ███████████████████
24       Q    All right.  And how old are you today?
25       A    I'm 25 years old.
```



1    Q    All right. And what happens -- when you
2  get to the Days Inn, like are you surprised?
3  What -- tell me what you were thinking.
4    A    Well, when I got there, I am kind of
5  surprised. But we were just thinking maybe he was
6  dropping the girl off or maybe even picking up
7  somebody else. Like it wasn't like too surprising,
8  because it was like other people with us, so it
9  just -- I think he had to get something.
10            And then when we got into the hotel room,
11  like the hotel room looked like pretty full of
12  things, like -- as if like someone were living in
13  there. Like one of them were living in there,
14  because it was full of items.
15            So it was just like -- well, it was more
16  common. Well, maybe they're just here for right
17  now. I'm like -- you know, I wasn't really thinking
18  too much into it. I'm not going to lie. But once
19  the day started winding down, and, you know, he
20  started coming forefront, like pretty much telling
21  us what it was, then it was like at that point I was
22  just like -- I was feeling some type of way.
23    Q    Okay. When you got to the Days Inn, did
24  anybody have to check in?
25    A    No. They didn't have to check in. The



1  room was already there.
2      Q    Okay.  And that makes sense because you
3  just said there was a lot of stuff in there.
4      A    Right.  There was a lot of stuff in the
5  room.
6      Q    Okay.  Do you know whose stuff that was?
7      A    From my understanding, it was Ke-Ke, her
8  daughters and maybe some of Chris things but -- and
9  then -- and then a few of the other girls.  Like
10 they had some miscellaneous stuff in there, as well
11 as the other -- two young girls that were in there
12 when we arrived.
13     Q    Do you remember anything about those two
14 girls?
15     A    I remember one of their names was Kim, if
16 I'm not mistaken.  I don't remember the other ones'
17 names, off the top of my dome.  But I just remember
18 that they were young girls like ourselves.
19          And I just remember after they -- after
20 Chris end up leaving and Ke-Ke was in the shower, I
21 just remember confessing to each other -- like all
22 of us confessed to each other our real ages, like --
23 you know, saying like our -- like how -- how old we
24 were, because like -- we all seemed like the same
25 age.  It was just like we were all there.



```
 1      Q     Were you all the same age?
 2      A     We were, like -- we were, like -- one of
 3   the girls, I think, was like one year older than us.
 4   But outside of that, like, yes.  There was one girl
 5   younger than me and ▆▆▆.  There -- we were in the
 6   middle.  And then there was another girl.  I think
 7   she was 16 at the time.  But we were all underage.
 8      Q     Did you ever -- before you got to the
 9   Days Inn, did you ever go back to get the stuff --
10   your belongings that you had hid in ▆▆▆'s old
11   neighborhood?
12      A     Honestly, no, I don't think we did.
13   Because we ended up having to go get them, I
14   believe, either with my mother or her mother, if I'm
15   not mistaken.  So, no, we never got the chance to go
16   back and get them at that moment, we did not.
17      Q     Okay.  When you met Chris, and he picked
18   you up and took to the Days Inn, did you still have
19   your cell phone?
20      A     Did I have a cell phone?  Honestly, at
21   that point, I don't -- I don't think I had the
22   phone.  Like I -- I think the phone went out,
23   honestly, because I didn't have a phone when I got
24   with Craig.  Like he had to be the one to give us
25   the phone or -- I don't -- I don't remember the
```



```
 1      Q     All right.  Do you have any reason why
 2   Chris took you and ████ to this particular hotel?
 3      A     To the best of my knowledge, now that I'm
 4   a grown woman, it's because he had a human
 5   trafficking ring set up at this hotel.  So, yes, I
 6   do -- I mean now I'm knowing.  But then, I did not
 7   know.
 8      Q     Okay.  How did you find that information
 9   out?
10      A     I stayed at a hotel where I was
11   involved -- like we're clearly talking about the
12   hotel where I was involved as a human trafficking
13   victim.  Where there was people in the front desk or
14   people that were also at the hotel, specifically, or
15   across the street at a different hotel.  We were
16   being watched.  And, actually, the things that we
17   needed to do our job, we were being given by -- by
18   the people that worked at the hotel, by the staff,
19   directed by our pimp.
20      Q     Okay.  Tell me about what activities were
21   directed by your pimp that employees of the hotels
22   did.
23      A     Oh, they would call us after dates to
24   ensure that everything was okay.  They would also
25   send back housekeeping at least three to four times
```



1  a day to make sure that we had clean towels.  But
2  even if they didn't send them, they would call the
3  phone saying, Hey, you need everything?  Is
4  everything good?
5           We would either say yea or nay.  If we say
6  nay, they would send what we needed.  If we said
7  yes, then we didn't need anything.  Obviously,
8  everything was okay at that moment.
9       Q   Are those the only two things?
10      A   As far as like -- as well as like -- we
11 were locked out of our room one day, me and
12 ▇▇▇▇▇.  And we went to the front desk to be
13 helped.
14          And one of the employees and the
15 representatives used his personal cell phone to give
16 our trafficker a call to see if it was okay we go
17 back into the room.  Once he was okay, we were
18 allowed to go back into the room.
19      Q   Okay.  How do you know that the person at
20 the front desk called Chris?
21      A   He described him to us.  Like he asked us
22 our room number.  And I'm like, Did you just call
23 the guy?  Well, once he reached for his phone,
24 like -- he was like, What does he look like?
25          I'd be like tall, dark skinned.



Page 159

