```
 1   high school?
 2        A    No.  In school my friends called me ███.
 3        Q    Did you use the name ███ at all during
 4   the time that you were trafficked by Mr. Hill?
 5        A    No.
 6        Q    What is your date of birth?
 7        A    ████████████████████
 8        Q    And do you have a driver's license?
 9        A    Yes.
10        Q    What state?
11        A    Georgia.
12        Q    What is the license -- I'm sorry.  What is
13   the address that is on your license right now?
14        A    ███████████████████████████████████████
15   ██████████████████████████████████.
16        Q    Has your license ever been suspended or
17   revoked?
18        A    Yes.
19        Q    Tell me about that.  When and for what
20   reason?
21        A    I believe I had a lapse in insurance,
22   which led to registration being expired.  But I had
23   no idea.  Got stopped, got a warning, police took
24   the license, went to court, got them back.
25        Q    What year was that?
```



Page 163

```
 1      Q    Was A.J. scared?
 2      A    I don't know how she felt.
 3      Q    When was the -- do you know what I mean
 4  when I say "make a play" or "plays"?  Do you know
 5  what I mean by that?
 6      A    You can elaborate.
 7      Q    Well, I'm asking you if you know.
 8      A    No.  If you could elaborate.
 9      Q    Okay.  When was the first time that you
10  had sex for money in the hotel room?
11      A    I don't recall which day or time we were
12  there.  But I just remember Chris coming in angry
13  and he was like, "You cannot just keep hanging out
14  in the restroom.  You have to do this because I'm
15  not making X amount of dollars," like that.  So then
16  that's when -- the next day we both started seeing
17  guys together.
18      Q    So had you slept in the hotel room at this
19  point?  I'm just trying to figure out a timeline.
20      A    Yes.  Like, you mean, like, in the bed,
21  like, just slept like --
22      Q    Yeah.  Had you been there for more than a
23  day or about a day?
24      A    Yes.  I had been there -- remember, I said
25  I would be going in the restroom while ▇▇▇▇ was
```



Page 166

1  touched a phone.  Saw one, but never used it.  So I
2  would have never been able to arrange anything.  I
3  just was told what I was going to do.  And I did it
4  for my safety.
5       Q    What do you mean you did it for your
6  safety?
7       A    Because at this point they had let us --
8  we had been staying there.  And so it was, like, the
9  rent needed to be paid for the amount of time that I
10 was there.  And they had guns.  And I just didn't
11 know what to expect.
12      Q    So Chris told you -- had a conversation
13 with you that you were going to have to have sex for
14 money, is that fair?
15      A    Pretty much, yes.
16      Q    So does somebody just knock on the door
17 and comes in and that's who you know you're going to
18 have sex with?
19           That's what I mean by --
20      A    Oh.
21      Q    -- how was it arranged?
22      A    Oh, okay.
23      Q    Like, how was it that a man shows up at
24 your room and you know that you're going to have sex
25 with him?



Page 167

1      A    I don't remember how it went.  I just
2  remember having this -- I remember ▮▮▮▮ having to
3  say "here" and "gone," "here" and "gone."  I don't
4  remember if she talked to them and told them the
5  room number.  I don't know if Chris talked to them
6  and told them the room number.  I just know our
7  instructions were to not exit and to text "here" and
8  "gone," "here" and "gone," "here" and "gone."  I
9  don't know.
10     Q    Did you ever text that?
11     A    I never touched a phone.  I just saw it.
12     Q    But ▮▮▮▮ had the cell phone that Chris
13  gave her; right?
14     A    Correct.
15     Q    So how many men did you have sex with at
16  the Days Inn before the police came?
17     A    Four.
18     Q    So the first time, how did you know that
19  man was there for you, as opposed to A.J.?
20     A    Oh, because Chris had already let it be
21  known that he was going to do something to where we
22  were both included, which is what led to the
23  pictures from Facebook and him asking like -- and
24  he's like, "Oh, I'm going to do a two-girl special
25  so you guys can make the money faster," like that.



MAGNA LEGAL SERVICES

Page 188

```
 1      A    It just depends on you.  So some people
 2 need -- some people like to wear them for everyday
 3 wear.  Some people only get them for special
 4 occasions.  So it just depends on the client.
 5      Q    In my mind, they're fake eyelashes.
 6 That's what I would call them.
 7      A    They are semipermanent because once we put
 8 them on, they're pretty much on.  If you try to pull
 9 them out, it's going to hurt and you're going to
10 pull out your natural lash.
11      Q    Okay.
12      A    So you have to let them grow out or get
13 them professionally removed.
14      Q    Did you ever have any interaction with any
15 of the employees at the Days Inn?
16      A    Yes.
17      Q    Who did you have interaction with?
18      A    Housekeeping.  Whenever a date would
19 leave, she would just knock on the door and give us
20 fresh towels.  And the front desk.
21      Q    All right.  So let's talk about
22 housekeeping and fresh towels.  Do you have any idea
23 how many times A.J. had sex in the hotel room?
24      A    I don't.
25      Q    Did she -- did housekeeping come every
```



