~~0212872~~

Clerks No. 2013 CK 02540 - 6

**RETURNED IN OPEN COURT**

**THE STATE**

versus

**CRAIG ALEXANDER HILL**
**TKEYAH AIGNER ADAMS**

RECEIVED AND FILED

DEC 18 2013

JACQULINE D. WILLS
Clerk Superior Court
Clayton County, Georgia

LE# 1726796
LE# 1582945

**CLAYTON SUPERIOR COURT**
November Term, 2013

_True Bill_ Bill

_Anthony J Cislell_, Foreperson

States Witnesses:
TRAVIS A LEWIS

The defendant _Craig Alexander Hill_
waives copy of indictment, list of witnesses, full panel,
formal arraignment and pleads _____ Guilty.

This _____ day of _____,

_____
(Assistant) District Attorney

_____
Defendant

_____
Defendant's Attorney         BAR#

The defendant _Tkeyah Aigner Adams_
waives copy of indictment, list of witnesses, full panel,
formal arraignment and pleads _____ Guilty.

This _____ day of _____,

_____
(Assistant) District Attorney

_____
Defendant

_____
Defendant's Attorney         BAR#



I certify that this
is a true copy of
the original document.
JACQULINE D. WILLS
Clerk, Superior Court
Clayton County, GA
By: _____
Deputy Clerk

Plaintiffs A.J. and Q.C. 00001

~12872            Clerks No. 2013 CL 02540-6

STATE OF GEORGIA, COUNTY OF CLAYTON

IN THE SUPERIOR COURT OF SAID COUNTY

The GRAND JURORS selected, chosen and sworn for the County of Clayton, to-wit:

1. ANTHONY LADELL RIDDLE - Foreperson
2. HAROLD RONZELL DIXON, II
3. ~~JAMAR ANDRE GEYER, JR.~~
4. MARY I. YARBER
5. RHONDA MARIE KILBY
6. ~~LEONCE JOSEPH FARRAGUT~~
7. SHARON SANDERS POWELL
8. THOMAS WESLEY RINK
9. EITHO CASTEDIO LEMON
10. HARVEY RICHARD McNEIL
11. RENADA CAMPBELL POPE
12. LYNNETTE RAE JUNIOR
13. PAULINE BROWN
14. BERNICE TAYLOR
15. NATASHA NICOLE GLOVER
16. DELILAH EASON PRATT
17. RONALD WILLIAMS
18. ~~TINA SHANITRA EDMOND~~
19. ROSIE ANN SLOAN
20. IBIYEMI I. DARE
21. PAMELA RENEE PINKSTON
22. SHENITA McCANTS CONNALLY
23. ~~TYKETHA MARIE ROSS~~
24. ~~MARSHALL STEWART, JR.,~~ Alt.
25. YASHEMERA L. SINKFIELD, Alt.
26. SIKIRU TOYIN ALAUSA, Alt.

in the name and behalf of the citizens of Georgia, charge and accuse CRAIG ALEXANDER HILL and TKEYAH AIGNER ADAMS with the offense of KEEPING A PLACE OF PROSTITUTION for that the said accused in the County of Clayton and State of Georgia, on or about the 22nd day of March, 2013, having control over the use of room 123 at the Days Inn located at 7385 Hannover Parkway, Stockbridge, which would offer shelter for the practice of prostitution, did knowingly permit the use of said place for the purpose of prostitution,

## Count II

And the Grand Jurors aforesaid, on their oaths aforesaid in the name and behalf of the citizens of Georgia, charge and accuse CRAIG ALEXANDER HILL and TKEYAH AIGNER ADAMS with the offense of HUMAN TRAFFICKING for that the said accused in the County of Clayton and State of Georgia, on or about the 22nd day of March, 2013, did recruit, transport, and maintain another person, ▮▮▮▮▮▮▮▮, who is under the age of 18, for the purpose of sexual servitude,

