Police Case # 13017078

**Warrant Application Affidavit**

RECEIVED AND FILED
MAY 3 1 2013
JACQULINE D. WILLS
Clerk Magistrate Court
Clayton County, Georgia

**To Wit:**

   On 03/22/13 ▇▇▇▇ informed me that she located her runaway 14 year old daughter, ▇▇▇▇, on backpage.com (runaway case number ▇▇▇). ▇▇▇ advised ▇▇▇ was advertising herself for money. I did locate the ad titled "$50 dollar 2 girl special". Included in the ad was several pictures of two apparently young females; one of the pictures was a girl bending over with a photo of her from the rear. The ad advised to contact "CRYSTAL" at phone number 404-468-4024.

   I did contact phone 404-468-4024 and spoke with a female by the name of "CRYSTAL". CRYSTAL advised I could have sex with her and another female for 15 minutes for $50. I did make an agreement with CRYSTAL to have vaginal and anal sex with her and another female for 30 minutes for $70. She advised me to come to Days Inn (7385 Hannover Parkway N, Stockbridge, Clayton County, GA. 30281. I later discovered ▇▇▇ and ▇▇▇ in room 123. ▇▇▇ was also an active runaway (case number ▇▇▇) ▇▇▇ advised she was the "CRYSTAL " subject who I spoke to on the phone. I did take possession of the black HUAWEI cell phone which ▇▇▇ was using to communicate with customers from backpage.com. Inside the room, in plain view, was digital timers (one set for 15 minutes and the other set for 1 hours), packaged condoms on the dresser, and several used condoms in the trash. I did take ▇▇▇ and ▇▇▇ into custody because they were both active runaways.

   Investigation revealed that ▇▇▇ was located in room 223 performing sex for money as well. I did take make contact with ▇▇▇ who agreed to come to Clayton County Headquarters for an interview.

   During an interview with ▇▇▇ she agreed that she has been prostituting at the Days Inn Hotel for the past week. She advised she takes photos of herself and post them on an ad on backpage.com. She advised males would respond to her backpage ad and call her cell phone. She advised she gives "CHRIS BROWN" (later identified as CRAIG HILL ▇▇▇) a percentage of her earnings. She advised HILL provides her with condoms, KY jelly, food, and protection. She advised she charges $40 for 15 minutes, $80 for 30 minutes, and $120 for an hour. She advised if she earns $80 she gives HILL $30 and if she earns $120 she gives HILL $40.

   During an interview with ▇▇▇ she advised she ran way from ▇▇▇, ▇▇. on 03/15/13. She advised she joined ▇▇▇. She advised later HILL picked them up and took them to DAYS INN room 123. She advised a black female by the name of KEKE (later identified as TKEYAH ADAMS DOB ▇▇▇) explained the instructions. KEKE advised one girl for 15 minutes was $35, one girl for 30 minutes was $65, one girl for 1 hours was $100. She stated KEKE told her two girls for 15 minutes was $50, two girls for 30 minutes was $70, and 1 hour was $100. She stated they couldn't leave the room or use the phone. HILL generated the backpage.com ad advertising her and ▇▇▇. HILL gave ▇▇▇ a phone to communicate with him. They will text HILL when the customers arrive and leave. She advised she prostituted twice and ▇▇▇ prostituted approximately 10 times. She advised they gave all the earnings, which they earned from prostitution, to HILL. She advised HILL did know how old she and ▇▇▇ were. ▇▇▇S mother was

Plaintiffs A.J. and Q.C. 00033

## Warrant Application Affidavit

RECEIVED AND FILED
MAY 3 1 2013
JACQULINE D. WILLS
Clerk Magistrate Court
Clayton County, Georgia

unaware of her location.

During the interview with ▮▮▮▮▮▮ she advised she ran away from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮, on 03/16/13 and later was joined by ▮▮▮▮▮▮. ▮▮▮▮▮▮ advised on Wednesday 03/22/13 HILL picked them up and took them to Days Inn room 123. She advised HILL posted her and ▮▮▮▮▮▮ on backpage.com. She advised she prostituted 10 times while at the Days Inn. She advised ▮▮▮▮▮▮ prostituted once or twice while at Days Inn. She advised they performed vaginal and oral sex. She advised they gave all the money, which they earned from prostitution, to HILL. She advised HILL gave her a cell phone (black HUAWEI cell phone, # 404-468-4024) which she used to communicate with customers from the backpage.com ad. She advised she would communicate with HILL on his other phone number 404-334-3362. ▮▮▮▮▮▮ advised HILL was aware that she was 14 years of age. ▮▮▮▮▮▮'S mother was unaware of her location.

I was able to make contact with HILL. HILL did respond to Clayton County Headquarters for a voluntary interview. During the interview with HILL he advised he resides at the Days Inn room 123. He advised he did pick up ▮▮▮▮▮▮ and ▮▮▮▮▮▮ and allowed them to stay in his Days Inn room because ▮▮▮▮▮▮ said she was homeless. He advised he and ADAMS went and stayed at another hotel. When asked if ▮▮▮▮▮▮ texted him and requested he put her on backpage.com he responded "it was something like that". HILL stated if he tells us the truth it will seem like he is a pimp running an escort business. HILL stated that ▮▮▮▮▮▮ contacted him and stated that she needed some fast money so he told her a way to make some money. Hill would not elaborate on how ▮▮▮▮▮▮ earned her money but when we asked him he responded "you know how she was getting her money". HILL stated that ▮▮▮▮▮▮ told him that she has escorted before. HILL advised he stated to ▮▮▮▮▮▮ that since she already "did it" he would help her save her money. HILL would not elaborate on what he meant about helping her save her money.

Search warrant 2013SW06110 was executed and Days Inn room 123 was searched. Located in the room was 2 digital timers, 2 tubes of KY jelly, 6 unopened Trojan condoms, 5 open Trojan Magnum condom wrappers, and a handwritten notes with times at 15 minute increments and amount of money to charge for each.

Search warrant 2013SW06556 was executed and the black HUAWEI was searched. Inside the HUAWEI phone I observed several text messages with "AA CHRIS" phone number 678-334-3362. ▮▮▮▮▮▮ would send text message "gone" and HILL would respond "ok" as if ▮▮▮▮▮▮ was telling HILL that a customer had left. ▮▮▮▮▮▮ sent text message "pay for 30" and HILL replied "ok" as if she told him the time amount the customer was there for. ▮▮▮▮▮▮ sent text message "no more condoms n play on da way" and HILL responded "don't take no calls into I get there". All these text messages occurred on the date of 03/22/13.

Police Case # 13017078

## Warrant Application Affidavit

I swear or affirm that all of the information contained in this Affidavit and all other testimony given by me under oath is true to the best of my knowledge and belief.

**Affiant:** Click here to Affiant.
**Signature:** _____ 18842

**Clayton County Magistrate Judge**
**Signature:** ____LC Bandoh____

**RECEIVED AND FILED**

**MAY 3 1 2013**

JACQULINE D. WILLS
Clerk Magistrate Court
Clayton County, Georgia

Plaintiffs A.J. and Q.C. 00035