## CASE DISPOSITION SUMMARY

13017078

On Thursday May 30, 2013 at approximately 2000 hours I, DET. T. A. LEWIS, close this case as ARREST.

SYNOPSIS: On 03/22/2013 ▮▮▮▮▮▮▮▮ contacted me via telephone and advised she located her runaway daughter, ▮▮▮▮▮▮▮▮N, (runaway report ▮▮▮▮) on a backpage.com. I did observe the backpage.com ad titled "$50 Dollar 2 Girl Special". I did make contact; using 404-468-4024 phone number displayed on the ad, and spoke with a female who named herself "CRYSTAL". I did make arrangements to receive oral and vaginal sex with two girls for 30 minutes for the price of $70. I was told to come to Days Inn Hotel (7385 Hannover Parkway N, Stockbridge, GA. 30281). Later that date, with the assistance of the Tiger Unit and other Clayton County Detectives, ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ were located in room 123. ▮▮▮▮ was a runaway (case number ▮▮▮▮). Inside the room were condoms, ky jelly, and digital timers. Witness ▮▮▮▮▮▮▮▮ was located in room 223. ▮▮▮▮, ▮▮▮▮, and ▮▮▮▮ were all transported back to Headquarters for an interview. ▮▮▮▮ and ▮▮▮▮ both advised that CRAIG HILL picked them up from Southside Inn Hotel and brought them back to the Days Inn Hotel. ▮▮▮▮ and ▮▮▮▮ advised HILL posted them on Backpage.com for the purpose of prostitution. HILL did provide them with a phone were they communicated with HILL and with clients from the backpage.com ad. ▮▮▮▮ and ▮▮▮▮ advised they received money for sex and gave it to HILL. ▮▮▮▮ and ▮▮▮▮ advised ADAMS advised them



Page 2                                                                                           13017078

of the prices for the clients to pay per time limit and the price for one girl vs both girls. ▮▮▮▮ and ▮▮▮▮ advised ADAMS was the one who rented room. The phone which ▮▮▮▮ and ▮▮▮▮ were using did belong to ADAMS.

During the interview with ▮▮▮▮ she advised she did work for HILL. ▮▮▮▮ advised he posted her on backpage.com for prostitution. She advised she would give HILL a percentage of her earnings and HILL would provide her with supplies (condoms, ky jelly, etc), food, and protection.

During an interview with HILL he denied posting the females on backpage.com or being their pimp. HILL advised ▮▮▮▮ approached him about escorting on backpage.com but she did not know how to save her money. HILL advised he did advise her of a way to make fast money and agreed to assist her in saving her money. HILL agreed to providing with room 123 and a phone but denied knowing their ages.

I did obtain the phone records for HILL'S phone (678-334-3362), ▮▮▮▮ phone (404-552-3046), and ADAMS' phone (404-468-ADAMS' phone (404-468-4024). The language in the text messages was very clear and did indicate that ▮▮▮▮ and ▮▮▮▮ were communicating with HILL about prostitution, being posted on backpage.com, amount of time the clients stayed, and money earned.

On April 5, 13 I did obtain the following warrants on HILL:  Pimping, Trafficking or persons for labor or servitude, Interference with Custody, Keeping Place of Prostitution, and Enticing a child for indecent purposes. On May 22, 2013 I did obtain the following warrants on ADAMS:  Pimping, Trafficking of persons for labor or servitude, Interference with custody, and Keeping place of Prostitution.

Page 3                                                                                       13017078

On 05/29/13 I conduct an interview with ADAMS. She initially denied any knowledge of what was occurring in room 123. She did admit to renting the room and that phone number 404-468-4024 did belong to her. She later advised that it was obvious what was occurring in the room by observing the condoms and etc.

Both HILL and ADAMS are in custody at this time.

DET. T. A. LEWIS 18842, 053013