```
 1     Parkway in Stockbridge, Clayton County, Georgia.  There
 2     was a Days Inn in where he met the girl who called herself
 3     Crystal and he later identified her to be ███████████.
 4     They met another minor child, another 14 year old girl
 5     named ███████████████, who was also an active runaway.
 6          Both of these children were taken into D.F.A.C.S.
 7     custody and one was ultimately turned over to her mother
 8     and the other one was a still in D.F.A.C.S. custody.
 9          But upon interviewing these two as well as another 18
10     year old girl by the name of ███████████ he determined
11     that they're all prostituting out of the hotel, the Days
12     Inn, and the pimp was a gentleman by the name Craig Hill.
13          THE COURT:  The co-defendant in this case?
14          MR. ROSS:  The co-defendant in this case.  And upon
15     interviewing these two females the officer learned that
16     there was another person by the name of Tkeyah Adams, the
17     defendant before the court, who was also tangentially
18     involved it has later been determined in the activities.
19          THE COURT:  In assisting the co-defendant with the
20     girls?
21          MR. ROSS:  Yes, Your Honor.  But both defendants, Ms.
22     Adams, in particular she rented a hotel room where the
23     minor children were located room 123 of Days Inn and she
24     offered them some instructions regarding how much to
25     charge johns, for lack of a better word, for the services
```

Plaintiffs A.J. and Q.C. 00171

```
 1    that were being obtained.
 2           And it was also determined that Craig Hill had much
 3    more involvement in terms of setting them up on the
 4    internet and actually answering the phone and things of
 5    that nature when people call for services.
 6           So based upon the fact that Ms. Adams put the room in
 7    her name and was offering some instruction and assistance
 8    to these minor children and knowing that they were
 9    prostituting we have decided to proceed with one count of
10    keeping a place of prostitution for a minor juvenile
11    prostitute so that makes it a felony.
12           THE COURT: And I believe also there was some
13    indication at least on how the defendant to this date,
14    which was then imparted to the court at a pre-trial, that
15    she's 21 now as I understand it but when she was younger
16    that she was also recruited by the co-defendant?
17           MR. ROSS: That's correct, sShe also was recruited by
18    the co-defendant. She didn't even know his real name up
19    until very recently. I think until he was indicted or
20    arrested.
21           But she was involved with him prior to that. She was
22    a prostitute and he was the pimp and she also alleges some
23    domestic violence on his part against her and she felt
24    coerced to engage in these activities and to assist him
25    when he then brought in these other two girls, the two
```

Plaintiffs A.J. and Q.C. 00172