INVESTIGATIVE SUMMARY

13017078

On Monday May 13, 2013 at approximately 2140 hours I, DET. T. A. LEWIS, checked my county email and observed on 05/10/13 I received the phone records for phone number ▮▮▮▮▮▮, which belongs to ▮▮▮▮▮▮ Upon review I observed several text messages to 678-334-3362 which belongs to CRAIG HILL. I observe the following conversations between ▮▮▮▮ and HILL (texts are verbatim) :

- 3/13/2013  12:13:04 AM, from HILL to ▮▮▮▮ - So u dont see my text

- 3/13/2013  12:21:28 AM, from ▮▮▮▮ to HILL - I seen it...butt i really ain't got too much to say. I'm highly upset and trying not to cry bout this shit

- 3/13/2013  12:22:36 AM, from HILL to ▮▮▮▮ - Ok just see it both ways jail are 35 dollars

- 3/13/2013  12:34:35 AM, from ▮▮▮▮ to HILL - I see what you saying..but you not understanding

- 3/13/2013  12:36:27 AM, from HILL to ▮▮▮▮ - I feel u i would have gave u 35 so u would have not feel like u did some for free

- 3/13/2013  12:37:44 AM, ▮▮▮▮ to HILL - I understand where you coming from though..and i don't want to out none of us at risk. I'm at home though, and I'm sorry

- 3/13/2013  12:39:09 AM, HILL to ▮▮▮▮ - We good just lil stuff like that we got to let go cause we in Stockbridge

- 3/13/2013  12:39:32 AM, ▮▮▮▮ to HILL - I understand...and again i apologize

Plaintiffs A.J. and Q.C. 00353

Page 2                                                                                                    13017078

- 3/13/2013 12:40:38 AM, HILL to ▮▮▮▮ - We good big head but i still need my paper lol see u tomorrow if u feel like coming back
- 3/13/2013 12:41:58 AM, ▮▮▮▮ to HILL - Lol don't ever in yo life tell me to keep it all...but tomorrow I'm going too school and the doctor when i get out. I'm in pain
- 3/13/2013 12:43:24 AM, HILL to ▮▮▮▮ - Ok well just give it to me or ne ne
- 3/13/2013 12:43:55 AM, ▮▮▮▮ to HILL - I'm coming back tomorrow though
- 3/13/2013 7:40:57 PM, ▮▮▮▮ to HILL – I forgot to get the condoms and lubrication
- 3/13/2013 7:41:51 PM, HILL to ▮▮▮▮ – Come get it
- 3/14/2013 12:18:09 AM, HILL to ▮▮▮▮ – Time up
- 3/14/2013 12:22:46 AM, ▮▮▮▮ to HILL – He paid for 20 he bout to leave
- 3/14/2013 12:22:46 AM, HILL to ▮▮▮▮ – Ok
- 3/14/2013 12:29:47 AM, ▮▮▮▮ to HILL – 1
- 3/14/2013 12:30:04 AM, ▮▮▮▮ to HILL - But you don't have to check me bout my time
- 3/14/2013 9:57:27 AM, ▮▮▮▮ to HILL – I had 235
- 3/14/2013 9:57:50 AM, ▮▮▮▮ to HILL – But you can have that
- 3/14/2013 9:58:31 AM, HILL to ▮▮▮▮ – Ur butt need to stop going to sleep when I post u
- 3/14/2013 9:59:19 AM, ▮▮▮▮ to HILL - I didn't get no calls though...i wake up when i hear my phone. But post me now

