## MAGISTRATE COURT OF CLAYTON
### APPLICATION FOR CRIMINAL ARREST WARRANT
FEE FOR HEARING APPLICATION $10.00
**NOTE:** <u>Print</u> All Requested Information

TODAY'S DATE   04/05/13

APPLICANT'S NAME   DET. T. A. LEWIS  # 18842          D.O.B.  /

ADDRESS   7911 N. MCDONOUGH ST          CITY   JONESBORO   STATE   GA   ZIP   30236

EMPLOYER   CLAYTON COUNTY P.D.          PHONE (HOME)   /   (WORK)   6786104711

I certify that: I have applied to no other judge for a warrant on this matter; I am not under the influence of any intoxicants; and, I understand I do not have a right to have this warrant dismissed, and may be required to pay all costs of these proceedings upon requesting charges be dismissed.

SIGNATURE OF APPLICANT    18842

---

NAME OF THE PERSON TO BE ARRESTED   HILL, CRAIG ALEXANDER

ALSO KNOWN AS (ALIAS)   CHRIS BROWN

ADDRESS   4589 KINSDALE DR SW          CITY   MABLETON   STATE   GA   ZIP   30126

DATE OF BIRTH   [redacted]          PHONE (HOME)   678-334-3362   (WORK)

HGT.   602   WGT.   200   SOC. SEC. #          SEX   M   RACE   B   HAIR   BLK

RELATIVES (AND ADDRESSES)   HILL IS KNOWN TO STAY AT HOTELS, TO INCLUDE THE DAYS INN (7385 HANNOVER PARKWAY NORTH)

EMPLOYER   NONE          IDENTIFYING MARKS

VEHICLE   1995 WHITE HONDA ACCORD          TAG #   UNK          D.L. #   UNK

---

STATE COMPLAINT & INCIDENT LOCATION:

TRAFFICKING OF PERSONS FOR SEXUAL SERVITUDE   16-05-46
KEEPING A PLACE OF PROSTITUTION   16-06-10
PIMPING   16-06-11
ENTICING A CHILD FOR INDECENT PURPOSES   16-06-05
INTERFERENCE OF CUSTODY   16-05-45

**RECEIVED AND FILED**
MAY 3 1 2013
JACQULINE D. WILLS
Clerk Magistrate Court
Clayton County, Georgia

INCIDENT LOCATION: 7385 HANNOVER PARKWAY N, ROOM 123, STOCKBRIDGE, GA., 30281

SEE NARRATIVE FOR FURTHER

DATE INCIDENT OCCURRED: 03/22/2013

POLICE REPORT #   13017078   OFFICER   DET. T. A. LEWIS   AGENCY   CLAYTON COUNTY P.D.

WITNESSES:
NAME [redacted]   NAME
STREET [redacted]   STREET
CITY [redacted]   STATE [redacted]   ZIP [redacted] 1   CITY   STATE   ZIP
PHONE   PHONE

After holding a hearing, and after considering this application and other oral testimony, I certify that probable cause _does_ exists for the issuance of an arrest warrant in this matter. trafficking person sex. servitude, keeping a place of prostitution,

Affiant has been advised of Preliminary Hearing date by issuing Magistrate:   Yes _____ or   No _X_

JUDGE, MAGISTRATE COURT
CLAYTON COUNTY, GEORGIA   Bardoh

pimping, enticing a child for indecent purposes, + interference w/ custody

Plaintiffs A.J. and Q.C. 00031