INVESTIGATIVE SUMMARY

13017078

On Friday, March 22, 2013, at approx. 1939 hours, I (Detective Simonds) arrived at the Days Inn located at 7385 Hanover Pkwy. N., Stockbridge, GA 30281 and obtained occupant information for room number 123. The room has been rented to two individuals as of February 26, 2013 the individuals who rented the room are listed below:

TKEYAH ALGNER ADAMS

B/F DOB:

OLN: 055453689 / GA

404-438-2383


ZANNETRA MARQUELL JONES

B/F DOB:

OLN: 056374759 / GA


DETECTIVE M. SIMONDS #16727: 03/22/2013