UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. & Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:23-cv-4247-JPB |

**PLAINTIFFS' NOTICE OF FILING EXHIBITS FOR PLAINTIFFS' BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs file this Notice of Filing Summary Judgment Exhibits as it relates to Plaintiffs' Brief in Support of Plaintiffs' Motion for Summary Judgment to assist the Court in its review of the evidence that Plaintiffs cite in their Motion for Summary Judgment. Pursuant to Local Rule 56.1(B)(2), Plaintiffs are also filing a statement of facts which Plaintiffs contend are material and present a genuine issue for trial.

In all of Plaintiffs' filings, Plaintiffs refer to the evidence in the record that is attached to this Notice and listed below by exhibit numbers. Where Plaintiffs cite to these exhibits in their filings, Plaintiffs do so with reference to these exhibit numbers, which will mostly be found with specific record citations.

In addition, many of the exhibits listed below contain either confidential information or information prohibited from being filed publicly. As noted below,

Plaintiffs filed only the redacted versions of such documents. Consistent with the Local Rules and per the Judge's Standing Order, Plaintiffs are filing a motion to seal the unredacted, full copies of any such documents and will be provisionally filing those documents under seal.

Finally, because of technical restrictions, Plaintiffs are filing these exhibits in batches and noting in the title of each notice the range of exhibits included in that batch. The exhibits include the following documents:

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---|---|---|
| 1 | May 22, 2013 Incident Report | Redacted; Under Seal |
| 2 | A.J. Deposition | Redacted excerpts; Under seal |
| 3 | Q.C. Deposition | Redacted excerpts; Under Seal |
| 4 | Indictment of Craig Hill and Tkeyah Adams | Redacted; Under seal |
| 5 | Warrant Application Affidavit | Redacted; Under seal |
| 6 | Case Disposition Summary | Redacted; Under seal |
| 7 | Plea Hearing Transcript | Redacted excerpts; Under seal |
| 8 | Det. Lewis Investigative Summary | Redacted; Under seal |
| 9 | Application for Criminal Arrest Warrant | Redacted; Under seal |
| 10 | Det. Simonds Investigative Summary | Redacted; Under seal |
| 11 | A.J. Written Statement | Redacted; Under seal |

| 12 | Q.C. Written Statement | Redacted; Under seal |
|---|---|---|
| 13 | Tkeyah Adams Suspect Interview Summary | Redacted; Under seal |
| 14 | Affidavit and Application for a Search Warrant | Redacted; Under seal |
| 15 | State v. Hill, No. 2013CR02540-06, Final Disposition | Redacted; Under seal |
| 16 | MASP, LLC 30(b)(6) Deposition | Excerpts |
| 17 | Def. MASP, LLC's Resps. to Pls' First Cont'g Reqs for Prod. of Docs | Redacted; Under seal |
| 18 | Map Layout | |
| 19 | Baldev Patel Declaration | |
| 20 | Narmada Patel Declaration | |
| 21 | Shilpa Patel Declaration | |
| 22 | Def. MASP, LLC's Responses to Pls' Fr. Cont'g Interrogatories | |

Respectfully submitted this 11th day of October, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

4

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 11th day of October, 2024.

                              ANDERSEN, TATE & CARR, P.C.

                              */s/ Jonathan S. Tonge*
                              PATRICK J. MCDONOUGH
                              Georgia Bar No. 489855
                              pmcdonough@atclawfirm.com
                              JONATHAN S. TONGE
                              Georgia Bar No. 303999
                              jtonge@atclawfirm.com
                              JENNIFER M. WEBSTER
                              Georgia Bar No. 760381
                              jwebster@atclawfirm.com
                              *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile