# CLAYTON COUNTY POLICE DEPARTMENT

Gregory Porter, Chief of Police

Honor, Integrity, Transparency and Professionalism

Case No. 13017078

Print the following information:

Date: 03/22/13   Time: _____   Page 1 of 3

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

DOB: ▓▓▓▓▓▓▓   License/I.D. # _____

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
(Street)
▓▓▓▓▓▓   ▓▓▓▓▓▓   ▓▓▓▓▓▓
(City)   (State)   (Zip)

Phone: NA (Home)   NA (Work/Cell)

I met Chris off of datehookup.com in January sometime. We met for the 1st time on Wednesday and I started working 4 him on Thursday night. That wasn't the plan, the plan was 2 stay with him for 2 days and then find someone else to stay with but he changed his mind. He yelled @ me a couple of times and said he will slap me but he never did. He has other girls that work for him. He showed me a gun 2 of them saying if anything went wrong ("I got this") he has 2 other young girls working for him #1 name ▓▓▓ 16 years of age other girl 16 as well don't know name he is 6'3 or 4" light skinned

Signature: ▓▓▓▓▓▓

Name of Witness (Print): T.A. LEWIS

Signature: T. ▓▓▓ 188cn

ORIGINAL

00101201

O.C.G.A. 16-10-20. Falsifying statements and concealing facts in matters within the jurisdiction of state or political subdivisions.
A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city, or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.

Police Headquarters ★ 7911 N. McDonough Street, Jonesboro Georgia 30236 ★ Voice (770) 477-3747 ★ Fax (770) 477-3745

Plaintiffs A.J. and Q.C. 00101

Case No. 13017078

## CLAYTON COUNTY POLICE DEPARTMENT

### STATEMENT CONTINUATION FORM

Page 2 of 3

weight 225 drives 4 different cars white honda, - Mercedes Benz Black - Truck gray n black - n white car don't know the name of it he has a main chick her name is Tybica but they call her Keke she has a daughter who is 7½ she is in her 20's, Chris is 23 years of age he is a pimp basically but he dosent liked to be called that he only comes to the room if we need something like food condoms K&y. he had four people watching us from each side, including a man that works in the office he is white boy did yell at us, n curse when he was mad n one time he told us if we did something wrong again he would make us leave. He is playful but he can be rude and mean favorite line (I got this) my team watching. He also has another girl name nene she dosent work for him they just do things she works and goes 2 school when a play came I put the money up when Chris came he took all the money the deal was he get half n we get half he didn't do that Chris and Keke posted us on backpage.com & I didnt take pictures don't know how he get

ORIGINAL   Signature   Witness   18842   00101301

Case No. 13017028

## CLAYTON COUNTY POLICE DEPARTMENT

### STATEMENT CONTINUATION FORM

Page 3 of 3

my pictures I don't see any when I go on backpage so I don't think he put any up there he is mainly in marrieta with Blake and her baby Chris likes it to be all about him and everything "has" to go his way or else.... ~~he has a smart math he has 2 guns~~ he also sells weed he told us he has girls in Stockbridge marrieta Morrow he changes Chris location every wkfo with the other girls he is very cool with the people at the Day inns and he has payed almost 4,000 for that room he has had it for a very long time he does car shows, he smokes weed the ~~Co~~ just bought a house for him and his team in hampton ga

ORIGINAL

Signature

Witness 18842