# CLAYTON COUNTY POLICE DEPARTMENT

Gregory Porter, Chief of Police

Honor, Integrity, Transparency and Professionalism

Case No. 13017078

Print the following information:

Date: _____   Time: _____   Page 1 of 5

Name: ████████████████████████

DOB: ████████████   License/I.D. # _____

Address: ████████████████████████████
(Street)
████████████████████████████
(City)     (State)     (Zip)

Phone: ████████████████████████
(Home)     (Work / Cell)

Okay, so I ran away from home the night I ran away I was walking around that whole entire night I finally met up with ████████ we got into a Gray van with this Jamacian guy I didn't know him she did we was with him she had all of her things I had nothing he took us to my old neighborhood we was there he left she stashed her stuff under this club house porch then we proceeded walking around the neighbor-

Name of Witness (Print): T. A. LEWIS

Signature: [signed] 18842

O.C.G.A. 16-10-20. Falsifying statements and concealing facts in matters within the jurisdiction of state or political subdivisions.
A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government or of the government of any county, city, or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both.

00101201   ORIGINAL

Police Headquarters ★ 7911 N. McDonough Street, Jonesboro Georgia 30236 ★ Voice (770) 477-3747 ★ Fax (770) 477-3745

Case No. 13017078



## CLAYTON COUNTY POLICE DEPARTMENT

### STATEMENT CONTINUATION FORM

Page 2 of 5

hood of Lake Ridge we finally figured out that we would be sleeping outside that night so then we started walking up highway @285 we was by a waffle house and sports bar and she met this guy nammed Kane and he offered to buy us a room and he did but he also told us we couldnt just get the room without him getting nothing so he got us a room at the Travellodge near old dixie, im not sure so then he like kept begging basically making me have sex with him and then he got upset cause I didnt want to so then he want to ▓▓▓▓ ▓▓▓▓▓ got it from her they left let us have the room then the next morning we had to check out we was panicing cause we diant know where we was gonna go and then we met this girl nammed kashmiere at the travelodge she was 22 she explained to us she was an escort I didnt

 ORIGINAL

Signature

Witness  18842


00101301

Case No. 13017078

**CLAYTON COUNTY POLICE DEPARTMENT**

**STATEMENT CONTINUATION FORM**

Page 3 of 5

believe it was true then she asked us our age we said 14 she said oh you guys are to young so then she said we will still give you guys a ride back to ~~[scribbled]~~ where we came from which was Lake Ridge then they did we never heard from them again after they dropped us back off and as in them her and her "pimp" so that day me and ▮▮▮ walked all over Lake Ridge again and we ended up sleeping outside in this apartment homes called Alexander falls. Woke up the next morning got help from ~~those people they did no harm to us they didn't entend to~~ they just gave us a ride to this guy nammed Jamial which was ▮▮▮ friend he let us sleep until like Afternoon or whatever then I asked what we was gonna do as in like stay here or leave and then he said he was going to buy us a hotel room and he didn't

ORIGINAL

Witness 18842

43

# CLAYTON COUNTY POLICE DEPARTMENT

## STATEMENT CONTINUATION FORM

Page 4 of 5

ask us for anything what so ever, so he got us the room at the ~~Motel~~ Southside Inn and ~~then~~ we was in room 228 and he left we never seen him again ▓▓▓ only called him that same day cause I was scared of the storm that was going on so then that same night like around 2:00am and 3:00am ~~too~~ it was ~~to~~ two guys trying to open our door we got scared called the front desk and he told us he was sending the police to our room to see what was going on but at the same time ▓▓▓ was scared that he would notice us (which he didn't) so he came asked a few questions then left the next morning ~~when ~~~~~~~~~~~~~~~~~~~~~~~~ we met Chris he got us I asked where ~~us~~ we going he said a new location I said okay so then we got into the car it was Me, ▓▓▓ ke-ke, the baby and Chris we got

**ORIGINAL**

Signature _____ 18842
Witness

Case No. 13017078



# CLAYTON COUNTY POLICE DEPARTMENT

## STATEMENT CONTINUATION FORM

Page 5 of 5

into the car no questions asked so then we finally arrived to our destination which was was the hotel DaysInn in stockbridge he got out we as in me [redacted] ke-ke and the baby stayed in the car then we got out went into the room 103 a girl was in there but Chris took her home we was told she was by the name of angel that was her nick-name they gave her so we was in the room with ke-ke she was explaing everything to us like the prices and everything it was

one girl → 15 min: 35$  30 min: 65  1 hr: 100$
two girl → 15 min: 50$  30 min: 70  1 hour: 100$

and basically we couldnt leave the room or use the phone and at first they didnt make me do anything it was only [redacted] for the first couple of days they made me start like yesterday and today and I was told I'm a waiste of time and not good and to young. Thats all what happen in writing form.

Signature [redacted]

Witness [signature] 18542