## SUSPECT INTERVIEW SUMMARY

13017078

On Wednesday May 29. 2013 at approximately 1950 hours DET. WYSINGER and I, DET. T. A. LEWIS, did respond to Clayton County Jail for the purpose of interviewing T'KEY'AH ADAMS. Upon arrival I did make contact with ADAMS and we did sit in the room designated for interview. I immediately asked ADAMS if she remembered me and she advised she did from approximately 2 months ago. I confirmed with ADAMS that we did meet on 03/20/13 at Clayton County Central Headquarters. I advised ADAMS that I wanted to ask her some questions about that date and ADAMS advised that would be fine. I did display to ADAMS the Miranda Rights form. ADAMS advised she could read and has achieved an Associate's Degree. ADAMS did read the Miranda rights, initialed each, and signed and dated it advising she has been advised and understands her rights. During the course of the interview the following was revealed:

- Name is T'KEY'AH AINGER ADAMS, DOB ████. Her nick name is KEKE
- Her phone number is 678-481-9986. Her address is 2910 Meadowview Dr, Atlanta, GA., 30316
- On 03/20/13 she was staying at the Motel 6 with her boyfriend CRAIG HILL
- I asked ADAMS if she knew ████ and ████ and she advised she did not
- I asked her when her first time seeing ████ and ████ and she advised she did not know what I was talking about.

Page 2                                                                 13017078

- I described ▮▮▮▮ and ▮▮▮▮ to ADAMS and advised they were the two girls who she and HILL picked up from the Southside Inn. ADAMS advised she did not go with HILL to pick up ▮▮▮▮ and ADAMS
- ADAMS works at the Crown Plaza located at Ashford Dunwoody
- The first time ADAMS saw ▮▮▮▮ and ▮▮▮▮ was on 03/18/13.
- I asked ADAMS where did ▮▮▮▮ and ▮▮▮▮ stay at and ADAMS responded **"before we got them"** she and HILL were staying in room 123 at the Days Inn. **NOTE: ADAMS stated "we" but initially stated she wasn't with HILL when they picked up ▮▮▮▮ and ▮▮▮▮**
- Without me asking ADAMS about any activity that the girls were conducting in the room she stated they did not have any control over what ▮▮▮▮ and ▮▮▮▮ did in the room and that they believed they were 18 years old.
- They gave ▮▮▮▮ and ▮▮▮▮ a place to stay because HILL told ADAMS that they were homeless
- ADAMS had a conversation with ▮▮▮▮ and ▮▮▮▮ and believed they were underage. ADAMS advised she asked them for identification and they were not able to produce any but she could call someone to bring their ID.
- ADAMS advised the hotel called her on the 19th and 20th advising there was a lot of traffic in room 123. ADAMS advised on the 20th she advised the girls they have to go

Plaintiffs A.J. and Q.C. 00399

- I asked ADAMS about Metro PCS phone number 404-468-4024 and she initially was not able to advise who the phone belongs to. I advised ADAMS the phone number comes back registered to her address.

- I asked ADAMS what HILL does to earn money and she advised he works with his dad. I asked ADAMS does HILL have girls prostitute and she advised he does not.

- I advised ADAMS I have received phone records for her phone number 404-468-4024, HILL'S phone number, and another prostitute's phone number (▇▇▇▇ ▇▇▇▇) I informed her that the communication between the phones is very clear that prostitution is taking place and she responded "what does that have to do with me".

- I informed ADAMS that I was advised by ▇▇▇▇ and ▇▇▇▇ that ADAMS advised them of the prices for the sexual services. ADAMS responded that she did not.

- I advised ADAMS that the phone comes back to her address and ADAMS responded **"what, the phone that they had, one of my old metros". NOTE: ADAMS admitted to knowing that** ▇▇▇▇ **and** ▇▇▇▇ **had a phone which belonged to her.**

- ADAMS advised she did not know the girls age, what they were doing in the room, or what they were doing on the phone. She advised what HILL was doing was "his business"

- ADAMS advised she got the 404-468-4024 phone number February 2013.

Page 4                                                                                                  13017078

- ADAMS advised HILL told her that he gave J█████ and C█████ the phone with number 404-468-4024
- ADAMS advised the last time she used phone 404-468-4024 was in February.
- I asked ADAMS does she prostitute and her response was "Me? No I don't prostitute". I advised ADAMS that I had information advising that she did.
- ADAMS advised she did not know HILL was pimping
- I advised her ADAMS she knew what HILL was doing and she responded "what does that have to do with me". I advised her either she knew about what HILL was doing or participating or she knew about it and did not participate.
- ADAMS asked how is it pimping when he did not receive anything. She asked how is she getting charged with pimping when she did not receive anything.
- ADAMS advised she "knew" but she did not know he was pimping.
- ADAMS advised before she met HILL she was prostituting on backpage.com. in a hotel for income.
- ADAMS advised she does not want to say that she knew about what HILL was doing because she does not want that to be used against HILL. I advised ADAMS that my case against HILL is good and the purpose of the interview today is for her to provide her side of the story. I advised ADAMS that she could not mention anything at all about HILL and my case against HILL would still be good.

Plaintiffs A.J. and Q.C. 00401

Page 5                                                                                              13017078

- I advised ADAMS my investigation revealed that she knew that HILL was pimping ▮▮▮▮ and ▮▮▮▮ in the room. I asked ADAMS did she know about HILL pimping those girls and participated or did she know about HILL pimping those girls and did not participate?
- ADAMS responded she knew HILL was pimping the girls but that was his business. ADAMS advised when she went into the room on the 20th she saw condoms and she is "not slow". She advised she does not like arguing.

The interview was audio recorded. The recording was placed on a cd and the cd was placed into evidence. A copy of the evidence submission was placed with the case file. The signed Miranda Rights form was placed with the case file.

ID DATA:   T'KEY'AH ADAMS
           2910 MEADOWVIEW DRIVE
           ATLANTA, GA., 30316
           678-481-9986

DET. T. A. LEWIS 18842, 052913

Plaintiffs A.J. and Q.C. 00402