

13017078

# AFFIDAVIT AND APPLICATION FOR A SEARCH WARRANT
IN THE MAGISTRATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

Docket # 2013SW0592

EXHIBIT "A"

The undersigned, Detective Matthew Simonds, being duly sworn, deposes and says: I am a certified peace officer in the State of Georgia or its political subdivisions charged with the duty of enforcing the criminal laws, currently employed by the Clayton County Police Department and holding the rank of Detective. Affiant is in compliance with the statutes of Title 35 of the Official Code of Georgia Annotated, and is therefore authorized to apply for and execute search and seizure warrants as set forth in the Statutes of Title 17 of the Official Code of Georgia Annotated. An officer charged with the duty of enforcing the criminal laws; that he has reason to believe that in Clayton County, Georgia, on the person, premises, or property described as follows:

The Days Inn located at 7385 Hannover Pkwy North, Stockbridge, Clayton County, Georgia, room number 123. This is a motel having with all rooms having exterior doors. The room is clearly marked with a number placard of 123 placed in the center of the door. The motel is clearly marked with a lighted sign "Days Inn"

There is now located certain instruments, articles, person(s), or things, namely:

Any and all condoms, condom wrappers, digital timers, clothing, cellular phones, forensic evidence to include but not limited to blood, hair, bodily fluids.

Which are in violation of:

Trafficking of persons for sexual servitude   OCGA 16-05-46
Pandering   OCGA 16-06-12
Keeping a place of prostitution   OCGA  16-06-10

The facts tending to establish probable cause that a crime has been, or is being committed and the above described instruments, articles or things described above are presently located at the above described premises or property are as follows:

**SEE EXHIBIT "B"**

60

COPY

2013SW 05972
13017078

I swear or affirm that all of the information contained in this Affidavit and all other testimony given by me under oath is true to the best of my knowledge and belief.

AFFIANT: _____ 16727

RANK/TITLE: Detective, Clayton County Police

Sworn to and subscribed before me
this __22__ day of __March__ 20 13,
at __11:34__ o'clock, __P__. M.

COPY

_____
K Bandoor
JUDGE OF THE MAGISTRATE COURT
CLAYTON COUNTY, GEORGIA

61

Plaintiffs A.J. and Q.C. 00223

**COPY**   13017078

EXHIBIT "B"

AFFIDAVIT FOR SEARCH WARRANT, CLAYTON COUNTY, GEORGIA # 2013SW05972

    Affiant is a certified peace officer in the State of Georgia, currently employed by the Clayton County Police Department and holding the rank of Detective. Affiant is in compliance with the Statutes of Title 35 of the Official Code of Georgia, and is therefore authorized to apply for and execute search and seizure warrants as set forth in the Statutes of Title 17 of the Official Code of Georgia Annotated.

    On March 16, 2013, ▮▮▮▮ ▮▮▮▮ reported her 14 year old child ▮▮▮▮ ▮▮▮▮ B/F ▮▮▮ ▮▮▮▮ as a runaway. ▮▮▮▮ later discovered her child to be in an online advertisement website Backpage.com where ▮▮▮ was essentially soliciting services.

    On March 22, 2013, DET. T. LEWIS contacted the phone number ▮▮▮ posted on said advertisement and scheduled a meeting for sexual services at the Days Inn located 7385 Hannover Pkwy. North, Stockbridge, Clayton County, GA 30281. Upon our arrival, he contacted her again via phone to get the room number she was in, however, she advised she left the location.

    I then made contact with the management and obtained a rental roster. We learned that the management had seen a female matching the description of ▮▮▮ in room 123. We then went to that room and made contact with her along with another runaway 14 year old black female ▮▮▮ ▮▮▮ ▮▮ ▮▮▮.

    Upon questioning them, they informed the police that they both were essentially performing prostitution in said room and a man named CHRIS was their "pimp". CHRIS provided them a phone, generated the advertisements online at Backpage.com, provided them with the hotel room and harbored them for said acts. He also provided them food. The room will contain evidence of the crimes listed in this case.

6²

COPY

13017078

Page 2

AFFIDAVIT FOR SEARCH WARRANT, CLAYTON COUNTY, GEORGIA # 2013SW05972

EXHIBIT "B"

_____ 16727
AFFIANT

Sworn to and subscribed before me
this 22 day of March 20 13,
at 11:38 o'clock, P. M.

COPY

_____
JUDGE OF THE MAGISTRATE COURT
CLAYTON COUNTY, GEORGIA

63