SC-6.2 Final Disposition Felony Sentence with Probation

## IN THE SUPERIOR COURT OF CLAYTON COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA versus**

**CRAIG ALEXANDER HILL**

**CRIMINAL ACTION #: 2013CR02540-06**

**May Term of 2014**

**First Offender/Conditional Discharge**

**entered under:**

☒ OCGA § 42-8-60    ☐ OCGA § 16-13-2

☐ **Repeat Offender as imposed below**

☐ Repeat Offender waived

| Clerk to complete if |
| incomplete: |
| OTN(s): 88389961192 |
| 88389961192 |
| 88389961192 |
| 88389961192 |
| DOB: ▮▮▮▮▮ |
| Ga. ID#: 3493951T |

**Final Disposition:**
**FELONY with PROBATION**

**PLEA:**                                              **VERDICT:**

☒ Negotiated ☐ Non-negotiated          ☐ Jury ☐ Non-jury

### The Court enters the following judgment:

| Count | Charge (as indicted or accused) | Disposition (Guilty, not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 1 | KEEPING A PLACE OF PROSTITUTION | FIRST OFFENDER PLEA | * Fifteen (15) Years. * HOWEVER it is further ordered by the court: THAT upon serving Seven (7) Years of COUNT 1, the remainder of Eight (8) Years may be served on probation. | | * Concurrent with all counts |
| 2 | HUMAN TRAFFICKING | NOLLE PROSSED | | | |
| 3 | HUMAN TRAFFICKING | NOLLE PROSSED | | | |
| 4 | PIMPING | FIRST OFFENDER PLEA | * Fifteen (15) Years. * HOWEVER it is further ordered by the court: THAT upon serving Seven (7) Years of COUNT 4, the remainder of Eight (8) Years may be served on probation. | | * Concurrent with all counts |

The Defendant is adjudged guilty or sentenced under First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Correction may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:**

Plaintiffs A.J. and Q.C. 00053

SC-6.5 Final Disposition Continuation of Sentence

# IN THE SUPERIOR COURT OF CLAYTON COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA versus**

**CRAIG ALEXANDER HILL**

**CRIMINAL ACTION #: 2013CR02540-06**

**Final Disposition:**
**CONTINUATION OF SENTENCE**

**May Term of 2014**

**The Court enters the following judgment:**

| Count | Charge (as indicted or accused) | Disposition (Guilty, not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 5 | PIMPING | FIRST OFFENDER PLEA | * Fifteen (15) Years. * HOWEVER it is further ordered by the court: THAT upon serving Seven (7) Years of COUNT 5, the remainder of Eight (8) Years may be served on probation. | | * Concurrent with all counts |
| 6 | INTERFERENCE WITH CUSTODY | NOLLE PROSSED | | | |
| 7 | INTERFERENCE WITH CUSTODY | NOLLE PROSSED | | | |
| 8 | KEEPING A PLACE OF PROSTITUTION | NOLLE PROSSED | | | |
| 9 | PIMPING | NOLLE PROSSED | | | |

**SO ORDERED**  this 23rd day of June, 2014.

SIGNATURE ON ORIGINAL
Deborah C. Benefield
Judge of Superior Court
Clayton Judicial Circuit

Page 1 of 1

Plaintiffs A.J. and Q.C. 00054

The Defendant is sentenced for a total of Fifteen (15) Years, with the first Seven (7) Years to be served in confinement and the remainder to be served on probation.

The Defendant is to receive credit for time served in custody: as determined by the custodian.

1. Upon service of Seven (7) Years, the remainder of the sentence may be served on probation; PROVIDED, that the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

## GENERAL CONDITIONS OF PROBATION

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation: 1) Do not violate the criminal laws of any governmental unit and be of general good behavior. 2) Avoid injurious and vicious habits. 3) Avoid person or places of disreputable or harmful character. 4) Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere. 5) Work faithfully at suitable employment insofar as may be possible. 6) Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. 7) Support your legal dependents to the best of your ability. 8) When directed, in the discretion of the Probation Officer: (a) submit to evaluation and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or (d) agree to the imposition of graduated sanctions as defined by law. 9) Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:**          The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.
   1) The Court orders that: the Defendant shall pay the probation supervision fee as required by law.
   2) If counsel was provided under the Georgia Indigent Defense Act: the Public Defender Application Fee is waived.
   3) The Defendant shall pay the Crime Lab Fee Fee as required by law.

