| | | | |
|---|---|---|---|
| 231 NQQ1 | LOBBY / BREAKFAST | LAUNDRY | LOBBY / BREAKFAST |
| 230 NQQ1 | | | |
| 229 NQQ1 | | | |
| 228 NQQ1 | | 127 NQQ1 | |
| 227 NQQ1 | 201 NK1 | 126 NQQ1 | 101 NK1 |
| 226 NQQ1 | 202 NK1 | 125 NQQ1 ↑↓ | |
| 225 NQQ1 | 203 NK1 | 124 QQ1 🚭 | |
| 224 NQQ1 | 204 NK1 | 123 QQ1 ↑↓ | 103 NK1 |
| 223 QQ1 🚭 | 205 K11 🚭 | 122 K11 🚭 | 104 PNK1 |
| 222 QQ1 🚭 | 206 K11 🚭 | 121 QQ1 🚭 | 105 NK1 |
| 221 QQ1 🚭 | 207 NK1 | 120 NQQ1 | 106 PNK1 |
| 220 NQQ1 | 208 NK1 | 119 NQQ1 ↑↓ | 107 NK1 |
| 219 NQQ1 | 209 NK1 | 118 NQQ1 | 108 PNK1 |
| 218 NQQ1 | 210 NK1 | 117 NK1 | 109 K11 🚭 |
| 217 NQQ1 | 211 NK1 | 116 NQQ1 | 110 PK1 🚭 |
| 216 QQ1 🚭 | 212 NK1 | 115 NK1 | 111 NK1 |
| 215 K11 🚭 | 214 K11 🚭 | 114 NK1 | 112 K11 🚭 |

DEF000001