## DECLARATION OF SHILPA PATEL

I, Shilpa Patel, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury, declares as follows:

1. My name is Shilpa Patel. I am more than twenty-one years of age, competent to testify, have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this Declaration for use in the *A.J. and Q.C. v. MASP, LLC* case pending as Case No. 1:23-cv-04247-JPB in the United States District Court for the Northern District of Georgia, Atlanta Division. This Declaration was executed in the State of Georgia, where I am a resident.

2. I am currently an owner of MASP, LLC, which operates the Days Inn Stockbridge hotel located at 7385 Hannover Parkway N., Stockbridge, Georgia 30281.

3. I was an owner of the Days Inn Stockbridge hotel in 2013.

4. During my ownership of the Days Inn Stockbridge, my involvement was primarily financial in nature.

5. I did not participate in the management or day-to-day operations of the Days Inn Stockbridge hotel in 2013.

6. I have no knowledge or evidence concerning any of the allegations in Plaintiffs' Complaint in the *A.J. and Q.C. v. MASP, LLC* case.

7. I have read this Declaration consisting of 7 numbered paragraphs and I hereby declare, under penalty of perjury, that this Declaration is true and correct.

Executed on 10-8-24

Shilpa Patel

4888-2931-4026, v. 1