**In The Matter Of:**

*A.J., et al v.*
*MASP, LLC*

---

*30(b)(6) MASP*
*July 29, 2024*
*(Alpesh Patel)*

---

*D'Amico & Associates, Inc.*
*Court Reporters & Videoconferencing*
*5855 Sandy Springs Circle #140, Atlanta, GA 30328*
*(770) 645-6111 or toll-free (888) 355-6111*



Min-U-Script® with Word Index

(Alpesh Patel)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


A.J. and Q.C.,                    )
                                  )
          Plaintiffs,    )    CIVIL ACTION FILE
                                  )
     vs.                          )    NO. 1:23-cv-04247-JPB
                                  )
MASP, LLC,                        )
                                  )
          Defendant.    )


          Videotaped 30(b)(6) deposition of MASP,

LLC (ALPESH PATEL), taken on behalf of the Plaintiffs,

pursuant to the stipulations contained herein,

signature being reserved, in accordance with the

Federal Rules of Civil Procedure, before Kelly

D'Amico, RPR, Certified Court Reporter and Notary

Public, at 1420 Peachtree Street, N.E., Suite 800,

Atlanta, Georgia, on the 29th day of July, 2024,

commencing at the hour of 10:04 a.m.


D'AMICO & ASSOCIATES, INC.

Court Reporters & Videoconferencing

5855 Sandy Springs Circle, Suite 140

Atlanta, Georgia  30328

(770) 645-6111

www.DamicoAssociates.com

1

(Alpesh Patel)

1                    INDEX TO EXAMINATIONS

2    Examination By Mr. Tonge                          6

3

4

5                        DISCLOSURE(S)

6    Reporter Disclosure of No Contract               3

7    Firm Disclosure of No Contract                   4

8

9

10                    INDEX TO EXHIBITS

11   Plaintiffs'      Description              Marked/First
     Exhibit                                   Identified
12

13     Exhibit 1      Plaintiffs' 30(b)(6) Notice of   12

14                    Video Deposition of MASP, LLC

15     Exhibit 2      Building Layout                  15

16     Exhibit 3      Defendant MASP, LLC's            17

17                    Responses to Plaintiffs' First

18                    Continuing Interrogatories

19

20

21

22

23

24

25
                                                          2

(Alpesh Patel)

1              REPORTER DISCLOSURE OF NO CONTRACT

2

3              I, Kelly D'Amico, Certified Court
       Reporter, do hereby disclose pursuant to
       Article 10.B of the Rules and Regulations of
4      the Board of Court Reporting of the Judicial
       Council of Georgia that I am a Georgia
5      Certified Court Reporter.  D'Amico &
       Associates/I was contacted by the party taking
6      the deposition to provide court reporting
       services for this deposition; D'Amico &
7      Associates/I will not be taking this deposition
       under any contract that is prohibited by
8      O.C.G.A. 15-14-37(a) and (b); nor am I
       disqualified for a relationship of interest
9      under the provisions of O.C.G.A. 9-11-28(c).

10             There is no contract to provide reporting
       services between myself or any person with whom
11     I have a principal and agency relationship nor
       any attorney at law in this action, party to
12     this action, party having a financial interest
       in this action, or agent for an attorney at law
13     in this action, party to this action, or party
       having a financial interest in this action.
14     Any and all financial arrangements beyond
       my/D'Amico & Associates' usual and customary
15     rates have been disclosed and offered to all
       parties.

16             This, the 29th day of July, 2024.

17

18

19

20

21             KELLY D'AMICO, RPR, CCR-B-1322

22

23

24

25
                                                         3

(Alpesh Patel)

1                    FIRM DISCLOSURE OF NO CONTRACT

2

3              I, Kelly D'Amico, do hereby disclose
        pursuant to Article 10.B of the Rules and
4       Regulations of the Board of Court Reporting of
        the Judicial Council of Georgia that D'Amico &
5       Associates was contacted by the taking attorney
        to provide court reporting services for this
6       deposition and there is no contract that is
        prohibited by O.C.G.A. 15-14-37(a) and (b) for
7       the taking of this deposition.

8              There is no contract to provide reporting
        services between D'Amico & Associates or any
9       person with whom D'Amico & Associates has a
        principal and agency relationship nor any
10      attorney at law in this action, party to this
        action, party having a financial interest in
11      this action, or agent for an attorney at law in
        this action, party to this action, or party
12      having a financial interest in this action.
        Any and all financial arrangements beyond
13      D'Amico & Associates' usual and customary rates
        have been disclosed and offered to all parties.

