IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.J. and Q.C., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:23-cv-04247-JPB |
| | : | |
| MASP, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESS, ANIQUE WHITMORE

**COMES NOW**, Defendant MASP, LLC ("Defendant MASP"), named as a Defendant in the above-styled action, and hereby moves to exclude Plaintiff's Expert Witness, Anique Whitmore as a testifying expert in this case. Defendant asks this Court to exclude Anique Whitmore as an expert because she was untimely disclosed and fails to meet the strict requirements of admissibility under the Fed. R. Evid. 702 and 403, or in the alternative, limit her opinions as discussed in Defendant's Brief. In support of this Motion, Defendant have filed contemporaneously herewith, its Brief In Support of the Motion to Exclude Plaintiff's Expert Witness Anique Whitmore.

Respectfully submitted, this 11th day of October, 2024.

**SWIFT, CURRIE, McGHEE & HIERS**

/s/ Marissa H. Merrill

_____
Kori E. Wagner
Georgia Bar No. 155438
Marissa H. Merrill
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
**Attorneys for Defendant MASP, LLC**

1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia  30309
TEL:  (404) 874-8800
FAX: (404) 888-6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

2

## CERTIFICATE OF FONT & CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was prepared in Times New Roman 14-point font in conformance with Local Rules 5.1C and 7.1(D), and that I have served a copy of **DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S EXPERT ANIQUE WHITMORE** with the Clerk of Court via electronic transmission using the CM/ECF system and served a copy of the foregoing electronically upon all parties of record via CM/ECF:

Patrick J. McDonough
Jonathan S. Tonge | Tyler Dillard
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com | tdillard@atclawfirm.com

This 11th day of October, 2024.

**SWIFT, CURRIE, McGHEE & HIERS**

*/s/ Marissa H. Merrill*

_____
Kori E. Wagner
Georgia Bar No. 155438
Marissa H. Merrill
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
**Attorneys for Defendant MASP, LLC**

*4857-0873-3935, v. 1*