UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. & Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:23-cv-4247-JPB |

## PLAINTIFFS' MOTION TO FILE UNDER SEAL

Pursuant to Federal Rules of Civil Procedure 26(c )(1) and 5.2(d), Local Rule 79.1(B), and the protective order in this case (Doc. No. 7), Plaintiffs file this Motion for Leave to file the following exhibits under seal:

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---|---|---|
| 1 | May 22, 2013 Incident Report | Redacted; Under Seal |
| 2 | A.J. Deposition | Redacted excerpts; Under seal |
| 3 | Q.C. Deposition | Redacted excerpts; Under seal |
| 4 | Indictment of Craig Hill and Tkeyah Adams | Redacted; Under seal |
| 5 | Warrant Application Affidavit | Redacted; Under seal |
| 6 | Case Disposition Summary | Redacted; Under seal |
| 7 | Plea Hearing Transcript | Redacted excerpts; Under seal |

1

| 8 | Det. Lewis Investigative Summary | Redacted; Under seal |
|---|---|---|
| 9 | Application for Criminal Arrest Warrant | Redacted; Under seal |
| 10 | Det. Simonds Investigative Summary | Redacted; Under seal |
| 11 | A.J. Written Statement | Redacted; Under seal |
| 12 | Q.C. Written Statement | Redacted; Under seal |
| 13 | Tkeyah Adams Suspect Interview Summary | Redacted; Under seal |
| 14 | Affidavit and Application for a Search Warrant | Redacted; Under seal |
| 15 | State v. Hill, No. 2013CR02540-06, Final Disposition | Redacted; Under seal |
| 17 | Def. MASP, LLC's Resps. to Pls' First Cont'g Reqs for Prod. of Docs | Redacted; Under seal |

Thus, Plaintiffs request leave to file under seal these exhibits as it includes sensitive, protected, and/or identifying information in reference to Plaintiffs, documents, or persons as identified in the protective order.

Respectfully submitted this 11th day of October, 2024.

                              ANDERSEN, TATE & CARR, P.C.

                              */s/ Jonathan S. Tonge*
                              PATRICK J. MCDONOUGH
                              Georgia Bar No. 489855
                              pmcdonough@atclawfirm.com
                              JONATHAN S. TONGE
                              Georgia Bar No. 303999
                              jtonge@atclawfirm.com
                              JENNIFER M. WEBSTER
                              Georgia Bar No. 760381

        jwebster@atclawfirm.com
        *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                              ANDERSEN, TATE & CARR, P.C.

                                              */s/ Jonathan S. Tonge*
                                              PATRICK J. MCDONOUGH
                                              Georgia Bar No. 489855
                                              pmcdonough@atclawfirm.com
                                              JONATHAN S. TONGE
                                              Georgia Bar No. 303999
                                              jtonge@atclawfirm.com
                                              JENNIFER M. WEBSTER
                                              Georgia Bar No. 760381
                                              jwebster@atclawfirm.com
                                              *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 11th day of October, 2024.

        ANDERSEN, TATE & CARR, P.C.

        */s/ Jonathan S. Tonge*
        PATRICK J. MCDONOUGH
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        JONATHAN S. TONGE
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com
        *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile