UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| A.J. & Q.C., | |
|---|---|
| Plaintiffs, | |
| v. | CIVIL ACTION FILE |
| MASP, LLC, | NO. 1:23-cv-4247-JPB |
| Defendant. | |

**PROPOSED ORDER ON PLAINTIFFS' MOTION TO SEAL**

Now before this Court is Plaintiffs' Motion to Seal. Plaintiffs request leave to file the following documents under seal:

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---|---|---|
| 1 | May 22, 2013 Incident Report | Redacted; Under Seal |
| 2 | A.J. Deposition | Redacted excerpts; Under seal |
| 3 | Q.C. Deposition | Redacted excerpts; Under seal |
| 4 | Indictment of Craig Hill and Tkeyah Adams | Redacted; Under seal |
| 5 | Warrant Application Affidavit | Redacted; Under seal |
| 6 | Case Disposition Summary | Redacted; Under seal |
| 7 | Plea Hearing Transcript | Redacted excerpts; |

1

| | | Under seal |
|---|---|---|
| 8 | Det. Lewis Investigative Summary | Redacted; Under seal |
| 9 | Application for Criminal Arrest Warrant | Redacted; Under seal |
| 10 | Det. Simonds Investigative Summary | Redacted; Under seal |
| 11 | A.J. Written Statement | Redacted; Under seal |
| 12 | Q.C. Written Statement | Redacted; Under seal |
| 13 | Tkeyah Adams Suspect Interview Summary | Redacted; Under seal |
| 14 | Affidavit and Application for a Search Warrant | Redacted; Under seal |
| 15 | State v. Hill, No. 2013CR02540-06, Final Disposition | Redacted; Under seal |
| 17 | Def. MASP, LLC's Resps. to Pls' First Cont'g Reqs for Prod. of Docs | Redacted; Under seal |

For good cause shown, this motion is **GRANTED**. Plaintiffs are authorized to file under seal the documents identified in Plaintiffs' motion.

SO ORDERED this _____ day of _____, 2024.

_____
J.P. BOULEE
United States District Judge