IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. and Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:23-CV-04247-JPB |

**DEFENDANT MASP, LLC'S NOTICE OF FILING DISCOVERY**

COMES NOW, MASP, LLC, ("Defendant"), and pursuant to Local Rule 5.4(B), hereby files the following original discovery with the Court by attaching excerpts of the following to the Brief In Support of Defendant's Motion for Summary Judgment:

1. Deposition of Q.C. taken on May 23, 2024;[1]

2. Deposition of A.J. taken on May 24, 2024;[2]

3. Deposition of Alpesh Patel as the Corporate Representative for the 30(b)(6) Deposition of MASP, LLC, taken on July 29, 2024;[3]

---

[1] A complete copy of this deposition transcript has already been filed, provisionally sealed, into the record by Plaintiff's Counsel as Doc. 61.
[2] A complete copy of this deposition transcript has already been filed, provisionally sealed, into the record by Plaintiff's Counsel as Doc. 60.
[3] A complete copy of this deposition transcript has already been filed, provisionally sealed, into the record by Plaintiff's Counsel as Doc. 59.

1

4. Portions of Redacted Police Summary of Interview with A.J. conducted on March 22, 2013;

5. Excerpts from MASP, LLC's Interrogatory Responses;

6. Excerpts from A.J.'s Interrogatory Responses;

7. All other pleadings and evidence properly in the record.

Respectfully submitted, this 11th day of October, 2024.

                        SWIFT, CURRIE, McGHEE & HIERS

                By: *Marissa H. Merrill*
                    Kori E. Wagner
                    Georgia State Bar No. 155438
                    Marissa H. Merrill
                    Georgia State Bar No. 216039
                    Tracy A. Gilmore
                    Georgia State Bar No. 633193
                    **Attorneys for Defendant MASP, LLC**

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF COMPLIANCE**

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

                              SWIFT, CURRIE, McGHEE & HIERS

                        By:   *Marissa H. Merrill*
                             Kori E. Wagner
                             Georgia State Bar No. 155438
                             Marissa H. Merrill
                             Georgia State Bar No. 216039
                             Tracy A. Gilmore
                             Georgia State Bar No. 633193
                             ***Attorneys for Defendant MASP, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This are to certify that on the 11th day of October, 2024, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF FILING DISCOVERY** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

                      SWIFT, CURRIE, McGHEE & HIERS

                      By:  *Marissa H. Merrill*
                             Kori E. Wagner
                             Georgia State Bar No. 155438
                             Marissa H. Merrill
                             Georgia State Bar No. 216039
                             Tracy A. Gilmore
                             Georgia State Bar No. 633193
                             ***Attorneys for Defendant MASP, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4887-8690-0975, v. 1