```
 1        Q       Okay.  Who did you speak to to prepare
 2  for the deposition today?
 3        A       Was it Kori or --
 4                MS. WAGNER:  Uh-huh (affirmative).
 5        A       Kori.
 6  BY MR. TONGE:
 7        Q       Uh-huh (affirmative).  Did you meet with
 8  anybody else who worked at the hotel?
 9        A       No.
10        Q       Okay.  And you talked about looking for
11  documents.  Did you review in this case -- here, I'll
12  just go ahead and give you this too.
13                MR. TONGE:  I'll mark this as Plaintiffs'
14        Exhibit 2.  There you go.
15                MS. MERRILL:  Thanks.
16                (Thereupon, marked for identification,
17        Plaintiffs' Exhibit 2.)
18  BY MR. TONGE:
19        Q       And so in this case, other than some
20  insurance policies which we have, this is the only
21  document that we've received in this case.  Is
22  there -- are there any other documents beyond -- and
23  can you just identify what this document is for me?
24        A       This is the building layout.
25        Q       Okay.  And so the 100s would be the first
```

15

```
 1   floor and the 200s the second floor?
 2        A      Correct.
 3        Q      So did you review any document other than
 4   this document?
 5        A      Other than --
 6               MS. MERRILL:  Other than --
 7   BY MR. TONGE:
 8        Q      -- for this deposition?
 9        A      There was nothing available --
10        Q      Okay.
11        A      -- from that time.
12        Q      Okay.  Okay.  We can set that aside.
13   That was all --
14        A      Okay.
15        Q      -- I was asking there.
16               When did -- when was MASP created?
17        A      2007.
18        Q      Okay.  And when did it purchase the
19   hotel?
20        A      That time.
21        Q      Okay.  Does it still own the hotel?
22        A      It does.
23        Q      Okay.  Does MASP own any other hotels?
24        A      No, sir.
25        Q      Okay.  Has it ever owned any other
```

16