Page 13

```
 1        A      No, ma'am.

 2        Q      Okay.  What is your current address?

 3        A      My current address is 777 Memorial Drive,

 4   Southeast, Suite 7000, Apartment 1108, Atlanta,

 5   Georgia 30316.

 6        Q      And how long have you lived there?

 7        A      The current unit, about ten days.  We just

 8   transferred on the property probably about two and a

 9   half years.

10        Q      What was the prior unit number?

11        A      1224.

12        Q      And you said "we."  Who lives with you at

13   that address?

14        A      Hannah.

15        Q      Anyone else?

16        A      No.

17        Q      Prior to living at this apartment complex,

18   where did you live?

19        A      With my mom at 4403 Chester Lane,

20   Ellenwood, Georgia 30294.

21        Q      And how long did you live at that address?

22        A      Since twenty -- I'm sorry -- 2013.

23        Q      Anyone else live --

24        A      My apologies.  It may have been 2012.

25        Q      What other addresses have you lived at
```



Page 16

```
 1      Q     And who did you live there with?

 2      A     My mom and my siblings.

 3      Q     Did you ever live with Hannah's father?

 4      A     Yes, at 144 Moreland Avenue.

 5      Q     Do you remember when you lived there?

 6      A     I'm sorry.  Are you asking which year?

 7      Q     Yes.

 8      A     I believe I moved there in 2020.

 9      Q     How long -- or why did you leave?

10      A     I left because Hannah's father started

11  showing bad behavior, and I didn't feel safe.

12      Q     What kind of bad behavior was he showing?

13      A     He was just being unruly, too aggressive

14  for my liking.  And, actually, the property, it just

15  wasn't safe for my neighbors or the other residents.

16      Q     Did you ever call the police while you

17  were living there?

18      A     Yes.

19      Q     Because of his activities or anything

20  else?

21      A     His activities.

22      Q     Was he ever arrested?

23      A     Not on the property.

24      Q     Did you ever have to cooperate or

25  participate in any type of investigation or -- and
```



Page 21

1    course and go to school.

2        Q    And have you done that?

3        A    Yes.

4        Q    And are you currently licensed?

5        A    I'm working on getting my license.

6        Q    What do you have left to do to get your

7    license?

8        A    I have to pass state board.  I attempted

9    and I failed the test.  So I've just been preparing

10   and taking review classes with my school that I

11   graduated from.

12            So I'm currently not offering services

13   because of that.  Like, I took my booking link out

14   of my bio.  Just not currently doing services.  But

15   I have my own brand.  So I'm not currently accepting

16   clients.  Sorry.

17       Q    What school did you go to?

18       A    Elaine Sterling Institute.

19       Q    Do you know when the next board exam is

20   going to be offered?

21       A    So in my case, I don't.  I've been talking

22   to state board about getting my eligibility extended

23   because my window closed this year of January.  I

24   was only able to take one of the exams.  We have

25   two.  So I've been working with the state board and


MAGNA
LEGAL SERVICES

Page 43

1    come-volunteer-type of thing.

2         Q    When you were in middle school, what were

3    the dynamics like in your family?  And what I'm

4    asking is, did you get along with your mother?  Did

5    you get along with your siblings?

6         A    Yeah.  Everything was normal, for the most

7    part.  Yes, we got along.  We ate dinner together.

8    My mom would encourage us all do breakfast together

9    on Saturdays because we were all home.  She was

10   like, "Why don't you guys get up and go make a

11   breakfast together."  It was nice.

12        Q    Did your mom work?

13        A    Yes.

14        Q    And where did she work when you were in

15   middle school?

16        A    She was a home healthcare provider.

17        Q    Was she also a home healthcare provider

18   when you were in high school?

19        A    Yes, up until she had her brain surgery.

20        Q    Tell me about that.  When did she have her

21   brain surgery?

22        A    She -- when was this?  This was in --

23   sorry.  Had to have been in, like, 2018, 2019.

24   Yeah, before I had Hannah.  So, like, in that

25   window.



Page 45

```
1    you were reported as a runaway.  That's where we're

2    going to start.

3         A    Okay.

4         Q    So prior to that, how were you getting

5    along with your mom generally?

6         A    Normal.  Normal mother-daughter

7    relationship.

8         Q    Tell me what that means.

9         A    She provided everything I needed as far as

10   clothing, food.  If I needed something, she provided

11   it, yeah.

12        Q    Did she have rules?

13        A    Yes.

14        Q    And did you have any issues with those

15   rules?

16        A    No.

17        Q    Did you have a cell phone?

18        A    When?

19        Q    Prior to running away.

20        A    Yes.

21        Q    Now, was that a cell phone that you had

22   yourself, or was that something that you shared with

23   any of your siblings?

24        A    Myself.

25        Q    Were there any rules associated with the
```



1   cell phone?

2       A    Not that I recall.

3       Q    And in 2013, did you have best friends or

4   close friends that you hung out with?

5       A    Regular friends.  Like, regular -- nobody

6   that was more important than the other.

7       Q    And were these friends from the

8   neighborhood or friends from school?

9       A    Both.

10      Q    So in 2013, there came a time where you

11  ran away from home.  Do you recall that?

12      A    Yes.

13      Q    Do you recall what month that was in 2013?

14      A    I don't remember.

15      Q    Do you recall if it was hot out?  Was it

16  summer? winter? fall? spring?

17      A    Hot.

18      Q    Do you remember what caused you to run

19  away?