```
 1               And he also said his name was Chris Brown.
 2    He's like, Are you talking about Chris Brown?
 3    Like -- and we're -- me and ████ was laughing
 4    because we were like -- Chris Brown is like a real
 5    singer, like an RB singer that is known.  So we
 6    laughed because Chris -- well, Craig Hill actually
 7    looks like Chris Brown, but we thought it was funny
 8    that he would be using Chris Brown's name as his own
 9    name.
10               So we were just like -- Yeah, that's -- if
11    that's what you want to call him, like yes.  So once
12    he confirmed that it was us two, he let us back into
13    the room.
14         Q    Did you hear any of Chris's side of that
15    phone call?
16         A    I did.  It was first on speaker.  And then
17    after that, he took it off of speaker.  So I did,
18    actually, get to hear a glimpse of Chris's voice.
19         Q    Did you hear anything that he said?
20         A    He was like, Yo.  That's what his first
21    work was, yo, like literally like telling him yo.
22    And they went from there.
23               But he took the phone off of speaker.
24         Q    Okay.
25         A    And I knew it was him, because that's the
```



```
 1   else.
 2          Q    Okay.
 3          A    I remember like -- he was like pretty --
 4   like average height.  Maybe between 5'7" and 5'9",
 5   like -- he was taller than us, but he wasn't like
 6   super tall.
 7               And I also remember that he inquired about
 8   sex from me and ███.
 9          Q    When would that have been?  Because I
10   thought you just said you had no other interaction
11   with him.
12          A    It would have been when he opened up the
13   room door for us from the initial interaction that
14   we had.
15          Q    Okay. So you go down to the room.  You
16   say you're locked out.  He calls Chris.  Chris gives
17   him the okay.  You guys go back up to the room with
18   this night staff individual.
19          A    No, he goes first.  Like he goes and --
20   told us like he's going to go to the room, to meet
21   him on the other side, because he went to the
22   opposite side.  And then when he went this way, we
23   came back out the front way, and we met him at the
24   room.  He met us on the back side.
25               He, actually, had gave us the key, and he
```



Page 162

1    still opened up the door.  Like he gave us a key to
2    keep for ourself, but he opened up the door for us.
3    And then he started inquiring about like, you know,
4    how much for the both of us, how much for just one
5    of us or just like -- you know, like he was
6    inquiring about sex, like asking us.
7             And he said he would like to schedule an
8    appointment for the next day.  However, the next day
9    we were no longer there, because we had been busted
10   by the police and rescued.
11        Q    Okay.  So this all happened the night
12   before the rescue.
13        A    Yes.
14        Q    And was ▆▆▆ with you when this all
15   happened?
16        A    Yes, she was.
17        Q    Was anybody else with you?
18        A    Nope.  It was just me, ▆▆▆ and -- and the
19   guy.
20        Q    And was there -- so when you went to the
21   front desk, was there like a lobby that you would go
22   to?
23        A    Yes.  We would -- we went to like the
24   desk.  Like when you first go in, there's like a --
25   I guess a little area that you just go up to the



1  like -- okay.  We just say okay.  We don't want any
2  problems.  We don't want to get hurt.  We just say
3  okay.  Like, okay, we're here.  Like we won't do
4  that again.
5       Q    What -- did you ever see his guns?
6       A    Yes, I did.  He showed them to us.  Well,
7  he showed them to me, like -- yes, he did show them
8  to me.
9       Q    Where did he show them to you at?
10      A    When he first came to the room to pick us
11 up from the Southside Inn, he actually had one on
12 him.  When we went to his car before -- when we got
13 to the hotel, and he was telling us all this stuff,
14 he actually popped his trunk, and that's when he had
15 a big old gun in there, like a longer gun than the
16 one he had on him.
17           So like several times I've seen him with
18 his gun.  And then there was one time specifically
19 where he actually showed me his gun, and said we
20 don't have anything to worry about.  If someone was
21 trying to harm us or hurt us, that he'll take over
22 and take control of the situation.
23      Q    Okay. You said that the front desk -- or,
24 excuse me, you didn't actually say front desk.
25           You said an employee of the hotel would



Page 173

1  call after dates to see if you were okay.
2       A    Correct.  That would be the daytime shift
3  guy.
4       Q    Okay.  Tell me about him.
5       A    He was just like a white man, from what I
6  understand, a Caucasian guy.  He just really didn't
7  talk much.  I don't know.  But he just would call.
8            Like as he was -- like doing -- like he
9  was being told to do, because he would call every
10 time a date would leave.  Like it was the craziest
11 thing.  Like he would just -- the phone would ring.
12 And we would pick it up, because we don't just want
13 the phone ringing for a long time.
14           And we would just say, Hello, like hey.
15           Are you guys okay?
16           Like, yes.
17           Do you need anything?
18           We would say -- either we would say we
19 needed towels or we needed something or we needed
20 the garbage -- whatever we needed we would just tell
21 him.
22           And he would say, Okay.  Send someone
23 right over.  Okay.  They'll be there in a minute.
24 Or he'll let us know like new towels are coming or,
25 you know, check out for housekeeping.  They will be



Page 174

1  there like -- he would let us know, you know, like
2  that housekeeping will be coming.
3          Like -- but he'd frequently call, like
4  after dates.  Like he would know that we were done
5  with the date.  It's like he called at the perfect
6  time every time.
7      Q   Okay.  Did he call your cell phone or the
8  room phone?
9      A   He -- he called the room phone.
10     Q   Do you remember anything else about this
11 man, other than he was a white man?
12     A   Oh, I just remember he worked in the
13 daytime, and he worked at the first shift, like --
14 he worked like all the days that we were -- we were
15 there.
16     Q   How many days were you at the Days Inn?
17     A   I don't remember, to be honest, like the
18 exact amount of days.  I know it was a little over
19 four or five maybe or -- I don't know.  I'm not
20 going to -- I really don't know.  I know it was a
21 couple of days we were there.  I do know that.
22     Q   Do you know how long total it was from
23 when you ran away to when you got rescued from -- by
24 police, how many days that was?
25     A   Now that I don't know.  I really don't



Page 176