Page 189

```
 1   time she --
 2        A    They came often.  They came pretty often.
 3   I would say that.  And whenever we needed something,
 4   we didn't have to ask them.  They just -- she would
 5   knock and bring it.
 6        Q    Did you communicate or do you know if A.J.
 7   was communicating with either Chris or Ke-Ke saying,
 8   "Hey, we need this"?
 9        A    I'm not sure.  I think whoever was outside
10   the door, whenever they would see a date leave, they
11   would probably tell the housekeeper because she
12   never came in to clean the room.  Like, we never got
13   our room cleaned.  It would just be come to the
14   door, give us the towels, and go.
15        Q    So is it fair to say you were at the Days
16   Inn for two days?
17        A    I honestly don't know.
18        Q    Did you physically have contact with the
19   housekeepers?
20        A    Yes.  They would come to the door and give
21   us the towels.  That was it.  They would, like,
22   knock.  I don't really know the dialogue.  But I
23   just know they would always supply me with what I
24   needed while I was there.
25        Q    But you never told them what you needed;
```



Page 192

```
 1     A     I didn't think of that at the time.
 2     Q     I think you also testified -- well, let me
 3  ask you this:  Do you know if A.J. had contact with
 4  housekeeping?
 5     A     Yes.
 6     Q     Do you know how often she had contact?
 7     A     I'm not sure.
 8     Q     Do you know -- at least the second day
 9  that you were at the hotel, do you know if the room
10  had already been rented or somebody had to go down
11  and re-rent the room?
12     A     As I stated it before, Chris had already
13  had the room because when we entered in, another
14  young lady walked out and left with him.
15     Q     So you never had any interaction with the
16  front desk people as far as renting the room?
17     A     No.  I just had an interaction with them
18  when I got locked out of the room.  And he called
19  Chris and he let us back in the room.
20     Q     So who is "he"?
21     A     The front desk.
22     Q     Do you know what his name was?
23     A     I don't.
24     Q     What did he look like?
25     A     It was either an Indian guy or a Mexican
```



Page 193

```
 1   guy.
 2        Q    And who went down to have contact with --
 3        A    Both I and ▮▮▮▮▮▮▮
 4        Q    Why did you go down to the front desk?
 5        A    I'm sorry?
 6        Q    Why did you go down to the front desk?
 7        A    We got locked out.
 8        Q    Did you text Chris?
 9        A    No.
10        Q    Did you try and contact the person who
11   would have been watching the room?
12        A    No.
13        Q    How do you know the front desk clerk
14   contacted Chris?
15        A    Because he told us.
16        Q    Did he give you a key or did he walk you
17   back up to the room and let you in?
18        A    I don't remember.
19        Q    Do you remember -- well, let me ask you
20   this:  At this point are you still wearing the same
21   clothes that you had run away in?
22        A    Yes.
23        Q    And what -- I've never asked you to
24   describe those.  But what were you wearing?
25        A    A blue hoodie and gray sweats.
```



Page 199

```
 1  pretty much this is what it is.  Don't ask too many
 2  questions.  Like, that type of guy.
 3       Q    Do you have any reason to believe, as we
 4  sit here today, that the Days Inns had any knowledge
 5  of your trafficking or what was going on at the
 6  hotel?
 7       A    Absolutely.  Absolutely.
 8       Q    Why?
 9       A    Because Chris had let it be known that he
10  was connected with them.  Like, he made it seem like
11  he could get us a job there because he knew them and
12  the manager and stuff like that.  But that wasn't
13  the case.  The job was -- was to have sex with men
14  for money.
15            But, yeah, he had explained that he knew
16  the manager, he knew the front desk.  He already had
17  a room there.  He already had two rooms there.
18  Sorry.  And he had housekeeping bringing the stuff
19  without us even asking her first.  And the fact that
20  the front desk just -- was just so willing to let us
21  back in without him even being there or receiving
22  any type of identification.
23       Q    But it's your understanding that the front
24  desk contacted Chris; correct?
25       A    I'm going to assume he did.  I don't -- I
```