## Count III

And the Grand Jurors aforesaid, on their oaths aforesaid in the name and behalf of the citizens of Georgia, charge and accuse CRAIG ALEXANDER HILL and TKEYAH AIGNER ADAMS with the offense of HUMAN TRAFFICKING for that the said accused in the County of Clayton and State of Georgia, on or about the 22nd day of March, 2013, did recruit, transport, and maintain another person, ▮▮▮▮▮▮▮▮, who is under the age of 18, for the purpose of sexual servitude,

[CONT]

~12872                                              Clerks No: 2013 CL 02540-6

## Count IV

And the Grand Jurors aforesaid, on their oaths aforesaid in the name and behalf of the citizens of Georgia, charge and accuse CRAIG ALEXANDER HILL and TKEYAH AIGNER ADAMS with the offense of PIMPING for that the said accused in the County of Clayton and State of Georgia, on or about the 22nd day of March, 2013, did aid another, ▓▓▓▓▓▓▓▓▓▓▓▓▓, a person under the age of 16, in the commission of prostitution, by providing a room and supplies in exchange for money,

## Count V

And the Grand Jurors aforesaid, on their oaths aforesaid in the name and behalf of the citizens of Georgia, charge and accuse CRAIG ALEXANDER HILL and TKEYAH AIGNER ADAMS with the offense of PIMPING for that the said accused in the County of Clayton and State of Georgia, on or about the 22nd day of March, 2013, did aid another, ▓▓▓▓▓▓▓▓▓▓▓▓▓, a person under the age of 16, in the commission of prostitution, by providing a room and supplies in exchange for money,

## Count VI

And the Grand Jurors aforesaid, on their oaths aforesaid in the name and behalf of the citizens of Georgia, charge and accuse CRAIG ALEXANDER HILL and TKEYAH AIGNER ADAMS with the offense of INTERFERENCE WITH CUSTODY for that the said accused in the County of Clayton and State of Georgia, on or about the 22nd day of March, 2013, did, without lawful authority to do so, knowingly harbor a child, ▓▓▓▓▓▓▓▓▓▓▓▓▓, that had absconded from her legal guardian,

## Count VII

And the Grand Jurors aforesaid, on their oaths aforesaid in the name and behalf of the citizens of Georgia, charge and accuse CRAIG ALEXANDER HILL and TKEYAH AIGNER ADAMS with the offense of INTERFERENCE WITH CUSTODY for that the said accused in the County of Clayton and State of Georgia, on or about the 22nd day of March, 2013, did, without lawful authority to do so, knowingly harbor a child, ▓▓▓▓▓▓▓▓▓▓▓▓▓, that had absconded from her legal guardian,

[CONT]

J412872                                   Clerks No. 2013 CL 02540-6

## Count VIII

And the Grand Jurors aforesaid, on their oaths aforesaid in the name and behalf of the citizens of Georgia, charge and accuse CRAIG ALEXANDER HILL and TKEYAH AIGNER ADAMS with the offense of KEEPING A PLACE OF PROSTITUTION for that the said accused in the County of Clayton and State of Georgia, on or about the 22nd day of March, 2013, having control over the use of room 223 at the Days Inn located at 7385 Hannover Parkway, Stockbridge, which would offer shelter for the practice of prostitution, did knowingly permit the use of said place for the purpose of prostitution,

## Count IX

And the Grand Jurors aforesaid, on their oaths aforesaid in the name and behalf of the citizens of Georgia, charge and accuse CRAIG ALEXANDER HILL and TKEYAH AIGNER ADAMS with the offense of PIMPING for that the said accused in the County of Clayton and State of Georgia, on or about the 22nd day of March, 2013, did aid another, ███████████, in the commission of prostitution by providing a room and supplies in exchange for money,

*contrary to the laws of said State, the good order, peace and dignity thereof, TRACY GRAHAM-LAWSON District Attorney, Clayton Superior Court, November Term, 2013.*

Plaintiffs A.J. and Q.C. 00004