13017078

- 3/14/2013 12:14:09 PM, J[REDACTED] to HILL – Made my money back already (in your voice)
- 3/14/2013 12:14:32 PM, HILL to J[REDACTED] – Ok
- 3/14/2013 3:04:17 PM, HILL to J[REDACTED] – ok I just post u
- 3/14/2013 4:42:33 PM, J[REDACTED] to HILL – I need you to do me a favor, my phone bill need to be paid today..It's 63. I'm with metro, and it need to be paid asap before they cut it off
- 3/14/2013 4:44:54 PM, HILL to J[REDACTED] – Why u did not say that this morning
- 3/14/2013 5:12:22 PM, HILL to J[REDACTED] – its, paid
- 3/14/2013 7:26:23 PM, HILL to J[REDACTED] – How many condoms u have
- 3/14/2013 7:26:46 PM, [REDACTED] to HILL – I have enough I think
- 3/14/2013 10:18:47 PM, [REDACTED] to HILL – I'm leaving at 1
- 3/16/2013 10:20:20 AM, [REDACTED] to HILL – where we gone be at Monday
- 3/18/2013 11:43:15 AM, HILL to [REDACTED] – send me some pic new for bp
- 3/18/2013 11:43:38 AM, [REDACTED] to HILL – ok
- 3/18/2013 11:44:50 AM, [REDACTED] to HILL – What kind should I take
- 3/18/2013 11:45:39 AM, HILL to [REDACTED] – just take new hot one
- 3/18/2013 4:45:28 PM, [REDACTED] to HILL – 40
- 3/18/2013 4:45:52 PM, HILL to [REDACTED] – huh
- 3/18/2013 4:46:17 PM, [REDACTED] to HILL – Can that be my special
- 3/18/2013 4:53:58 PM, HILL to [REDACTED] – yea

Plaintiffs A.J. and Q.C. 00355

- 3/18/2013  5:40:39 PM, ▉▉▉ to HILL – my last client just made me bleed and asked for half back
- 3/20/2013  1:19:53 PM, ▉▉▉ to HILL – How this gone work if you in Lithonia??? Lol that's too damn far....what if someone try to get me.  Or I need to learn to be by myself
- 3/20/2013  1:23:04 PM, HILL to ▉▉▉ – U for get about me
- 3/20/2013  1:24:59 PM, ▉▉▉ to HILL – Boy stop...and I'm giving you more than half on Friday
- 3/20/2013  5:06:44 PM, ▉▉▉ to HILL – you posted me?
- 3/20/2013  5:07:31 PM, HILL to ▉▉▉ – Doing it now
- 3/20/2013  6:25:18 PM, ▉▉▉ to HILL – I'm just tired
- 3/20/2013  6:26:08 PM, HILL to ▉▉▉ – U need to get UNtired u just started
- 3/20/2013  9:11:23 PM, ▉▉▉ to HILL – tell me when you post me....and put the other picture back up
- 3/20/2013  10:53:18 PM, HILL to ▉▉▉ – what's going on
- 3/20/2013  10:54:25 PM, ▉▉▉ to HILL – getting a couple of calls....
- 3/20/2013  10:55:09 PM, ▉▉▉ to HILL – you put my pictures up
- 3/20/2013  10:57:39 PM, HILL to ▉▉▉ – yea
- 3/21/2013  12:10:43 AM, ▉▉▉ to HILL – you repost me for today?
- 3/21/2013  12:11:43 AM, HILL to ▉▉▉ – yes
- 3/21/2013  12:27:58 AM, HILL to ▉▉▉ – check the money
- 3/21/2013  12:28:24 AM, ▉▉▉ to HILL – always!! I know this

- 3/21/2013 7:39:52 AM, HILL to ▮ – Good morning
- 3/21/2013 8:13:19 AM, ▮ to HILL – Morning!!
- 3/21/2013 8:14:43 AM, HILL to ▮ – U ready to work
- 3/21/2013 8:15:05 AM, ▮ to HILL – Yes sir
- 3/21/2013 8:15:36 AM, HILL to ▮ – Ok im about to post u
- 3/21/2013 10:51:02 AM, HILL to ▮ – U got lub
- 3/21/2013 11:01:17 AM, ▮ to HILL – Yes
- 3/21/2013 11:09:33 AM, ▮ to HILL – I need some more condoms and wipes
- 3/21/2013 11:13:09 AM, HILL to ▮ – Ok
- 3/21/2013 1:16:54 PM, ▮ to HILL – he left because he wanted raw head
- 3/21/2013 1:17:58 PM, HILL to ▮ – Ok
- 3/21/2013 3:19:49 PM, ▮ to HILL – Lmao he wanted me to lick his nipple lol haha lmao he gave me 50
- 3/21/2013 3:20:29 PM, HILL to ▮ – lol wow
- 3/21/2013 7:42:41 PM, ▮ to HILL – You bout to post me
- 3/21/2013 7:43:03 PM, HILL to ▮ – yea
- 03/22/2013 1:34:25 PM, ▮ to HILL – super slow.....i guess post me again
- 03/22/2013 1:36:50 PM, HILL to ▮ – that's not the problem….people not off work yet
- 3/22/2013 7:05:49 PM, ▮ to HILL – police here
- 3/22/2013 7:06:32 PM, HILL to ▮ – at who room