## SPECIAL CONDITIONS OF PROBATION

The Defendant is advised that violation of any Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of of Probation: as designated on the attached Inventory of Conditions of Probation.

## FIRST OFFENDER OR CONDITIONAL DISCHARGE

The Defendant consenting hereto, it is the judgment of the Court that no judgement of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby

Plaintiffs A.J. and Q.C. 00055

sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction for another crime during the period of probation, or upon the Court's determination that the defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

Upon fulfillment of the terms of this sentence, or upon release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

---

*For Court's Use:*

### OTHER CONDITIONS OF PROBATION

IT IS FURTHER ORDERED, that the defendant pay FINES and RESTITUTION of:

| | | | |
|---|---|---|---|
| Count 1 | $ | 100.00 | Court Costs |
| PLUS | $ | 10.00 | POPIDF-A |
| PLUS | $ | 10.00 | POPIDF-B |
| PLUS | $ | 10.00 | JCSA Surcharge |
| PLUS | $ | 5.00 | LVAF-Victim's Assistance |
| PLUS | $ | 50.00 | Crime Lab |
| PLUS | $ | 23.00 | Monthly Probation Fee |
| PLUS | $ | 9.00 | Monthly Probation GCVEF |

Payments are to be paid to Georgia Department of Corrections, P.O. Box 405701, Atlanta, GA 30384-5701 or through any Western Union or JPay Money Transfer at a rate of $ 25.00 per month beginning within 30 days after release from custody, but within one-half of sentence.

Monthly probation fee and GCVEF fee to be paid thru assigned probation office for term of probation beginning 30 days after release from custody.

All court costs, extradition costs, or costs of apprehension related to a violation of probation by defendant will be assessed against defendant.

The Defendant is to report to the State Probation Office in Clayton County within 72 hours of release.

---

The Hon. LEE SEXTON, Attorney at Law, represented the Defendant by: employment.

**SO ORDERED**   this 23rd day of June, 2014.

SIGNATURE ON ORIGINAL
Deborah C. Benefield
Judge of Superior Court
Clayton Judicial Circuit

State of Georgia v. CRAIG ALEXANDER HILL
CRIMINAL ACTION #: 2013CR02540-06
SC-6.2 Final Disposition Felony Sentence with Probation
Page 3 of 4

Plaintiffs A.J. and Q.C. 00056

**FIREARMS -** If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgement:**   I have read the terms of this sentence and had them read and explained to me. If all or any part of this sentence is probated I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

_____
Defendant

Plaintiffs A.J. and Q.C. 00057

SC-6.4(B) Inventory of Special Conditions of Probation

## INVENTORY OF SPECIAL CONDITIONS OF PROBATION

These conditions are hereby incorporated into the Defendant's sentence by reference. The Defendant is advised that violation of any Special Condition of Probation may subject the Defendant to a revocation of the balance of the period of probation and the Defendant may be required to serve up to the balance of the sentence in confinement. (Judge to designate conditions to be applied.)

**Other special condition(s).**
The Defendant shall abide by the following additional special condition(s): defendant must maintain full-time employment and show proof to the probation officer.
the defendant is not to have any contact with victim, victim's family, direct or indirect.
the defendant shall be required to report in person to the probation office no less than one time per month.

**SO ORDERED**  this 23rd day of June, 2014.

SIGNATURE ON ORIGINAL
Deborah C. Benefield
Judge of Superior Court
Clayton Judicial Circuit

**Acknowledgment:** I have read the terms of this document or had them read and explained to me.  I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

Defendant

State of Georgia v. CRAIG ALEXANDER HILL
Criminal Action # 2013CR02540-06
Page 1 of 1

Plaintiffs A.J. and Q.C. 00058