14             This, the 29th day of July, 2024.

15

16

17

18

19

20             KELLY D'AMICO, CEO
               D'AMICO & ASSOCIATES
21

22

23

24

25
                                                        4

(Alpesh Patel)

```
1                    A P P E A R A N C E S

2

   On behalf of the Plaintiffs:
3

4            JONATHAN TONGE
             Attorney at Law
5            Andersen, Tate & Carr, P.C.
             1960 Satellite Boulevard
6            Suite 4000
             Duluth, Georgia  30097
7            T:  (770) 236-9751
             E:  jtonge@atclawfirm.com
8

9  On behalf of the Defendant:

10

             MARISSA H. MERRILL
11           KORI E. WAGNER
             Attorneys at Law
12           Swift, Currie, McGhee & Hiers
             1420 Peachtree Street, N.E.
13           Suite 800
             Atlanta, Georgia  30309-3238
14           T:  (404) 874-8800
             E:  marissa.merrill@swiftcurrie.com
15           E:  kori.wagner@swiftcurrie.com

16

17 Videographer:

18

             CHRIS BENNETT
19

20

21                   - - -

22

23

24

25
                                                    5
```

30(b)(6) MASP - July 29, 2024
(Alpesh Patel)

```
 1                    [ VIDEO ON ]

 2              THE VIDEOGRAPHER:  All right.  This will

 3         be the 30(b)(6) representative deposition of

 4         MASP, LLC.  Today's date is July 29th, 2024 and

 5         the time is 10:04 a.m. and we are on the

 6         record.

 7              Would the attorneys present please state

 8         their names and who they represent?

 9              MR. TONGE:  Yeah, Jonathan Tonge for the

10         plaintiffs.

11              MS. MERRILL:  Marissa Merrill on behalf

12         of defendant.

13              MS. WAGNER:  Kori Wagner on behalf of the

14         defendant.

15              THE VIDEOGRAPHER:  Would the court

16         reporter please swear in the witness.

17              THE COURT REPORTER:  All right.  Please

18         raise your right hand for me.

19              THE WITNESS:  (Complies with request.)

20                    ALPESH PATEL,

21  having been first duly sworn, was examined and

22  testified as follows:

23                      EXAMINATION

24  BY MR. TONGE:

25      Q      Okay.  Mr. Patel, nice to meet you.  I'm
```

6

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1    Jonathan Tonge.  I represent the plaintiffs in this

2    case.

3              MR. TONGE:  So this will be the

4         deposition of Defendant MASP, M-A-S-P, LLC

5         taken pursuant to Notice and agreement of

6         counsel.  It's taken for all purposes allowed

7         under the Federal Rules of Civil Procedure,

8         including use at trial.

9              Would you guys like to reserve the

10        objections other than form and responsiveness?

11             MS. MERRILL:  That's agreeable.

12             MR. TONGE:  Okay.

13   BY MR. TONGE:

14        Q      Let's see.  Could you please state your

15   full name for the record?

16        A      Alpesh Patel.

17        Q      Okay.  And do you go by -- you go by Al?

18        A      Al.

19        Q      Okay.

20        A      Uh-huh (affirmative).

21        Q      Have you ever given a deposition before

22   today?

23        A      No, sir.

24        Q      Okay.  You understand that you're under

25   oath?

7

30(b)(6) MASP - July 29, 2024
(Alpesh Patel)

1      A       Yes, sir.

2      Q       And you understand that your answers

3   today are on behalf of the company?

4      A       Yes, sir.

5      Q       Okay.  Will you agree to be truthful and

6   give complete answers?

7      A       Yes, sir.

8      Q       Okay.  And if you don't understand

9   anything I ask, I can ask -- I can get --

10     A       Okay.

11     Q       -- caught up and ask complicated

12   questions, and so if you don't understand anything,

13   just say so and I'll reword it, I'll rephrase it.

14     A       Okay.

15     Q       If at any time we're talking past each

16   other, just let me know and I'll --

17     A       All right.

18     Q       -- work to make sure we understand.

19   Okay?

20             And also just remember to answer audibly

21   with a yes or a no --

22     A       Yes or no, yes.

23     Q       -- instead of a --

24     A       Shaking the head.

25     Q       -- nod or shake of your head.  Yeah,

8

1   yeah.

2          Okay.  Today we're going to talk

3   primarily about the year 2013, and so basically all of

4   my questions will be in the time period of 2012,

5   2013 --

6      A     Okay.

7      Q     -- unless I say otherwise.  Okay?

8      A     Okay.

9      Q     So if I'm asking you about what the hotel

10   knew or didn't know or did or didn't do, I'm talking

11   about that time period.  Okay?

12      A     That time period, okay.

13      Q     And let's see.  And so you individually

14   are a part owner of the hotel?  You own part of the

15   defendant company?

16      A     Yes, sir.

17      Q     Okay.  Can you tell me who the other

18   owners are?

19      A     It's my sister and my dad --

20      Q     Okay.

21      A     -- and my parents, yeah.

22      Q     And so who is Baldev Patel?

23      A     My dad.

24      Q     Okay.  And did he have anything to do

25   with the operation of the hotel?