20      A    Yes.

21      Q    And what was that?

22      A    I was afraid of getting in trouble with my

23  mom for missing the school bus and not going to

24  school that day.

25      Q    Now, was that something that was a problem



Page 47

1   for you, meaning getting up and getting ready and

2   getting on the school bus on time?

3        A    No.  Just that particular day, I just

4   didn't make it.  But that was a problem for my mom

5   if I didn't get up and make it to school on time and

6   get on the school bus.

7        Q    And why was it a problem for your mom?

8        A    Because she took education very seriously.

9        Q    So what were the rules associated with

10   getting on the bus on time?

11        A    Rain, sleet, snow, you have to get on the

12   bus.

13        Q    Had you missed the bus previous to this

14   incident?

15        A    Probably once or twice.

16        Q    And what happened on the occasions that

17   you missed the bus on those instances?

18        A    I mean, my mom was home.  So she would

19   just yell, get up, and then take us or me or whoever

20   it was.  This was, like, the first time that she

21   wasn't home.

22        Q    What did you do when you missed the bus?

23        A    I went to a friend's house.  I told my

24   older sister to let my mom know, but I guess she

25   didn't.  And I just went to my friend's house.



Page 48

```
 1        Q    What was your friend's name?

 2        A    Rosa.

 3        Q    Okay.  And where did Rosa live?

 4        A    In the trailer park next to our

 5   neighborhood.

 6        Q    Was there a reason why you didn't call

 7   your mom yourself to tell her that you missed the

 8   bus?

 9        A    I just figured I could tell my big sister

10   and she would tell her.  I didn't want to hear her

11   fussing, too.

12        Q    Did she fuss at you a lot during that time

13   frame?

14        A    No.  Just if I did normal things that

15   she -- that would go against her rules, like a

16   normal parent.  Nothing out of the ordinary.

17        Q    Did you think she'd fuss at you for

18   missing the bus?

19        A    That morning?

20        Q    That morning.

21        A    I knew she would because I hadn't told her

22   myself.  And she probably thought I was in school.

23        Q    Do you know if the school contacted her to

24   let her know that you were not in school?

25        A    I'm not sure.
```



Page 49

1     Q   And how old were you at this point?

2     A   Fourteen.

3     Q   Did you think you'd be in trouble for

4 going to a friend's house and not telling her?

5     A   I didn't think she was going to find out.

6     Q   Did you have your cell phone?

7     A   Yes.

8     Q   And did you take it with you to Rosa's

9 house?

10    A   Yes.

11    Q   So did you leave Rosa's house and go back

12 home that day?

13    A   Yes.

14    Q   And tell -- tell us what happened.

15    A   When I walked up, my mom kind of met me in

16 the driveway, and she just started talking to me and

17 asking me, like, where I had been, and she hit me.

18    Q   Where did she hit you?

19    A   I don't remember.

20    Q   And what did you do next?

21    A   I went inside and then I left out of the

22 back door.

23    Q   I'm sorry.  You went in --

24    A   I went -- because we were outside of the

25 house.  I went -- I entered into the front door or



Page 50

1    the garage and then I went immediately out of the

2    back door.

3         Q    And what was your intent when you

4    immediately went out the back door?

5         A    To just go to Rosa's house for a little

6    bit for her to, like, not be so mad anymore.  For my

7    mom to, like, calm down.  She was pretty angry.

8         Q    Was there anything else that was angering

9    your mother at that time?

10        A    No.  She just didn't like that she thought

11   I was at school and I wasn't.

12        Q    Was she concerned at that time that you

13   were hanging with a bad crowd?

14        A    No.

15        Q    Was she ever concerned during your

16   childhood that you were hanging with a bad crowd?

17        A    No, because I never, like, hung out

18   outside of my house.  It would be from school and

19   home, hang out in the neighborhood.  It wasn't --

20   like, I was 14.  So it wasn't like, "Oh, I'm going

21   to go here" and that's it.  No.  You'd have to,

22   like, kind of stay in eyes -- eyesight.

23        Q    So when you went out the back door, is it

24   fair to say that you snuck out of the house?

25        A    Yes.  I -- I just walked out.  I just



Page 51

1    wanted to, like, calm down because I was embarrassed

2    that I had let my mom down.  I just kind of wanted

3    to be alone in that moment to think about what I had

4    done.

5         Q    And you went to Rosa's house?

6         A    That's right.  Yes.

7         Q    How long did it take you to get to Rosa's

8    house?

9         A    I don't remember.

10        Q    Do you recall if it was a short walk? a

11   long walk?

12        A    I think I took the long way.

13        Q    And what does that mean?

14        A    What do you mean?  What do you mean?

15   Sorry.

16        Q    What does the long way versus the short

17   way mean to you?

18        A    So, like I said, I went out of the back

19   door.  So it's, like, versus the front door.  It was

20   just like a -- you could just go through our

21   neighborhood because, as I mentioned, it's next to

22   our neighborhood.

23             So out of the back door, it means I had to

24   go through the neighborhood behind us onto the main

25   road and then enter in the front of Rosa's



Page 52

1    neighborhood versus like the shortcut.

2        Q    Did you bring your cell phone with you?

3        A    My 1mom had took it at that point.

4        Q    Did she take it to punish you?

5        A    I don't know why she took it.

6        Q    Did it upset you that she took your cell

7    phone?

8        A    I mean, at that point that was the least

9    of my concerns.  I just didn't want her to be

10   disappointed in me that I had missed school because

11   school was very important to her.

12       Q    Was that -- was your only concern at that

13   time when you left the house that you had

14   disappointed your mom?