```
 1              Like we would let him know what we need.
 2    But he knew the questions to ask.  Like only sex
 3    workers need their garbage taken out frequently a
 4    day --
 5         Q    Okay.
 6         A    -- or need new towels every day, like a
 7    few times.  Because I know when I stay at a regular
 8    hotel, that's not a normal service that they give
 9    me.  And I've stayed at hotels with my family plenty
10    of times.
11         Q    Did you ever tell the man who would call
12    the room that you were scared?
13         A    No, never told him that we were scared.
14         Q    Did you ever tell him that you wanted to
15    leave?
16         A    No.
17         Q    Did you want to leave?
18         A    Yeah.  At some point, I did.  I didn't
19    want to be doing what I was doing.  I just didn't
20    want to go home.
21         Q    What about housekeeping, you said -- I
22    know you just mentioned that they would bring you
23    towels several times a day.
24         A    Right.
25         Q    What can you tell me about the
```



Page 177

1  housekeeping individual or -- or people that you
2  saw?
3       A    It was either a guy or girl.  From my
4  understanding, they looked like a couple because
5  they came together for the most part.  However, the
6  lady would come by herself, you know, sometimes.
7  They would just come.  Like they would come to
8  change out the garbage cans, the one that sat right
9  by the bathroom door and the one that sat by the
10 front door.  They would walk through.  You know,
11 they would see everything, like they're -- they're
12 well aware of what was going on.  Like they coming
13 and giving towels.  They see all the condoms in the
14 garbage.  The lube is on the dresser.  Everything
15 was just sitting right there.  They just came to
16 pretty much make sure we had clean everything.
17           And one thing they didn't do was like kind
18 of change the bedsheets, but they would leave a
19 stack of bedsheets, just in case we wanted to flip
20 the bedsheets.
21      Q    Okay.  Did you have any conversations with
22 the guy or the girl from housekeeping?
23      A    Knowing me -- I'm not going to say like I
24 remember verbatim.  But, yes, I'm a pretty talkative
25 person.  I always like try to talk to people and



Page 190

1  stuff like that.
2      Q    Were all those girls, if you know, were
3  they runaways also?
4      A    I mean the only way they could be at a
5  hotel with a man like Chris at the age of 16 and 15
6  is that literally they're running away or something
7  like that, or they don't -- they don't have anybody
8  that cares about them.  That would be my
9  understanding.  Like why -- why else would the
10 children be there.  If their parents don't know,
11 then it's something about that.
12     Q    Did they tell you that, or is that just
13 what you think?
14     A    That's what they told us.  Like they --
15 they been with Chris for like some weeks now.  They
16 told us like their age.  It's just like they're
17 supposed to be in school like us.  So it's like if
18 you're 16 and you're with someone grown at a hotel,
19 how you going to school?
20          Like -- I don't think that like that's
21 something that somebody's parents know.  They never
22 said like, We ran away.  But they said like -- like,
23 We just decided to leave too.  So they would just
24 say that.
25     Q    Okay.  Were there rules about leaving the



Page 202

1               Like it didn't really -- it didn't have
2    any pictures, like any pictures of us or like -- but
3    they would just be asking for like the smaller girl
4    or the darker girl.  Like it would be confusing me
5    because I'm like, Where are they getting the
6    pictures from, like --
7         Q    Okay.
8         A    Unless the phone that we were on -- it was
9    like a little flip phone.  But we just only see
10   words.  Like we didn't see any pictures, physically
11   pictures.
12        Q    Okay.  As we sit here today, do you know
13   how many people paid to have sex with you, whether
14   by yourself or with ▮▮▮▮, while you were at the
15   Days Inn?
16        A    I don't know an exact number.
17        Q    Okay.  If you -- do you have an estimate?
18        A    I would say let's just stick to the facts
19   of the situation, and that would be like -- there's
20   like a phone that the police retrieved with 14 dates
21   that you can confirm, so we can just like stick to
22   those maybe and -- and they did notice that things
23   were deleted out of the phone because we were trying
24   to hide things from them.
25             So that, on top of like we were there for



Page 203