Page 200

1  want to -- well, I did say I heard him talking on
2  the phone.  So my apologies.  He did call Chris.  I
3  just don't know what was said, as I stated.
4       Q    But you knew or at least heard him call
5  Chris?
6       A    Right.  And I don't know if he had used
7  the hotel phone or his cell phone.
8       Q    Now, you've testified what Chris told you
9  regarding his contact and his relationship with the
10 hotel.  But were you ever in the presence of Chris
11 when he was speaking to the manager or the owner or
12 any employee of the hotel?
13      A    I don't remember.
14      Q    Did anyone who worked for the hotel ever
15 tell you that they had a relationship with Chris?
16      A    The front desk.
17      Q    What did they tell you?
18      A    He was like, "Oh, yeah.  I know, I know, I
19 know."  Like, I think ▬▬▬▬ -- because we didn't
20 know his name.  So Chris wouldn't have been in the
21 system.  So I guess ▬▬▬▬ like, tried to describe
22 him.  And then he's like, "Oh, I know, I know."  And
23 then that's what led to him calling him.  It was
24 something along those lines.
25      Q    I'm confused as to why you just said Chris

Page 201

```
 1   wouldn't have been in the system.
 2       A    Like, under the name Chris.  We didn't
 3   know him as Craig right then.  You get what I'm
 4   saying?  Like, we didn't know him as -- we didn't
 5   know him as Craig.  We knew him as Chris.  So we
 6   couldn't be like, "Oh, Chris rented this room,"
 7   because if he searched up Chris, who's going to pop
 8   up, like?  You get what I'm saying?
 9       Q    Well, is that the deduction you're making
10   now?
11       A    Yes, that's what I'm making now because --
12   yeah.
13       Q    Okay.  So back in 2013, do you believe
14   that -- or is it possible that Chris registered at
15   the hotel using the name Chris?
16       A    How would that be possible, though, if you
17   have to, like -- now that I'm grown, I know you have
18   to have a card matching your ID.  And wouldn't they
19   put the name that's on the ID under the room?  I
20   don't know.  I'm just assuming.  Like, I'm just
21   really assuming at this point.
22            We didn't know his name.  That's my --
23   that's what I'm saying.  We didn't know his name.
24   So I'm going to assume that [redacted] described him and
25   we gave him the name that we knew, and he put two
```



Page 202

1  and two together and was like, "Oh," and that's when
2  he made the phone call, yes, ma'am.
3       Q    But you never saw Chris' license; correct?
4       A    No.
5       Q    And you were never present when Chris
6  actually checked in to the motel; correct?
7       A    Correct.
8       Q    So is it fair to say you don't know what
9  name he gave?
10      A    That's what I said.  I don't know which
11 name he gave, but I'm going to assume it was under
12 Craig.
13      Q    Did you ever smoke marijuana when you were
14 at the Days Inn?
15      A    No.
16      Q    Drink alcohol?
17      A    No.
18      Q    Other than the one time -- I guess the two
19 times that you left the hotel room that you've
20 talked about -- one to go get food and one because
21 you were locked out -- were there any other times
22 that you left the hotel room?
23      A    One time I stepped out when a guy came to
24 visit 
25      Q    And when you stepped out, where did you

Page 225

1  correct?
2      A    Correct.
3      Q    What evidence are you aware of that the
4  Days Inn benefited -- benefited from you being
5  trafficked at their hotel?
6      A    What evidence?  Again, sorry.  Could you
7  say it again?
8      Q    Yeah.  What evidence do you have that the
9  Days Inn benefited from you being trafficked at
10 their hotel?
11           MR. TONGE:  Objection.
12           THE WITNESS:  Oh.  I feel like -- I
13     don't know how to answer that question.  I'm
14     sorry.
15 BY MS. GILMORE:
16     Q    What evidence do you have that the Days
17 Inn was aware that they were renting the room to
18 Chris Hill for the purpose of trafficking you and
19 A.J.?
20           MR. TONGE:  Objection.
21           THE WITNESS:  I'm not sure on how to
22     answer that.
23 BY MS. GILMORE:
24     Q    Do you have any reason to believe, as we
25 sit here today, that the hotel knew they were



Page 226

1  renting the room to Mr. Hill for the express
2  purposes of trafficking you and A.J.?
3      A    Yes.
4      Q    Why?
5      A    Because of how comfortable Chris felt to
6  do everything.  Like, why would he feel comfortable
7  to do that?  And because of the way the housekeeper
8  was on demand with stuff that was needed.
9           I just feel like he had a relationship
10 with the housekeeper and the front desk from the way
11 he just moved like he owned the place.  I don't
12 know.  It's just the sense of confidence he had.
13     Q    So I just want to make sure I understand.
14 You were there for two days.  You were not outside
15 of the hotel room very often.  So I just want to
16 know what you saw personally that Chris Hill walked
17 around the property like however you just testified,
18 he owned the place or was comfortable --
19 comfortable, I think is the word you used.
20              MR. TONGE:  Objection.
21              THE WITNESS:  Because, like I said,
22     the way housekeeping was, the way everything
23     just ran so smoothly.  We really didn't have to
24     ask him for much.  It's like -- like I said,
25     housekeeping was on point with their towels and