Plaintiffs A.J. and Q.C. 00357

During review of the phone records I observed many text messages conversing with ▆▆▆▆ about sex and negotiating prices. I did observe messages between ▆▆▆▆ and HILL where ▆▆▆▆ would text HILL and number such as "0" or "1" and HILL would reply "ok" as if she was telling him her earnings. I did not document every conversation between HILL and ▆▆▆▆. The messages that I documented clearly states that HILL posts ▆▆▆▆ on back page website for the purpose of prostituting. ▆▆▆▆ obviously provides HILL with a sum of money and HILL provides her with supplies (condoms, lubrication, food) and supervises her.

I did observe a text from phone number 678-949-4496 on 03/22/2013 at 1708 hours stating "dis keke" (T'KEYAH ADAMS). ▆▆▆▆ and ADAMS did communicate briefly on that date.

I did review the phone records for phone number 404-468-4024. HILL did provide ▆▆▆▆ ▆▆▆▆ with the phone with phone number 404-468-4024. During the interview with ▆▆▆▆ she advised she was picked up by HILL Wednesday (03/20/13). ▆▆▆▆ advised she began working for HILL Thursday night (03/21/13). ▆▆▆▆ advised she communicated with HILL and clients with phone number 404-468-4024. The following texts were to CHRIS HILL phone number 678-334-3362 starting 03/21/13:

- 3/21/2013   2:02:02 AM, ▆▆▆▆ to HILL – here 015
- 3/21/2013   2:15:40 AM, ▆▆▆▆ to HILL – Gone
- 3/21/2013   6:22:42 AM, HILL to ▆▆▆▆ – ok
- 3/21/2013   08:25:57AM, HILL to ▆▆▆▆ – nothing get ready to work

13017078

- 3/21/2013 8:28:02 AM, ▇ to HILL – ok n did u pay 4 dis room??

    N wen u coming back
- 3/21/2013 8:28:29 AM, HILL to ▇ – I got this
- 3/21/2013 10:07:57 AM, ▇ to HILL – Here 015
- 3/21/2013 10:08:14 AM, HILL to ▇ – ok
- 3/21/2013 10:22:07 AM, ▇ to HILL – gone
- 3/21/2013 10:22:26 AM, HILL to ▇ – Ok
- 3/21/2013 12:03:43 PM, ▇ to HILL – here 015
- 3/21/2013 12:04:26 PM, HILL to ▇ – Ok
- 3/21/2013 12:10:40 PM, ▇ to HILL – gone
- 3/21/2013 1:13:14 PM, ▇ to HILL – Here 015
- 3/21/2013 1:18:03 PM, HILL to ▇ – Ok
- 3/21/2013 1:29:55 PM, ▇ to HILL – Gone
- 3/21/2013 1:31:15 PM, HILL to ▇ – ok
- 3/21/2013 3:49:11 PM, ▇ to HILL – Here 015
- 3/21/2013 3:49:25 PM, HILL to ▇ – Ok
- 3/21/2013 3:53:37 PM, ▇ to HILL – he left
- 3/21/2013 3:54:23 PM, HILL to ▇ – ok
- 3/21/2013 3:55:52 PM, ▇ to HILL – Another 1 here 030
- 3/21/2013 3:56:12 PM, HILL to ▇ – Ok
- 3/21/2013 4:13:27 PM, ▇ to HILL – Gone
- 3/21/2013 4:13:45 PM, HILL to ▇ – ok