9

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

```
 1      A        No, sir.

 2      Q        Okay.  He was --

 3      A        Silent partner.

 4      Q        -- sort of like a silent partner?

 5      A        Silent partner.

 6      Q        Okay.

 7      A        All three are silent partners.

 8      Q        Okay.  And so which one is your sister

 9  just so I know?

10      A        Shilpa.

11      Q        Shilpa.

12      A        Uh-huh (affirmative).

13      Q        Okay.  And so Narmada --

14      A        Is my mother.

15      Q        -- is your mother?

16      A        Uh-huh (affirmative).

17      Q        Okay.

18               MS. MERRILL:  Make sure you just let him

19      finish his question --

20               THE WITNESS:  Okay.

21               MS. MERRILL:  -- before you jump in.

22               THE WITNESS:  Okay.

23               MS. MERRILL:  That will make it easier

24      for her to --

25               THE WITNESS:  Okay.
```

                                                            10

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

```
 1                    MS. MERRILL:  -- transcribe.
 2   BY MR. TONGE:
 3        Q        Do you know which -- what percentage each
 4   person owns or...
 5        A        Shilpa owns 30 percent.  I own -- back in
 6   2013 I had owned 30 percent.
 7        Q        Okay.
 8        A        And then my mom and dad owned 20 each
 9   back then.
10        Q        Okay.  And what was your job title at the
11   hotel?
12        A        Manager, day-to-day manager.
13        Q        Okay.  Did you live at the hotel or...
14        A        In 2013, no.
15        Q        Okay.  Did you at any time?
16        A        Yes.
17        Q        When was that?
18        A        From 2007 -- or no.  2009 till 2011 or
19   maybe '12, early '12.
20        Q        Okay.  And what was your -- describe your
21   day to day and your responsibilities as manager for
22   the hotel.
23        A        Basically finance, ordering supplies,
24   employees, hiring/firing --
25        Q        Uh-huh (affirmative).
```

11

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

```
 1       A        -- day-to-day operations, checking rooms,
 2   you know, make sure everything is perfect.
 3       Q        Okay.  So would you do -- would you work
 4   the front desk at times or work in the front office as
 5   well or --
 6       A        Front desk was not the job title, but if
 7   somebody had called out sick or -- I may have filled
 8   in, but that was not the -- part of the job.
 9       Q        Okay.
10       A        Not every day front desk.
11       Q        Okay.
12       A        But if somebody wanted -- got sick or
13   wanted to leave early, then I would help out.
14                (Thereupon, marked for identification,
15           Plaintiffs' Exhibit 1.)
16   BY MR. TONGE:
17       Q        Right, okay.  I'm going to show you
18   what's marked as Exhibit 1, Plaintiffs' Exhibit 1, if
19   I can get the sticker off.  There we go.
20       A        Okay.
21       Q        And just give that a look.
22                MS. MERRILL:  Thank you.
23                MR. TONGE:  I have another if y'all want
24           that (indicating).
25   BY MR. TONGE:
```

                                                              12

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1      Q        And do you recognize this document?  Have
2   you seen this before?
3      A        Yes.
4      Q        Okay.  And this is the notice for your
5   deposition today; correct?
6      A        Uh-huh, yes.
7      Q        And if you go to page 2 there --
8      A        Uh-huh (affirmative).
9      Q        -- you see the Matters of Examination.
10  Are you the person who -- do you want to read these
11  before I ask you questions or... it's a few pages,
12  but --
13     A        All of them or just Number 2 focus?
14     Q        Really all of them.  But are you -- are
15  you the person who is -- who is best prepared and most
16  knowledgeable to testify on behalf of the company --
17     A        Yes.
18     Q        -- as related to these topics?
19     A        Yes, sir.
20     Q        About the operation of the hotel, the
21  safety of the hotel, all of those types of things?
22     A        Yes, sir.
23     Q        Okay.  How were you selected to testify
24  today for the company?
25     A        I was on site every day --

13

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

```
1        Q        Uh-huh (affirmative).

2        A        -- day to day, so...

3        Q        What have you done to prepare for today's

4   deposition?

5        A        I tried to see what I could find out

6   about the 2013 old e-mails or old paperwork that I

7   could come up with.

8        Q        Okay.  And did you have any old e-mails

9   or paperwork?

10       A        Nothing, yeah.

11       Q        Okay.

12       A        Our records only go back, I think, seven

13  years.

14       Q        Okay.

15       A        And I think this came early this year or

16  end of last year maybe, I think, or...

17       Q        It was in '23 when the case got filed --

18       A        So (overspeak).

19       Q        -- yeah.

20                And just so I understand, so you didn't

21  know anything about the plaintiffs' allegations in

22  this case until you received this lawsuit?

23       A        Correct.

24       Q        Is that correct?

25       A        Correct.
```
                                                        14

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1      Q      Okay.  Who did you speak to to prepare

2  for the deposition today?

3      A      Was it Kori or --

4           MS. WAGNER:  Uh-huh (affirmative).

5      A      Kori.

6  BY MR. TONGE:

7      Q      Uh-huh (affirmative).  Did you meet with

8  anybody else who worked at the hotel?

9      A      No.

10      Q      Okay.  And you talked about looking for

11  documents.  Did you review in this case -- here, I'll

12  just go ahead and give you this too.

13           MR. TONGE:  I'll mark this as Plaintiffs'

14     Exhibit 2.  There you go.

15           MS. MERRILL:  Thanks.

16           (Thereupon, marked for identification,

17     Plaintiffs' Exhibit 2.)

18  BY MR. TONGE:

19      Q      And so in this case, other than some

20  insurance policies which we have, this is the only

21  document that we've received in this case.  Is

22  there -- are there any other documents beyond -- and

23  can you just identify what this document is for me?