15       A    And myself.  I was just embarrassed at the

16   fact that I hadn't done what I knew I was supposed

17   to do as far as go to school.

18       Q    Were you mad at your mom for taking your

19   phone?

20       A    Again, I really didn't care much about the

21   phone.  It was just more so of I hadn't done what I

22   knew I should have to do.  So I was just, like,

23   embarrassed at the fact that I was getting in

24   trouble.

25       Q    Did she ground you or punish you in any



Page 53

1    other way for missing school?

2        A    Well, that was rare because school was

3    something that we knew we had to get up and do.

4    That was, like, embedded in us, like nonnegotiable.

5    So that was rare.

6        Q    So you -- on this particular day,

7    though --

8        A    Okay.

9        Q    -- you violated her rules; correct?

10       A    That's right.

11       Q    So did she punish you in some way for

12   violating her rules and missing school that day?

13       A    I guess her punishment would have been her

14   taking the phone and the hit that I received.  But I

15   didn't stay long to see what the punishment would be

16   because, again, I left.

17       Q    Was your sister home or your --

18       A    No.

19       Q    -- brothers home?

20       A    Everyone was at school or doing whatever

21   they had to go do.

22       Q    Do you recall what time of day it was when

23   your mom came home and saw you?

24       A    I don't -- probably, like, 3:00 p.m.

25       Q    Did she have to leave work early because



Page 54

1    she somehow found out that you missed school or

2    she -- this is just her normal time of getting home?

3         A    I don't think that was her normal time.

4    And I don't know why she came early.

5         Q    So you walked to Rosa's house; correct?

6         A    Correct.

7         Q    When you get to Rosa's house, did you say

8    anything to her about why you were there?

9         A    No.  She was Hispanic and she kind of just

10   was like go-with-the-flow-type of thing.  We

11   didn't -- she just thought everything was normal.

12        Q    So at that point had -- had you run away

13   from home?

14        A    In my mind, I was going to go back home,

15   so technically, yes.

16        Q    Were -- in your mind, were you going to go

17   back home that night?

18        A    Yes.

19        Q    Did you call your mom to let her know

20   where you were?

21        A    I don't recall.

22        Q    Did Rosa live with her parents?

23        A    She was a parent herself.  She was grown.

24        Q    Okay.  So how old is Rosa?

25        A    At the time -- I don't know.  She had two



Page 55

1    daughters.  But she acted like, you know, a

2    teenager.  Like, she was just a nice woman who had

3    sold, like, I think tamales or tacos or something.

4    She was just, like, super nice, super sweet.  So,

5    yeah, she was -- she was an adult.

6         Q    How did -- I'm sorry.  I didn't mean to

7    interrupt you.  How did you know Rosa?

8         A    She sold tacos and tamales in the

9    neighborhood.

10        Q    Okay.  So you had purchased tacos or

11   tamales from her in the past?

12        A    Well, I think she just probably had given

13   them to us because we just in the neighborhood,

14   like, just hanging out like normal.  She was just,

15   like, a neighborhood friendly woman that everyone

16   knew.  Like, just -- I considered her as a friend,

17   which is why I referred to her as a friend.

18        Q    How old were her children in 2013?

19        A    I don't remember.

20        Q    Do you recall if they were babies,

21   toddlers, middle schoolers?

22        A    Probably, like, elementary, toddler-type

23   of thing.

24        Q    But you weren't friends with her children?

25        A    No.



Page 56

```
 1        Q     Okay.
 2        A     But I interacted with them, like, in a
 3   healthy way.  Like, she would -- like, that night I
 4   remember her giving them a shower.  And I was just,
 5   like, talking to them.  And then we all went to
 6   sleep.  And then I left her house the next day.
 7        Q     Did you ever babysit for her children?
 8        A     Oh, no, ma'am.  She was always in sight.
 9        Q     Did you have friends in the neighborhood
10   at that time?
11        A     In my neighborhood or Rosa's?
12        Q     In your neighborhood.
13        A     Yes.
14        Q     Did you have friends in Rosa's
15   neighborhood?
16        A     Yes.
17        Q     Why was it that you went to Rosa's house
18   when you left your mom -- you left your house, as
19   opposed to any of your friends?
20        A     Because, like I said, she was older and I
21   just felt kind of safe seeing her being a mom to
22   kids.  It just kind of felt like I was safe because
23   I was around, like, an older mother figure who had
24   kids of her own.
25        Q     What was it -- so is that what made you
```



Page 57

1    feel safe, because she was a mom?

2        A    That's right.

3        Q    Why did you feel you needed to go

4    someplace at that time that made you feel safe?

5        A    Because I had left my house at that point

6    and I wasn't -- I had no idea of where I wanted to

7    go.  So I just felt safe at home and Rosa's.  So

8    instead of just going to any unknown random place, I

9    just chose Rosa's house.

10       Q    You testified a little while ago that you

11   intended to go back home that night; correct?

12       A    Correct.

13       Q    So at what point between the time that you

14   left your house and when you decided to go someplace

15   safe, did you have a thought process that you might

16   not be going home that night and you needed to spend

17   the night someplace safe?

18       A    When I saw the police.  The police came to

19   Rosa's house.  And that scared me.  I thought I was

20   in trouble and that I was going to go to jail for

21   leaving my mom's house without her permission.

22       Q    So did the police come that night?

23       A    They did.

24       Q    So what was your understanding as to why

25   the police were there?