```
 1   like a one day.  So in one day we could do 14 dates,
 2   like, you know, just kind of, I guess, an estimate
 3   because I -- I wouldn't know, like --
 4        Q    You said there was things deleted.
 5             Did I understand that right?
 6        A    Correct.  Like when the police sent
 7   someone in to confirm that it was us, we literally
 8   like kind of got the feeling of what was going on,
 9   and we caught ourselves like -- trying to like go
10   away.
11             But the detective had text us, like, Hey,
12   we know that this is ████████████████.  Like
13   we've been looking for you guys.  We sent someone in
14   the room to confirm that it is, in fact, you guys,
15   and we're on the way to get you guys.
16             So we were trying to leave before they
17   arrived, but we couldn't because they literally
18   arrived, and they were waiting for us, and they had
19   like the -- the hotel circled, and they took us to
20   meet our parents.
21        Q    Okay.  All right.  So let's talk about
22   that.
23             So if the police records show that that
24   was on March 22nd of 2013, does that sound right to
25   you?
```



Page 216

```
 1      Q     -- what you mean by that?
 2      A     No problem.
 3            So like I stated before earlier in the
 4   interview, when we would leave away from the place
 5   and -- without Chris's knowledge, he would still
 6   know.  So in order for him to know that is if
 7   somebody told him that we did.
 8            So, therefore, those are the -- those are
 9   eyes that he's talking about.  Or just like when we
10   left to go get food, and ███████ told on us, like he
11   let us know that it was ███████ that told.  So it was
12   just like that was another person.
13            And as well as him like -- letting us
14   know, like out of his own mouth verbatim, like that
15   the hotels were watching.  But his mouth didn't lie
16   because we -- we got calls.  Like everything that we
17   needed we got from the people that worked with our
18   human trafficker.
19      Q     Okay.  Did you ever see Chris talk to
20   anybody that worked at the Days Inn?
21      A     Yes, I did.
22      Q     Who did you see him talk to?
23      A     When he had to pay for the room, when we
24   gave him money, he would talk to the man that called
25   him on the phone or -- or this other guy.  But he
```



Page 217

1  was not the Caucasian guy.  It was like another guy
2  that kind of worked with him.
3         If he needed to go pay for the room, he
4  would go and pay for the room to either the guy that
5  was working in the front -- I mean in the beginning
6  of the day or like the guy that he called him -- the
7  guy that called on the phone.  He would go and pay
8  for our room so that it could stay paid up.
9     Q   Okay.  So Chris would go pay for the room.
10    A   Yes.
11    Q   And you went with him.
12    A   No.  We would either be like going to get
13 food or either in the hotel room, or he would just
14 let us know what -- what he was going to go do.
15        And one time he was going to go do it,
16 like him, the housekeepers and all of them, they --
17 they made a little jokey joke, and they were joking
18 in front of the door.  They went around the corner
19 to pay for the room.
20    Q   Okay.  And where were you when this
21 happened?
22    A   Right at the door.  Like we were right
23 there.  Like the door was open.  All the girls were
24 right there in the room.
25    Q   What room?