- 3/21/2013 5:20:23 PM, ▮ to HILL -- Here 015
- 3/21/2013 5:20:55 PM, HILL to ▮ -- ok
- 3/21/2013 5:33:10 PM, HILL to ▮ -- time
- 3/21/2013 5:33:40 PM, ▮ to HILL -- Ok
- 3/21/2013 5:35:02 PM, ▮ to HILL -- Gone
- 3/21/2013 6:05:16 PM, ▮ to HILL -- Here 015
- 3/21/2013 6:06:40 PM, HILL to ▮ -- ok
- 3/21/2013 6:08:12 PM, ▮ to HILL -- He left
- 3/21/2013 6:09:27 PM, HILL to ▮ -- ok
- 3/21/2013 6:10:40 PM, ▮ to HILL -- He get here n say he want bbj
- 3/21/2013 6:11:12 PM, HILL to ▮ -- lol ok
- 3/21/2013 8:31:08 PM, ▮ to HILL -- 015 here
- 3/21/2013 8:32:17 PM, HILL to ▮ -- ok
- 3/21/2013 8:49:13 PM, ▮ to HILL -- gone
- 3/21/2013 8:49:31 PM, HILL to ▮ -- ok
- 3/21/2013 10:27:03 PM, ▮ to HILL -- here
- 3/21/2013 10:27:46 PM, HILL to ▮ -- for how long
- 3/21/2013 10:28:12 PM, ▮ to HILL -- 15
- 3/21/2013 10:29:45 PM, HILL to ▮ -- Ok
- 3/21/2013 10:33:29 PM, ▮ to HILL -- Gone
- 3/21/2013 10:33:55 PM, HILL to ▮ -- what happen

- 3/21/2013 10:49:14 PM, HILL to ▮▮▮▮▮ – how many condoms yall have
- 3/21/2013 10:49:38 PM, ▮▮▮▮▮ to HILL – he got mad cuz we use p time
- 3/21/2013 10:49:48 PM, ▮▮▮▮▮ to HILL – 4
- 3/21/2013 10:50:49 PM, HILL to ▮▮▮▮▮ – ok
- 3/21/2013 11:51:27 PM, ▮▮▮▮▮ to HILL – Here
- 3/22/2013 5:50:57 AM, HILL to ▮▮▮▮▮ – ok
- 3/22/2013 10:40:03 AM, ▮▮▮▮▮ to HILL – Gone
- 3/22/2013 10:41:03 AM, ▮▮▮▮▮ to HILL – Here 015
- 3/22/2013 10:41:43 AM, HILL to ▮▮▮▮▮ – ok
- 3/22/2013 10:59:06 AM, ▮▮▮▮▮ to HILL – gone
- 3/22/2013 10:59:27 AM, HILL to ▮▮▮▮▮ – ok
- 3/22/2013 12:56:23 PM, ▮▮▮▮▮ to HILL – here
- 3/22/2013 12:56:55 PM, HILL to ▮▮▮▮▮ – for how long
- 3/22/2013 12:57:36 PM, ▮▮▮▮▮ to HILL – 30
- 3/22/2013 12:58:26 PM, HILL to ▮▮▮▮▮ – Ok
- 3/22/2013 12:59:47 PM, HILL to ▮▮▮▮▮ – 30mins or 30 dollars
- 3/22/2013 1:17:57 PM, ▮▮▮▮▮ to HILL – 30 min
- 3/22/2013 1:27:05 PM, ▮▮▮▮▮ to HILL – Gone
- 3/22/2013 1:28:26 PM, HILL to ▮▮▮▮▮ – Ok

Page 10                                                                                    13017078