24      A      This is the building layout.

25      Q      Okay.  And so the 100s would be the first

15

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1    floor and the 200s the second floor?

2         A         Correct.

3         Q         So did you review any document other than

4    this document?

5         A         Other than --

6                   MS. MERRILL:  Other than --

7    BY MR. TONGE:

8         Q         -- for this deposition?

9         A         There was nothing available --

10        Q         Okay.

11        A         -- from that time.

12        Q         Okay.  Okay.  We can set that aside.

13   That was all --

14        A         Okay.

15        Q         -- I was asking there.

16                  When did -- when was MASP created?

17        A         2007.

18        Q         Okay.  And when did it purchase the

19   hotel?

20        A         That time.

21        Q         Okay.  Does it still own the hotel?

22        A         It does.

23        Q         Okay.  Does MASP own any other hotels?

24        A         No, sir.

25        Q         Okay.  Has it ever owned any other

                                                              16

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1   hotels?

2         A         No, sir.

3         Q         Okay.  And has MASP been the company that

4   operated the hotel the entire time it's owned it?

5         A         Correct.

6         Q         Okay.  There was never any management

7   company or outside --

8         A         No, sir.

9         Q         Okay.  Let's go to -- let's see.  Oh, I'm

10  already at my last exhibit.  This will be Plaintiffs'

11  Exhibit 3.

12                  MS. MERRILL:  Thanks.

13                  (Thereupon, marked for identification,

14       Plaintiffs' Exhibit 3.)

15  BY MR. TONGE:

16        Q         Have you seen this document before?

17        A         Yes, sir.

18        Q         Okay.  And these are the interrogatories

19  that the plaintiffs asked -- asked the company

20  questions and you guys responded.  And so in this, if

21  you go to page 2, like your responses are the bold

22  type --

23        A         Uh-huh (affirmative).

24        Q         -- and the questions are the not-bold

25  type.

                                                          17

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1      A       Okay.

2      Q       If you go to Number 11, which will be

3  page 8 --

4      A       Okay.

5      Q       -- and so this question asked for the

6  identity of the people who were employed at the hotel

7  and their contact information.  And then if you --

8  after some objections, if you flip to the next page,

9  you responded that (as read):  Defendant MASP is no

10 longer in possession, custody or control of documents

11 related to its employees or subcontractors from 2008

12 through 2013.  In further response, Defendant MASP

13 recalls that Nikki Robinson worked at the hotel for a

14 period of time as the front desk clerk but cannot

15 recall whether it was during the requested time frame.

16              Did I read that right?

17     A       Correct.

18     Q       Okay.  And so just to deal with Nikki

19 Robinson, so do you have -- you have no idea what time

20 period she worked at the hotel?

21     A       I know it was early.  Like 2000 when we

22 bought the hotel, she was there and then she had left

23 and came back for a while, but...

24     Q       So do you know as you sit here today if

25 she worked there in 2013?

                                                      18

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1        A        I'm not sure.

2        Q        Okay.  And so up here on the first line

3   on page 9 it says (as read):  Upon information and

4   belief, Defendant MASP, M-A-S-P, is no longer in

5   possession, custody or control of documents.

6                Do you know why you put, why you answered

7   that "on information and belief"?  Was there a reason

8   for that or...

9        A        Well, we keep everything for seven years,

10  so all the documents, the employee files; and then

11  they're no longer there.

12       Q        Uh-huh (affirmative).  And so --

13       A        So if they were still there from 2013,

14  then we would keep them, their file.

15       Q        Okay.  And so what I'm asking, I guess,

16  is:  This information that you provided here about not

17  having documents or about Nikki Robinson, that's not a

18  guess; right?

19       A        Correct.

20       Q        This is --

21       A        Correct.

22       Q        This is true?  This is true to the best

23  of your ability?

24       A        Correct.

25       Q        Okay.  And so this, this question, also

                                                           19

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1    asked for not just documents but information, and so

2    you do not have any information about -- you don't

3    have employee names or contact information --

4         A        Correct.

5         Q        -- or anything from that time period?

6         A        Correct.

7         Q        Okay.  And so beyond this answer you

8    don't know the identity of any employees that worked

9    at the hotel in 2013?

10        A        Correct.

11        Q        Okay.  And so there's not any other

12   information that you could provide about them; right?

13        A        Correct.

14        Q        Okay.  We've covered Nikki Robinson.  And

15   so I just want to make sure that, you know, we have

16   any evidence from the hotel related to our clients'

17   allegations.  Okay?

18        A        Okay.

19        Q        So let's go to Response Number 5, so back

20   up a little bit in that exhibit.  I mean, you've

21   already actually said this, but in Number 5 you state

22   that you didn't become aware of this incident until

23   you received the lawsuit in this case?

24        A        Correct.

25        Q        That's correct?

20

1            And so you don't have any documents or

2    records of any kind regarding the plaintiffs being

3    trafficked for sex at the hotel?

4        A        Correct.

5        Q        And the hotel doesn't have any written or

6    verbal statements from any witnesses about the

7    plaintiffs being trafficked at the hotel?