Page 58

```
 1      A    I thought that I was going to get in
 2  trouble for leaving my mom's house without her
 3  permission.  I thought I was going to go to jail.
 4      Q    Was it your understanding that your mom
 5  called the police to report you as a runaway?
 6      A    I don't know who called.  I didn't even --
 7  that didn't even cross my mind, like, as far as,
 8  like, running away.  Like, all of that never crossed
 9  my mind.
10      Q    So when you got to Rosa's house, did you
11  tell her that you ran away?
12      A    No, I did not.  I just was there like
13  everything was normal.
14      Q    How often did you go to Rosa's house
15  during that time frame?
16      A    What time frame?
17      Q    Let's say the week before you ran away.
18      A    Oh, after school just until the street
19  lights came on because we had to be inside before
20  the dark.
21      Q    So did you go to her house every day after
22  school?
23      A    No, ma'am.  Probably, like, once or twice.
24      Q    A week?  A month?
25      A    Once or twice a week.
```



Page 59

1      Q      And did your mom know that you would go to
2  Rosa's house once or twice a week?
3      A      Yes, which is why I think she told the
4  police to come there the first time looking for us.
5      Q      Did you ever have a discussion with your
6  mom after all this was over with and you went back
7  home about her calling the police?
8      A      I don't know what we discussed, honestly.
9  Probably discussed so much.
10     Q      Was it your understanding that she had, in
11 fact, called the police?
12     A      I don't -- I didn't -- I mean, I kind of
13 had an idea that my mom would come looking for me
14 because it's just something that we've never -- I've
15 never done.  So, I mean, now that I'm grown, yeah.
16     Q      Well, correct me if I'm wrong.  But I
17 believe your testimony was when you got to Rosa's
18 house, you did not tell her you ran away?  Is
19 that --
20     A      Rosa?
21     Q      Rosa.
22     A      Correct.
23     Q      Did you tell anybody else you had run
24 away?
25     A      No, because I didn't plan on -- I didn't



Page 60

1    view myself as a runaway.  I wanted to go back home.

2    I just didn't want to face the embarrassment of what

3    I had done.

4        Q    Did your mom have a relationship with

5    Rosa?

6        A    No.

7        Q    Did she ever discuss with you any concerns

8    that she may have had with Rosa --

9        A    No.

10       Q    -- before you ran away?

11       A    No.

12       Q    How about afterwards?

13       A    Yes.  She -- I think she was like, "Why

14   wouldn't she tell me that you guys were" -- "that

15   you were there?  Like, when the police came, like

16   why wouldn't she tell us that you were there?"

17       Q    Did Rosa --

18       A    She barely spoke English.  It was like

19   the -- she understood, but it wasn't fluent.

20       Q    Okay.  So tell us about the police showing

21   up at Rosa's house.

22       A    I think they showed up and I hid because I

23   thought I was going to go to jail for running away.

24   I didn't know if I was in trouble.  I didn't know

25   if -- honestly, I just was in fear and I hid.



Page 65

1     it's just something that I was used to.

2          Q     Did you hear Rosa say anything to the

3     police about you or where you may be?

4          A     Not that I recall.

5          Q     So when the police leave, what happens?

6          A     We slept.

7          Q     Did you come out of hiding?

8          A     Yes.

9          Q     Did you have a conversation with Rosa?

10         A     I don't remember.

11         Q     So the police leave, there's a lot of

12    commotion.  And you don't remember what happened or

13    if there was any conversation?

14         A     No, ma'am, I don't.

15         Q     Do you recall having a -- an understanding

16    at that point why the police were there?

17         A     Yes.

18         Q     Okay.  Why did you have an understanding

19    as to why the police were there?

20         A     I don't know how to answer that.  I'm

21    sorry.

22         Q     It's okay.  So it was after you came out

23    of hiding and you had an understanding as to why the

24    police were there?

25         A     I mean, because I hadn't seen or talked to



Page 66

1    my mom in X amount of time.  So I kind of figured

2    she must be worried sick about me.  Like, that's

3    when it started to settle in like, "Oh, my mom must

4    be worried," because any other time she knows where

5    I'm at.

6        Q    Well, and you loved your mom; correct?

7        A    Yes.

8        Q    Is there any reason why you didn't call

9    her and tell her where you were?

10       A    My mom is, like, a tough cookie.  Like,

11   she doesn't really do a lot of excuses and -- you

12   know, she just means business as far as, like, her

13   rules.  And I just wasn't ready to face the

14   embarrassment of letting her down.

15            I just wanted to let some time pass as far

16   as, like, go back home, like, when I felt better

17   internally and hoping that she would be willing to

18   listen to the reason I missed the bus rather than

19   just straight punishment or grounding.

20       Q    Did you think the situation was going to

21   get better for you if you didn't tell her where you

22   were and spent the night out of the house?

23       A    No.  That's part of the reason why I

24   didn't go back.  I was just scared of that.  It was

25   just getting too -- too deep.



Page 67

1        Q    Did you leave your house with anything,

2    any clothes or any personal items?

3        A    No, ma'am.

4        Q    Okay.  Do you recall having any discussion

5    with Rosa about what happened that day?

6        A    No, ma'am.  I just figured it was no point

7    because it was hard to get through with her.  Like,

8    she was pretty much, like, what's on the surface,

9    like, you know, like what she can -- it would have

10   been a waste of time to try to explain to her the

11   order of events because of her English.

12       Q    Did Rosa know how old you were?

13       A    She knew we were young.  She knew we went

14   to school.  Like, we would tell her like, "Okay.