- 3/22/2013  1:30:33 PM, ███████ to HILL -- Can you bring me some chick fila this ███ and ███ want dairy queen
- 3/22/2013  1:34:01 PM, HILL to ███████ -- one of yall walk to chick fil and one of yall stay in the room
- 3/22/2013  1:36:05 PM, ███████ to HILL -- kk
- 3/22/2013  2:00:05 PM, ███████ to HILL -- Here 15
- 3/22/2013  2:02:02 PM, HILL to ███████ -- ok
- 3/22/2013  2:16:49 PM, ███████ to HILL -- gone
- 3/22/2013  2:17:14 PM, HILL to ███████ -- ok
- 3/22/2013  2:17:32 PM, ███████ to HILL -- Pay extra
- 3/22/2013  2:18:31 PM, ███████ to HILL -- Pay for 30
- 3/22/2013  2:18:49 PM, HILL to ███████ -- ok
- 3/22/2013  2:28:12 PM, ███████ to HILL -- gone
- 3/22/2013  2:29:47 PM, HILL to ███████ -- ok
- 3/22/2013  2:32:49 PM, ███████ to HILL -- No more condoms n play on da way
- 3/22/2013  2:37:37 PM, HILL to ███████ -- ok im coming
- 3/22/2013  2:38:01 PM, ███████ to HILL -- Kk
- 3/22/2013  2:42:41 PM, HILL to ███████ -- Don't take no calls into I get there
- 3/22/2013  2:43:14 PM, ███████ to HILL -- OK

13017078

- 3/22/2013 4:59:14 PM, J█████ to HILL – Can my friend come see me?
- 3/22/2013 4:59:22 PM, HILL to J█████ – im no
- 3/22/2013 4:59:37 PM, J█████ to HILL - why?
- 3/22/2013 5:01:04 PM, J█████ to HILL – so we cant have no free time?

That concluded the conversation between the phone which J█████ had (404-468-4024) and the phone which HILL had (678-334-3362). It is obvious that J█████ was advising HILL when a client arrived, the time limit, and when that person left just like J█████ did. It is obvious that HILL did provide supplies for them etc condoms and lubrication. The following are text messages between the phone that J█████ had and the phone that T'KEYAH ADAMS (KE-KE, 678-949-4496) had.

- 3/20/2013 9:56:54 AM, 404-468-4024 to 678-949-4496 – Hey boo did u post me ppl callin 4 kandi n angel (unknown if J█████ was in possession of the phone at this time)
- 3/22/2013 6:39:38 PM, █████ to ADAMS – Don't answer the phone for nobody until we get there (█████ was in possession of the phone at this time). Notice that the message states "until <u>we</u> get there" stating that there is more than one person. HILL and ADAMS were together that day. "We" means HILL and ADAMS confirming that ADAMS was with HILL and should have known of the activities that █████ and █████ were committing.

208

Plaintiffs A.J. and Q.C. 00363

Page 12                                                                 13017078

I did review phone records for 678-334-3362. In addition to the previous conversations to 678-334-3362 which are mentioned above, I observe text messages with phone number 678-949-4496 (ADAMS). I did observe some unrelated conversations. It did appear on 03/22/13 ADAMS and HILL conversed about a female ADAMS knew who wanted to prostitute for HILL. It appears ADAMS texts HILL a picture and HILL responds "it looks like she on crack". ADAMS texted HILL "she tryin to get on her feet" and HILL responds "ok so when she wanna start". That ended that conversation and the last message between them was at 2206 hours when ADAMS texted HILL "7911 n mcdonough St Jonesboro ga", which is Clayton County Police Department address. HILL arrived at Central Headquarters, with ADAMS, at 2345 hours that date.

The subscriber and account name for phone number 404-468-4024 is KANDI JAY. The subscriber address is: 2910 Meadowview Dr SE, Atlanta, GA., 30316 (the same address for T'KEYAH ADAMS). The Subscriber name for phone number 678-334-3362 is CHRIS BROWN (HILL does resemble artist CHRIS BROWN and CHRIS BROWN is what ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ knew him as). The account name for that phone number is CRAIG HILL. It appears HILL does have several phones active with that number (not sure the reason, but HILL may switch the 678-334-3362 sim card amongst the different phones). The cell phone records are placed on a cd and the cd was placed into evidence. The printout of the subscriber records and the search warrant that they received are attached to the case file.

DET. T. A. LEWIS 18842, 051313