8        A        Correct.

9        Q        And other than Nikki Robinson, who we're

10   not sure of her time periods, the hotel doesn't know

11   the name or contact information of any --

12       A        Correct.

13       Q        -- any employees at the hotel?

14       A        Correct.

15                MS. MERRILL:  For 2013?

16                MR. TONGE:  For 2013, yes, yes.

17       A        '13, yeah, yeah.  From the last three

18   years.

19   BY MR. TONGE:

20       Q        Thank you.  Yeah, yeah.

21       A        Yeah.

22       Q        Let's stick to 2013.

23       A        '13, yeah.

24       Q        Yeah, yeah, yeah.  Thank you.

25                And you personally -- I know this is your

21

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1  30(b)(6) and just speaking for the company, and maybe

2  we could shut this down and do a personal unless y'all

3  object, but do you personally have any other

4  information about employees, witnesses or any

5  information about plaintiffs' allegations that the

6  hotel does not have?

7      A      No, sir.

8      Q      Okay.  So your personal knowledge --

9      A      The same as personal knowledge.

10      Q      -- is the same as what you've testified

11  to today?

12      A      Correct, correct.

13      Q      Okay.  And so the hotel just doesn't have

14  any information or evidence about the plaintiffs'

15  allegations at all?

16      A      Correct.

17              MR. TONGE:  Okay.  I think that's all

18          I've got.

19              MS. MERRILL:  Okay.  I don't have any

20          follow-up.

21              THE VIDEOGRAPHER:  Going off the record

22          at 10:17.

23                      [ VIDEO OFF ]

24              MS. MERRILL:  And we'll read and sign.

25              MR. TONGE:  And I'll take the transcript

22

**30(b)(6) MASP - July 29, 2024**
**(Alpesh Patel)**

1          and video as usual.

2                    THE COURT REPORTER:  Do you like

3          electronic?

4                    MS. MERRILL:  Yes.

5                    THE COURT REPORTER:  Thank you.

6                    Would you like video also?

7                    MS. WAGNER:  Probably, yeah.

8                    THE COURT REPORTER:  Do you want a sync?

9                    MS. WAGNER:  Yes.

10                   (Deposition concluded at 10:19 a.m.)

11                            -  -  -

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                              23

(Alpesh Patel)

1               C E R T I F I C A T E

2

3               I hereby certify that the foregoing
transcript was reported, as stated in the caption;
4  that the witness was duly sworn and elected to reserve
signature in this matter; that the colloquies,
5  questions and answers were reduced to writing under my
direction; and that the foregoing pages 1 through 23
6  represent a true, correct, and complete record of the
evidence given.

7

8               I further certify that I am not
disqualified for a relationship of interest under
9  O.C.G.A. 9-11-28(c); that I am a Georgia Certified
Court Reporter here as a representative of D'Amico &
10 Associates; that I/D'Amico & Associates was contacted
by the party taking the deposition to provide court
11 reporting services for this deposition; that I will
not be taking this deposition under any contract that
12 is prohibited by O.C.G.A. 15-14-37(a) and (b) or
Article 10.B of the Rules and Regulations of the
13 Board; and by the attached disclosure forms I confirm
that I/D'Amico & Associates is not a party to a
14 contract prohibited by O.C.G.A. 15-14-37 (a) or (b).

15               The above certification is expressly
withdrawn and denied upon the disassembly or
16 photocopying of the foregoing transcript, unless said
disassembly or photocopying is done under the auspices
17 of D'Amico & Associates and the signature and original
seal is attached thereto.

18               This, the 5th day of August, 2024.

19

20

21

22  _____
    KELLY D'AMICO, RPR, CCR-B-1322
23

24

25
                                                    24

(Alpesh Patel)

1              E R R A T A   S H E E T

2              Any changes in form or substance which you
desire to make to your deposition testimony shall be
3    entered upon the deposition with a statement of the
reasons given for making them.

4

5              To assist you in making any such
corrections, please use the form below.  If
6    supplemental or additional pages are necessary, please
furnish same and attach them to this errata sheet.

7

8                          - - -

9

10             I, the undersigned, ALPESH PATEL, do hereby
certify that I have read the foregoing deposition and
that said transcript is true and accurate, with the
11   exception of the following changes noted below, if
any:

12

13

14   Page_____/Line_____/Should Read:_____

15   _____

16   Reason:_____

17

18   Page_____/Line_____/Should Read:_____

19   _____

20   Reason:_____

21

22   Page_____/Line_____/Should Read:_____

23   _____

24   Reason:_____

25
                                                          25

**(Alpesh Patel)**

1   Page_____/Line_____/Should Read:_____

2   _____

3   Reason:_____

4

5   Page_____/Line_____/Should Read:_____

6   _____

7   Reason:_____

8

9   Page_____/Line_____/Should Read:_____

10  _____

11  Reason:_____

12

13  Page_____/Line_____/Should Read:_____

14  _____

15  Reason:_____

16

17  Page_____/Line_____/Should Read:_____

18  _____

19  Reason:_____

20

21                      _____

22                      **ALPESH PATEL,**

    Sworn to and subscribed before me,

23  _____, Notary Public.