15   See you after school," stuff like that.

16       Q    Did Rosa ever tell you that she was going

17   to tell your mom where you were?

18       A    We never really discussed, like I said,

19   the ins and outs of it.

20       Q    I understand that you didn't discuss it.

21   But I'm just -- just trying to find out if there was

22   any conversation that you had and Rosa may have had

23   about telling your mom that you were safe?

24       A    No.

25       Q    So how soon after the police leave do you



Page 70

1       A    I recall getting up, asking to see her

2    phone or seeing a phone because my mom had took mine

3    at that point.  And then I logged into my Facebook

4    and then I got a message from my friend A.J., or I

5    think I was messaging her, like letting her know

6    what had happened, like that.

7       Q    So you had a conversation with Rosa at

8    least to get her phone; correct?

9       A    Correct.

10      Q    Prior to logging in to Facebook, did you

11   have any other conversation with her about whether

12   or not you were going to stay or leave her house?

13      A    No, ma'am.

14      Q    So you talked about A.J.  What's A.J.'s

15   name?

16      A    Armani Johnson.

17      Q    So how do you know Armani?

18      A    From middle school.

19      Q    Were you -- or describe your friendship

20   with her.

21      A    She was one of the first friends -- one of

22   the first people that I saw in the hallway at school

23   or that was, like, super friendly.

24      Q    And was that a relationship you continued?

25      A    Yeah.



Page 71

1       Q     Where did she live?

2       A     In the neighborhood behind me.

3       Q     Did you ever go to her house?

4       A     Sometimes.  Well, I think we were fairly

5   new.  Yeah, I think I had been to her house probably

6   like once or twice.

7       Q     Had she ever been to your house?

8       A     Yes.

9       Q     Do you know how often?

10      A     Regular.  Like, once or twice a week.

11      Q     Do you know if she'd ever been to Rosa's

12  house?

13      A     Yes.

14      Q     Do you know how often she was at Rosa's

15  house?

16      A     No.  Probably once or twice because that

17  was my friend.

18      Q     Rosa was your friend?

19      A     (Witness moves head up and down.)

20      Q     So -- you need to answer.

21      A     Yes.  Oh, I'm so sorry.  You did say that.

22  I think I'm getting to that point.  Yes.

23      Q     Do you need a break?

24      A     No.

25      Q     So would -- the times that A.J. was at



Page 72

1   Rosa's house, were you with -- with her?

2        A    Yes.

3        Q    So you log on to Facebook.  Did you have

4   people messaging you?

5        A    No.  I just think it was a regular -- it

6   wasn't, like, flooded with notifications or

7   anything.  I think I just immediately -- because

8   Armani was my friend, I just wanted to let her know

9   what had happened, like that.  So I just immediately

10  messaged her and let her know what had happened.

11       Q    And do you recall what you told her?

12       A    I got in trouble with my mom for missing

13  the bus and now I'm at Rosa's house, and she doesn't

14  know where I'm at.

15       Q    Did -- did A.J. say that the police had

16  been to her house or that she knew you were missing?

17       A    No.  She told me that she had got in

18  trouble with her mom and that she was at the

19  Walmart.  So I was like, "What?"

20       Q    So then what happened?

21       A    So then I met her at the Walmart.

22       Q    How did you get to the Walmart?

23       A    I don't remember.  I think it was a guy or

24  a friend from the trailer park.  I don't remember,

25  you know.  But I think it was a friend or guy that I



Page 76

1    jail.  It was just something that I was doing to get

2    to where I needed to go.

3         Q    What was it about him that made you trust

4    him?

5         A    That we knew him from the neighborhood.

6         Q    What did you tell him was going on?

7         A    Nothing.  I just asked for a ride to go

8    meet with my friend.

9         Q    And he gave you a ride?

10        A    He gave me a ride.

11        Q    Was it just the two of you in the car?

12        A    I don't recall.

13        Q    Do you recall if there was any discussion

14   in the car about any -- anything that may have

15   happened why you weren't in school?

16        A    (Witness moves head from side to side.)

17        Q    No?

18        A    (Witness moves head from side to side.)

19        Q    You need to answer.

20        A    Oh.  We probably got to do a break.  I'm

21   zoning out.  I apologize.  Because I'm trying to

22   think and picture everything and -- but, no, to

23   answer your question.

24             MS. GILMORE:  Okay.

25             THE VIDEOGRAPHER:  The time is



Page 78

```
 1   tucked it away somewhere inside of me.  So I don't
 2   remember how I felt when my mom hit me.
 3        Q    Is there anything else that's happened in
 4   your life that you tucked away?
 5        A    No.
 6        Q    Just this?
 7        A    Just this.
 8        Q    Was it the first time your mother had hit
 9   you?
10        A    My mom didn't hit me, yeah, that I could
11   recall.  Like, she would try to talk to us.  She
12   wasn't, like, the abusive type, no.  She -- she
13   liked to talk and explain things so we could
14   understand them.
15             Like, if we were getting in trouble, she
16   would be like, "Well, you're getting punishment
17   because of X, Y and Z."  Like, there would also be a
18   cause-and-effect-type of thing with her.
19        Q    So I want to make -- I want to make sure I
20   understand your answer.  This was the first time
21   that she hit you?
22        A    The way she did, yes --
23        Q    All right.  How --
24        A    -- in my face.
25        Q    Okay.  She hit you in your face?
```



Page 89

1    liked his hair.  I told Armani that I thought he was

2    cute.  That was it.  Like, we didn't really discuss

3    much because I was thinking about my mom, school,

4    and a lot of other stuff.  I just really was trying

5    to get to that Walmart so I could talk to Armani to

6    see about what I should do next.