24
    This_____day of_____, 20_____.
25  My Commission Expires:

                                                        26

Case 1:23-cv-04247-JPB   Document 59   Filed 10/11/24   Page 28 of 30

A.J., et al v.
MASP, LLC

(Alpesh Patel)

30(b)(6) MASP
July 29, 2024

**17:21**
**bought (1)**
18:22
**building (1)**
15:24

## A

**ability (1)**
19:23
**actually (1)**
20:21
**affirmative (10)**
7:20;10:12,16;
11:25;13:8;14:1;
15:4,7;17:23;19:12
**agree (1)**
8:5
**agreeable (1)**
7:11
**agreement (1)**
7:5
**ahead (1)**
15:12
**Al (2)**
7:17,18
**allegations (4)**
14:21;20:17;22:5,
15
**allowed (1)**
7:6
**ALPESH (2)**
6:20;7:16
**answered (1)**
19:6
**aside (1)**
16:12
**attorneys (1)**
6:7
**audibly (1)**
8:20
**available (1)**
16:9
**aware (1)**
20:22

## B

**back (5)**
11:5,9;14:12;
18:23;20:19
**Baldev (1)**
9:22
**basically (2)**
9:3;11:23
**become (1)**
20:22
**behalf (4)**
6:11,13;8:3;13:16
**belief (2)**
19:4,7
**best (2)**
13:15;19:22
**beyond (2)**
15:22;20:7
**bit (1)**
20:20
**bold (1)**

## C

**called (1)**
12:7
**came (2)**
14:15;18:23
**can (6)**
8:9,9;9:17;12:19;
15:23;16:12
**case (7)**
7:2;14:17,22;
15:11,19,21;20:23
**caught (1)**
8:11
**checking (1)**
12:1
**Civil (1)**
7:7
**clerk (1)**
18:14
**clients' (1)**
20:16
**company (8)**
8:3;9:15;13:16,24;
17:3,7,19;22:1
**complete (1)**
8:6
**complicated (1)**
8:11
**Complies (1)**
6:19
**concluded (1)**
23:10
**contact (3)**
18:7;20:3;21:11
**control (2)**
18:10;19:5
**counsel (1)**
7:6
**court (5)**
6:15,17;23:2,5,8
**covered (1)**
20:14
**created (1)**
16:16
**custody (2)**
18:10;19:5

## D

**dad (3)**
9:19,23;11:8
**date (1)**
6:4
**day (6)**
11:21,21;12:10;
13:25;14:2,2

**day-to-day (2)**
11:12;12:1
**deal (1)**
18:18
**defendant (7)**
6:12,14;7:4;9:15;
18:9,12;19:4
**deposition (8)**
6:3;7:4,21;13:5;
14:4;15:2;16:8;23:10
**describe (1)**
11:20
**desk (4)**
12:4,6,10;18:14
**document (6)**
13:1;15:21,23;
16:3,4;17:16
**documents (8)**
15:11,22;18:10;
19:5,10,17;20:1;21:1
**done (1)**
14:3
**down (1)**
22:2
**duly (1)**
6:21
**during (1)**
18:15

## E

**early (4)**
11:19;12:13;14:15;
18:21
**easier (1)**
10:23
**electronic (1)**
23:3
**else (1)**
15:8
**e-mails (2)**
14:6,8
**employed (1)**
18:6
**employee (2)**
19:10;20:3
**employees (5)**
11:24;18:11;20:8;
21:13;22:4
**end (1)**
14:16
**entire (1)**
17:4
**evidence (2)**
20:16;22:14
**EXAMINATION (2)**
6:23;13:9
**examined (1)**
6:21
**Exhibit (9)**
12:15,18,18;15:14,
17;17:10,11,14;20:20

## F

**Federal (1)**
7:7
**few (1)**
13:11
**file (1)**
19:14
**filed (1)**
14:17
**files (1)**
19:10
**filled (1)**
12:7
**finance (1)**
11:23
**find (1)**
14:5
**finish (1)**
10:19
**first (3)**
6:21;15:25;19:2
**flip (1)**
18:8
**floor (2)**
16:1,1
**focus (1)**
13:13
**follows (1)**
6:22
**follow-up (1)**
22:20
**form (1)**
7:10
**frame (1)**
18:15
**front (5)**
12:4,4,6,10;18:14
**full (1)**
7:15
**further (1)**
18:12

## G

**given (1)**
7:21
**guess (2)**
19:15,18
**guys (2)**
7:9;17:20

## H

**hand (1)**
6:18
**head (2)**
8:24,25
**help (1)**
12:13
**hiring/firing (1)**
11:24

**hotel (25)**
9:9,14,25;11:11,13,
22;13:20,21;15:8;
16:19,21;17:4;18:6,
13,20,22;20:9,16;
21:3,5,7,10,13;22:6,
13
**hotels (2)**
16:23;17:1

## I

**idea (1)**
18:19
**identification (3)**
12:14;15:16;17:13
**identify (1)**
15:23
**identity (2)**
18:6;20:8
**incident (1)**
20:22
**including (1)**
7:8
**indicating (1)**
12:24
**individually (1)**
9:13
**information (12)**
18:7;19:3,7,16;
20:1,2,3,12;21:11;
22:4,5,14
**instead (1)**
8:23
**insurance (1)**
15:20
**interrogatories (1)**
17:18