7          Q    Did you know Armani -- had she ever run

8    away from home before?

9          A    Not that I had knew of at that moment.

10         Q    Did you know if Armani had any other

11   issues as far as, like, not going to school?

12         A    No.  Whenever I was at school, I saw her

13   at school.

14         Q    So you get to -- or let me back up.  The

15   individual that drove you, do you know how old he

16   was?

17         A    I don't.

18         Q    Did he know how old you were?

19         A    We never discussed any of that.  We didn't

20   get personal at all.

21         Q    So you get to Walmart.  And where do you

22   find A.J.?

23         A    In a gray van.

24         Q    Now, prior to getting to Walmart, did you

25   know how to find her?


MAGNA ▶
LEGAL SERVICES

Page 92

```
 1      Q    So prior to leaving Rosa's neighborhood, I
 2 think you testified you were planning to go meet
 3 with A.J. at Walmart; correct?
 4      A    (Witness moves head up and down.)
 5      Q    You wanted -- is that a "yes"?
 6      A    Yes.  Yes.
 7      Q    You wanted to talk to her about what to do
 8 with your mother; correct?
 9      A    Yes.
10      Q    So is there further discussion or
11 communication with A.J. before you leave Rosa's
12 neighborhood about what you're going to do once you
13 get to Walmart?
14      A    No.
15      Q    What was your understanding when you got
16 out of the car that brought you to Walmart about
17 where you were going to go?
18      A    What was my understanding?
19      Q    Yes.
20      A    Oh, sorry.  Pause.  I think at that moment
21 Armani had let me know that she got into a dispute
22 with her mom and that she left her house as well.
23 That's when I had learned that she had ran away,
24 too, because I had no idea that she had gotten in
25 trouble with her mom.  So -- memory came back.  We
```



Page 99

```
 1        A     Yes.

 2        Q     Were you worried about going back home?

 3        A     No.  I was worried about going to jail.

 4        Q     Did you talk to Armani about your worry

 5   about going to jail?

 6        A     No.

 7        Q     You just kept it inside?

 8        A     That's right.

 9        Q     Okay.  So what hotel did this unknown male

10   take you to?

11        A     I don't remember the name.

12        Q     Do you remember where it was located?

13        A     In the Clayton County area.

14        Q     And who actually gets the room?

15        A     I sat in the car.  I believe the young --

16   not the young.  The male got out of the car, got the

17   room, came back, gave us the key, room number, and

18   left.

19        Q     Did you think it was strange that an

20   unknown man paid for a hotel room for two

21   14-year-old girls?

22        A     No.  I didn't think much about that.  I

23   just -- like I stated before, I was really just more

24   so of thinking about how I could wiggle my way back

25   home without going to jail or facing disappointment
```



Page 104

1              And I need a break.  Sorry.

2                 THE VIDEOGRAPHER:  The time is

3       12:31 p.m.  Going off the video record.

4              (A lunch recess was taken.)

5                 THE VIDEOGRAPHER:  We are back on the

6       record.  The time is 1:10 p.m.

7    BY MS. GILMORE:

8       Q    After you and A.J. met at Walmart, did you

9    ever go back -- or go to a neighborhood where you

10   walked around?

11      A    Yes.

12      Q    Tell me when that occurred.

13      A    So I must have gotten mixed up.  You just

14   refreshed my memory.  I believe the guy that was in

15   the gray van took us to that neighborhood.

16      Q    Do you know why he took you to that

17   neighborhood?

18      A    I suggested it.

19      Q    And what neighborhood was it?

20      A    Lake Ridge.

21      Q    And why did you suggest going to Lake

22   Ridge?

23      A    Just it was familiar.

24      Q    And how close was that to your

25   neighborhood?



Page 106

1    neighborhood.  I'm just not sure.

2         Q    Did you know anybody that lived in

3    Alexander Falls?

4         A    Sorry.  I thought I felt something

5    crawling on me.

6              Yeah, but I hadn't spoken to them in quite

7    some time.  Went to school with them.

8         Q    When you got to the neighborhood, did you

9    actually go into an apartment?

10        A    Possibly.  I know we met some people.

11        Q    Do you remember any of the names that you

12   met -- of the people you met?

13        A    No.  I think we were talking to people.

14   And then at this point, Armani mentioned her friend

15   Jamaal.  Yeah.

16        Q    So do you believe that's where you saw

17   Jamaal for the first time?

18        A    Yes.  I believe he picked us up.

19        Q    Did you try and find a place to spend the

20   night in the neighborhood or the apartments?

21        A    We slept outside.

22        Q    So I want to make sure I understand the

23   timeline.  Let's back up.  You leave Rosa's house

24   and go to Walmart; correct?

25        A    Correct.



Page 108

1    don't know if it was hers.  I -- I -- it's so foggy.

2         Q    Did you -- the neighborhood that you --

3    well, where you slept that night outside, did you

4    actually know people that lived in the neighborhood

5    close by?

6         A    Did I know people that lived close by or

7    in the actual neighborhood?

8         Q    In the actual neighborhood.

9         A    Yeah.

10        Q    Did you ask anybody if you could spend the

11   night?

12        A    I didn't know them that well enough to

13   where I could -- where I thought I could ask them to

14   spend the night.  It's just people that I've seen on

15   my school bus or at school, like that.  I didn't ask

16   anybody to spend the night.