## J

**job (3)**
11:10;12:6,8
**Jonathan (2)**
6:9;7:1
**July (1)**
6:4
**jump (1)**
10:21

## K

**keep (2)**
19:9,14
**kind (1)**
21:2
**knew (1)**
9:10
**knowledge (2)**
22:8,9
**knowledgeable (1)**
13:16
**Kori (3)**

Case 1:23-cv-04247-JPB   Document 59   Filed 10/11/24   Page 29 of 30

A.J., et al v.
MASP, LLC

(Alpesh Patel)

30(b)(6) MASP
July 29, 2024

6:13;15:3,5

## L

**last (3)**
14:16;17:10;21:17
**lawsuit (2)**
14:22;20:23
**layout (1)**
15:24
**leave (1)**
12:13
**left (1)**
18:22
**line (1)**
19:2
**little (1)**
20:20
**live (1)**
11:13
**LLC (2)**
6:4;7:4
**longer (3)**
18:10;19:4,11
**look (1)**
12:21
**looking (1)**
15:10

## M

**management (1)**
17:6
**Manager (3)**
11:12,12,21
**Marissa (1)**
6:11
**mark (1)**
15:13
**marked (4)**
12:14,18;15:16;
17:13
**MASP (8)**
6:4;7:4;16:16,23;
17:3;18:9,12;19:4
**M-A-S-P (2)**
7:4;19:4
**Matters (1)**
13:9
**may (1)**
12:7
**maybe (3)**
11:19;14:16;22:1
**mean (1)**
20:20
**meet (2)**
6:25;15:7
**MERRILL (15)**
6:11,11;7:11;
10:18,21,23;11:1;
12:22;15:15;16:6;
17:12;21:15;22:19,
24;23:4

**mom (1)**
11:8
**most (1)**
13:15
**mother (2)**
10:14,15

## N

**name (2)**
7:15;21:11
**names (2)**
6:8;20:3
**Narmada (1)**
10:13
**next (1)**
18:8
**nice (1)**
6:25
**Nikki (5)**
18:13,18;19:17;
20:14;21:9
**nod (1)**
8:25
**not-bold (1)**
17:24
**Notice (2)**
7:5;13:4
**Number (4)**
13:13;18:2;20:19,
21

## O

**oath (1)**
7:25
**object (1)**
22:3
**objections (2)**
7:10;18:8
**off (3)**
12:19;22:21,23
**office (1)**
12:4
**old (3)**
14:6,6,8
**one (1)**
10:8
**only (2)**
14:12;15:20
**operated (1)**
17:4
**operation (2)**
9:25;13:20
**operations (1)**
12:1
**ordering (1)**
11:23
**otherwise (1)**
9:7
**out (3)**
12:7,13;14:5
**outside (1)**

17:7
**overspeak (1)**
14:18
**own (4)**
9:14;11:5;16:21,23
**owned (4)**
11:6,8;16:25;17:4
**owner (1)**
9:14
**owners (1)**
9:18
**owns (2)**
11:4,5

## P

**page (5)**
13:7;17:21;18:3,8;
19:3
**pages (1)**
13:11
**paperwork (2)**
14:6,9
**parents (1)**
9:21
**part (3)**
9:14,14;12:8
**partner (3)**
10:3,4,5
**partners (1)**
10:7
**past (1)**
8:15
**PATEL (4)**
6:20,25;7:16;9:22
**people (1)**
18:6
**percent (2)**
11:5,6
**percentage (1)**
11:3
**perfect (1)**
12:2
**period (6)**
9:4,11,12;18:14,
20;20:5
**periods (1)**
21:10
**person (3)**
11:4;13:10,15
**personal (3)**
22:2,8,9
**personally (2)**
21:25;22:3
**plaintiffs (5)**
6:10;7:1;17:19;
21:2,7
**Plaintiffs' (9)**
12:15,18;14:21;
15:13,17;17:10,14;
22:5,14
**please (4)**
6:7,16,17;7:14

**policies (1)**
15:20
**possession (2)**
18:10;19:5
**prepare (2)**
14:3;15:1
**prepared (1)**
13:15
**present (1)**
6:7
**primarily (1)**
9:3
**Probably (1)**
23:7
**Procedure (1)**
7:7
**provide (1)**
20:12
**provided (1)**
19:16
**purchase (1)**
16:18
**purposes (1)**
7:6
**pursuant (1)**
7:5
**put (1)**
19:6

## R

**raise (1)**
6:18
**read (5)**
13:10;18:9,16;
19:3;22:24
**Really (1)**
13:14
**reason (1)**
19:7
**recall (1)**
18:15
**recalls (1)**
18:13
**received (3)**
14:22;15:21;20:23
**recognize (1)**
13:1
**record (3)**
6:6;7:15;22:21
**records (2)**
14:12;21:2
**regarding (1)**
21:2
**related (3)**
13:18;18:11;20:16
**remember (1)**
8:20
**rephrase (1)**
8:13
**reporter (5)**
6:16,17;23:2,5,8
**represent (2)**