17        Q    So the next morning, what's the plan?

18        A    We meet up with -- I think we meet some

19   people.  Armani introduces me to Jamaal, and then he

20   gets us a room.

21        Q    How do you meet up with people?

22        A    We met people, like, in the neighborhood.

23   Like, we talked to them.  I think that's -- at that

24   point we probably asked them for a phone or -- I

25   don't remember if -- what happened.



1            I just know we met with Armani's friend,

2    slept at his house for a little bit, and then he got

3    us a room.  It was something along those lines.

4         Q    So are you walking around the neighborhood

5    looking for people or are you actually in

6    communication with people?

7         A    We were just walking around random, just

8    kind of like stragglers.  And at this moment I don't

9    know if we saw somebody I recognized or if we just

10   talked to a complete stranger, but we did come

11   across some people in the neighborhood.  But I don't

12   remember much about that.  I just remember Armani

13   saying something about a guy named Jamaal and that

14   we could go to his house for a little bit of time.

15        Q    Where did Jamaal live?

16        A    Don't remember.

17        Q    How did -- were you going to get to

18   Jamaal's house?

19        A    I believe he had picked us up that day.

20        Q    So how did you-all get in contact with

21   him?

22        A    Again, I don't know if Armani had her own

23   phone or if she used their phone, but it was someone

24   that she had known -- or introduced me to, rather.

25        Q    The people that you saw in the



Page 127

1  remember feeling super nervous about what the

2  outcome would be once I did get back home or to the

3  police.  I just was really nervous about what the

4  outcome could have been for me.

5       Q    So the next morning you-all -- at the

6  Travelodge, you wake up.  It's just the two of you

7  in the room; right?

8       A    Correct.

9       Q    Did anything unusual happen that night?

10      A    Not that I recall.

11      Q    So is there a discussion with A.J. about

12  what you're going to do that day?

13      A    I'm sure we had several discussions, but I

14  don't recall our dialogue.

15      Q    What was the decision that was made?

16      A    I don't remember.

17      Q    Where'd you go?

18      A    So I think we checked out of there.  I

19  don't -- brain fog is coming in.  I think we end up

20  at the Southside.  I think -- so the Travelodge must

21  have came before the Southside.

22           I don't know if earlier when I testified

23  if I said Southside first, but I believe the

24  Travelodge was first.  And then we end up at the

25  Southside, like that.


MAGNA
LEGAL SERVICES

Page 128

1      Q    How did you end up at the Southside?

2      A    I don't remember.

3      Q    Was it within walking distance?

4      A    I'm sure we were in a car, but I don't

5  remember with who or where or what.

6      Q    When you testified you checked out of the

7  Travelodge, what does that mean?  Did you go --

8      A    We left.

9      Q    You just left?

10      A    Uh-huh.

11      Q    All right.  So is it fair to say that it

12  was a fairly traumatic night at the Travelodge if

13  somebody tried to have sex with you and then had sex

14  with your friend?

15      A    Yes.

16      Q    So the next day you're sure -- you went in

17  a car to go to Southside.  Do you remember if it was

18  a male or female driving the car?

19      A    At some point we did meet up with a

20  female.  Not meet up, but met a female by the name

21  of Cashmere.  I just don't know where.  And I

22  believe her and another guy gave us a ride.  I don't

23  know if it was back to that neighborhood or to

24  Southside Inn.  I'm just kind of getting confused in

25  the story.



Page 134

1      Q    Did you have any men that came over to

2   have sex with you?

3      A    No.

4      Q    Did you have any fear of what that was or

5   that was going to happen while you were at this

6   hotel?

7      A    No, that hadn't crossed my mind because,

8   again, I don't think Jamaal even stepped foot into

9   that room.  I believe he had bought it, handed us

10  the key, and immediately left.  I don't recall him

11  coming from the room.

12     Q    Did anything happen at the Travel -- I'm

13  sorry -- the Southside?

14     A    Yes.  As we were there getting ready for

15  bed, people were trying to open the door.  So then

16  we got scared, reached out to the front desk.  They

17  called the cops.

18     Q    And did the cops -- do you remember what

19  room you were in?

20     A    I don't.

21     Q    So did the cops come to your room?

22     A    Yes.

23     Q    And did you talk with them?

24     A    Briefly.

25     Q    And did you open the door?



Page 135

```
 1        A     Yes.

 2        Q     And did A.J. speak with them?

 3        A     I don't remember.

 4        Q     And what did you tell the police?

 5        A     Somebody was trying to open the door.  We

 6   were scared.

 7        Q     And what did the police tell you?

 8        A     They were going to hang out and watch the

 9   door.

10        Q     How long was the interaction?

11        A     Brief.

12        Q     Did the -- did you give the police a name?

13        A     I don't remember.

14        Q     Do you recall if they asked what your name

15   was?

16        A     I didn't call.  The front desk did.

17        Q     Well, they came to your motel --

18        A     Right.

19        Q     -- correct?

20              They knocked on the door; correct?

21        A     They did.

22        Q     You opened the door; correct?

23        A     Either one of us could have.  I don't

24   remember.

25        Q     The door was opened; correct?
```



Page 137

1      Q    So you knew the police were -- were going
2  to help you; correct?
3      A    In that matter, yes.
4      Q    Okay.  Is there any other matters you
5  would not think they would help you?
6      A    My only concern was my safety at this
7  point because I was in an unknown place and people
8  were trying to open the door.  Prior to them opening
9  the door, I mean, I knew I had something to face
10 with my mom.
11          But as far as, like, people trying to come
12 in the room, that wasn't the problem until it
13 happened.  So that was my main concern, just trying
14 to be sure that nobody that wasn't somebody to be in
15 there came in there.
16     Q    I understand.  That's scary.  You're 14
17 years old and there's somebody trying to get in your
18 room.  Did the police say that they had had any
19 issues in the hotel that night?
20     A    Not that I recall.  He just said -- he
21 just reassured me that he was going to watch that
22 door.  And that's what made me feel safe.
23     Q    And then you went back to sleep; is that
24 correct?
25     A    Correct.