6:8;7:1
**representative (1)**
6:3
**request (1)**
6:19
**requested (1)**
18:15
**reserve (1)**
7:9
**responded (2)**
17:20;18:9
**response (2)**
18:12;20:19
**responses (1)**
17:21
**responsibilities (1)**
11:21
**responsiveness (1)**
7:10
**review (2)**
15:11;16:3
**reword (1)**
8:13
**right (8)**
6:2,17,18;8:17;
12:17;18:16;19:18;
20:12
**Robinson (5)**
18:13,19;19:17;
20:14;21:9
**rooms (1)**
12:1
**Rules (1)**
7:7

## S

**safety (1)**
13:21
**same (2)**
22:9,10
**second (1)**
16:1
**selected (1)**
13:23
**set (1)**
16:12
**seven (2)**
14:12;19:9
**sex (1)**
21:3
**shake (1)**
8:25
**Shaking (1)**
8:24
**Shilpa (5)**
10:10,11;11:5
**show (1)**
12:17
**shut (1)**
22:2
**sick (2)**
12:7,12

**sign (1)**
  22:24
**Silent (4)**
  10:3,4,5,7
**sister (2)**
  9:19;10:8
**sit (1)**
  18:24
**site (1)**
  13:25
**somebody (2)**
  12:7,12
**sort (1)**
  10:4
**speak (1)**
  15:1
**speaking (1)**
  22:1
**state (3)**
  6:7;7:14;20:21
**statements (1)**
  21:6
**stick (1)**
  21:22
**sticker (1)**
  12:19
**still (2)**
  16:21;19:13
**subcontractors (1)**
  18:11
**supplies (1)**
  11:23
**sure (6)**
  8:18;10:18;12:2;
  19:1;20:15;21:10
**swear (1)**
  6:16
**sworn (1)**
  6:21
**sync (1)**
  23:8

**T**

**talk (1)**
  9:2
**talked (1)**
  15:10
**talking (2)**
  8:15;9:10
**testified (2)**
  6:22;22:10
**testify (2)**
  13:16,23
**Thanks (2)**
  15:15;17:12
**Thereupon (3)**
  12:14;15:16;17:13
**three (2)**
  10:7;21:17
**till (1)**
  11:18
**times (1)**

  12:4
**title (2)**
  11:10;12:6
**today (8)**
  7:22;8:3;9:2;13:5,
  24;15:2;18:24;22:11
**Today's (2)**
  6:4;14:3
**TONGE (20)**
  6:9,9,24;7:1,3,12,
  13;11:2;12:16,23,25;
  15:6,13,18;16:7;
  17:15;21:16,19;
  22:17,25
**topics (1)**
  13:18
**trafficked (2)**
  21:3,7
**transcribe (1)**
  11:1
**transcript (1)**
  22:25
**trial (1)**
  7:8
**tried (1)**
  14:5
**true (2)**
  19:22,22
**truthful (1)**
  8:5
**type (2)**
  17:22,25
**types (1)**
  13:21

**U**

**under (2)**
  7:7,24
**unless (2)**
  9:7;22:2
**up (4)**
  8:11;14:7;19:2;
  20:20
**Upon (1)**
  19:3
**use (1)**
  7:8
**usual (1)**
  23:1

**V**

**verbal (1)**
  21:6
**VIDEO (4)**
  6:1;22:23;23:1,6
**VIDEOGRAPHER (3)**
  6:2,15;22:21

**W**

**Wagner (5)**

6:13,13;15:4;23:7,
9
**what's (1)**
  12:18
**witness (5)**
  6:16,19;10:20,22,
  25
**witnesses (2)**
  21:6;22:4
**work (3)**
  8:18;12:3,4
**worked (5)**
  15:8;18:13,20,25;
  20:8
**written (1)**
  21:5

**Y**

**y'all (2)**
  12:23;22:2
**year (3)**
  9:3;14:15,16
**years (3)**
  14:13;19:9;21:18

**1**

**1 (3)**
  12:15,18,18
**10:04 (1)**
  6:5
**10:17 (1)**
  22:22
**10:19 (1)**
  23:10
**100s (1)**
  15:25
**11 (1)**
  18:2
**12 (2)**
  11:19,19
**13 (2)**
  21:17,23

**2**

**2 (5)**
  13:7,13;15:14,17;
  17:21
**20 (1)**
  11:8
**2000 (1)**
  18:21
**2007 (2)**
  11:18;16:17
**2008 (1)**
  18:11
**2009 (1)**
  11:18
**200s (1)**
  16:1
**2011 (1)**

  11:18
**2012 (1)**
  9:4
**2013 (12)**
  9:3,5;11:6,14;14:6;
  18:12,25;19:13;20:9;
  21:15,16,22
**2024 (1)**
  6:4
**23 (1)**
  14:17
**29th (1)**
  6:4

**3**

**3 (2)**
  17:11,14
**30 (2)**
  11:5,6
**30b6 (2)**
  6:3;22:1

**5**

**5 (2)**
  20:19,21

**8**

**8 (1)**
  18:3

**9**

**9 (1)**
  19:3