Page 138

```
 1       Q    So what happens the next morning?
 2       A    The next morning, we get up.  We were,
 3  like, kind of, like, hanging outside the door.  It's
 4  daylight now.  So I remember us just, like, standing
 5  outside the door waiting to check out -- waiting to
 6  leave because it wasn't time.
 7            I remember the sun was shining.  I just
 8  remember, like, taking in that sunlight.  And then
 9  Armani came and she was like, "Oh, I've been talking
10  to this guy.  He's saying he can help us get some
11  shelter, food, clothes, all of that."  So I'm like,
12  "Okay."  And then they showed up.  Chris, a female
13  and a baby picked us up.
14       Q    So prior to that, what were you doing for
15  food?  Because now you're gone from your house a
16  couple days.  How are you eating?
17       A    I don't remember.  Oh, I believe, like,
18  the hotel probably had -- I'm sure we probably asked
19  Jamaal to get us some food that day.  I -- I really
20  can't remember the ins and outs of that.  But yeah.
21       Q    By the time you left the Southside Inn,
22  were you wearing the same clothes you had been
23  wearing when you ran away from home?
24       A    Yes.
25       Q    So Chris, a woman, and a baby show up at
```



Page 139

1   the hotel.  Is that what your testimony is?

2        A    Correct.

3        Q    All right.  And who was driving?

4        A    I believe Chris was driving.

5        Q    And did you have any questions for Armani

6   as far as who this individual was and how that he

7   was going to help you-all?

8        A    Yeah.  He -- she said that he promised to

9   give us new clothes, get our hair fixed, feed us,

10  help us get a job, and he promised a shelter.

11       Q    So at this point did you have any intent

12  of going home?

13       A    Yes.

14       Q    I mean, you're talking with a -- your

15  talking about about getting a job and clothes --

16       A    No.  They were talking about that.  That's

17  what he promised them.

18       Q    Well --

19       A    I had no idea I could even get a job at

20  that age.  I was just listening to what -- because

21  you asked what was the conversation; right?

22       Q    Right.

23       A    So the conversation was, "Oh, we can do

24  all of this, all of that."  I'm just listening,

25  taking it in, thinking about my mom, school, my



Page 142

```
 1        Q     So when he comes to pick you up and you
 2   get in the car, where do you go?
 3        A     To the Days Inn.
 4        Q     Do you go directly there or do you stop
 5   anywhere in between?
 6        A     Directly there.
 7        Q     Do you know how long it took you to get
 8   there?
 9        A     No, ma'am.
10        Q     And was this the Days Inn located at
11   7385 Hannover Parkway?
12        A     I don't know the address of the hotel.
13        Q     Do you know what city it was in?  Was it
14   in Stockbridge?
15        A     Excuse me.  It was in Stockbridge.
16        Q     So what was your understanding as to why
17   you were going to this hotel?
18        A     A shelter, another shelter.  Like, my
19   understanding was that Chris knew the hotel people
20   very well and that it would be okay if we stayed
21   there.
22              They were going to help us get a job.  So
23   they were making it seem like we were actually going
24   to work at the hotel, and the hotel people would be
25   okay with it because he already knew them.  So it
```



Page 193

1    guy.

2         Q    And who went down to have contact with --

3         A    Both I and Armani.

4         Q    Why did you go down to the front desk?

5         A    I'm sorry?

6         Q    Why did you go down to the front desk?

7         A    We got locked out.

8         Q    Did you text Chris?

9         A    No.

10        Q    Did you try and contact the person who

11   would have been watching the room?

12        A    No.

13        Q    How do you know the front desk clerk

14   contacted Chris?

15        A    Because he told us.

16        Q    Did he give you a key or did he walk you

17   back up to the room and let you in?

18        A    I don't remember.

19        Q    Do you remember -- well, let me ask you

20   this:  At this point are you still wearing the same

21   clothes that you had run away in?

22        A    Yes.

23        Q    And what -- I've never asked you to

24   describe those.  But what were you wearing?

25        A    A blue hoodie and gray sweats.



Page 194

```
 1        Q     Did you say a blue penny?

 2        A     Hoodie.

 3        Q     Hoodie.  I'm sorry.

 4        A     That's fine.

 5        Q     What kind of shoes were you wearing?

 6        A     Black Converse.

 7        Q     So would they have been the shoes and the

 8   outfit that you would have gone down to the front

 9   desk in?

10        A     Possibly.

11        Q     Had they -- "they" being Chris or Ke-Ke --

12   had they brought you any clothes?

13        A     No.

14        Q     Sounds like they never brought you any

15   clothes?

16        A     They didn't give us anything.  They just

17   used us for their benefit, which is what I later

18   realized when I was at the police station.  That

19   light bulb didn't go off until I was with police.

20   It was like, "Oh, so we're not getting any money?"

21        Q     Did the police tell you that or did -- as

22   you were telling your story, is that when you

23   realized it?

24        A     I had to ask.

25        Q     You had to ask the police?
```

