Page 72

1    I just know what people were using it for.  And I

2    know that people were on there to link up and meet

3    up with each other.  That's all.

4         Q    At age 14 in December of 2012 when you ran

5    away, were you looking for somebody to hook up with?

6         A    I was looking for someone to rescue me

7    from my problems and my pain.  That's all.  I was

8    just looking to go somewhere to set my mind free,

9    maybe looking for better.

10        Q    What would have been better in your mind

11   at that time if you --

12        A    For someone just to show me some

13   attention.  Like I just wanted to be heard.

14             (Comment by Reporter.)

15             (Discussion off the record.)

16   BY MS. WAGNER:

17        Q    Go ahead.

18        A    But just -- just needed some attention.

19        Q    When you left home, did you have like a

20   bicycle or did you walk or --

21        A    No.

22        Q    How did you leave?

23        A    I called a friend.

24        Q    Is that the same person that we're talking

25   about that you met possibly on MocoSpace?



Page 86

1           And he's -- and he was like, It's for
2    everybody.  Well, it's for all women.  Like don't
3    feel bad about it and stuff like that.
4           So, yeah, I was just letting him know that
5    it wasn't for me.  He just really wasn't agreeing
6    with that.  Like he was being very super persuasive
7    and manipulative like to get me to stay.
8       Q    Okay.  Other than talking to Cory, was
9    there anything else that you tried to do?  Did you
10   try to ask for help or call the police or do
11   anything like that?
12      A    Yeah.  I actually told one of the grown
13   women that were there my age.
14      Q    Anything else?
15      A    No.  I just remember telling them my --
16   telling her my age.
17      Q    And what age did you tell her?
18      A    That I was 14 years old.
19      Q    And then you did say earlier that you were
20   rescued by police.
21          So tell me how that happened.
22      A    I end up calling the police, like whenever
23   I got a chance to.  I called my family, and then I
24   called the police.
25      Q    How did you -- what phone did you use to



Page 87

1    call your family?

2        A    I used a phone that one of the other girls

3    left in the room.

4        Q    Did you use that same phone to call the

5    police?

6        A    Yes.

7        Q    Was there something specific that had

8    happened that made you decide to go ahead and call

9    family and police?

10       A    No one was there in the room with me.  I

11   had a chance to be free, so I called for help.

12       Q    And then when the police came, what

13   happened?

14       A    Honestly, I don't remember.  I just

15   remember them telling me that I was like literally a

16   missing person.  And I was an underage child, like

17   missing, and that they were looking for me.

18       Q    Did that surprise you?

19       A    I'm not going to -- I don't know how it

20   would make me feel then.  Like I really don't -- I

21   don't remember.  I just remember being like -- in

22   shock maybe, like -- okay, like what happened?

23            And they were just like, We're -- we're

24   not letting you out of our eyesight.  Like where are

25   you going?  So they followed me where I went to the



Page 88

1  room and told them -- showed them where my

2  belongings were.

3      Q    And then did they take you from the hotel?

4      A    Yes, they did.

5      Q    And where did you go after that?

6      A    To the Marietta police station or

7  department, wherever we went.

8      Q    And then how did you get -- did you go

9  home after that?

10     A    They released me to my mother.

11     Q    When you were -- were released to your

12 mother, what do you remember about any conversations

13 that you might have had with her?

14     A    I don't remember anything, honestly.  I

15 just -- other than her being super emotional; having

16 like a -- swollen eyes from crying so much.

17     Q    Do you think she was glad that you were

18 home?

19     A    Of course.  I'm her only daughter so --

20     Q    Did you tell her what had happened to you

21 in the hotel?

22     A    No, I didn't.

23     Q    Did you ever tell her what had happened?

24     A    No, I didn't.

25     Q    Did you tell her anything else about the



Page 91

1              MR. TONGE:  -- because lunch should be

2        here sometime a little after noon so --

3              MS. WAGNER:  Okay.

4              MR. TONGE:  -- if we can make it till

5        then, that would be great.

6              MS. WAGNER:  Sure.

7   BY MS. WAGNER:

8        Q    All right.  Talk -- let's talk about March

9   of 2013.

10             You ran away again; is that right?

11       A    Correct.

12       Q    Okay.  Why did you run away this time?

13       A    Because my friend had ran away, and I was

14   just going to go be with her.

15       Q    And who is that friend?

16       A    Quinnecia Chislom.

17       Q    Okay.  So she ran away first?

18       A    To the best of my knowledge, serves me

19   correctly, yes, she --

20       Q    How did you find out that she had run

21   away?

22       A    Her mom called my mom and said that she

23   hadn't seen her.  And that she knew that I knew

24   where she was.  Could I please tell her.

25       Q    How would you describe your friendship at



Page 92

1    that point?

2         A    Me and Quinnecia were pretty close at the

3    time.  We were really close.  We were like best

4    friends.

5         Q    Were your moms friends too?

6         A    They -- they did speak, and they had

7    words, you know, but they weren't like really close

8    friends like me and her, always seeing each other

9    every day.  Like they would hang out with each

10   other.  Like if -- if it was a -- an occasion

11   necessary, but they weren't like close friends, no.

12        Q    All right.  How did you -- so you found

13   out -- so did A.J. -- sorry, let me back up.

14             Q.C.'s mom -- Quinnecia's mom calls your

15   mom.

16        A    Correct.

17        Q    Okay.  And then does your mom come to you

18   and say, Hey, do you know where she is?

19        A    Yes.  She said, Queesha is looking for

20   Neci.  Where is -- do you know where she is?

21             And I said, No, I didn't know where she

22   was.

23        Q    So then how did you get in touch with

24   Quinnecia?

25        A    Because she's my friend.  We were very



Page 99

```
 1        Q     Did you intend at that time to run away
 2   from home?
 3        A     No.  Because when I run away, I take all
 4   of my things.  I just grabbed a few things at that
 5   moment.
 6        Q     Did you tell your mom where you were
 7   going?
 8        A     No, I didn't.
 9        Q     Did you tell your brothers where you were
10   going?
11        A     Yes, I did.  I told them that I was going
12   to go be with Neci.
13        Q     Did they ask any questions?
14        A     No, they didn't.
15        Q     Okay.  At that point, would that have been
16   a weird thing for -- would that have raised any
17   suspicions with them, if you said, Hey, I'm going to
18   go be with Neci?
19        A     No, it wouldn't have.  We hung out every
20   day.
21        Q     Okay.  Did you have any money with you
22   when you ran away this time?
23        A     No money.
24        Q     Was there anything going on at home that
25   caused or contributed to you deciding to go be with
```



Page 102

1           So what happens?  You get to the trailer

2   park.  She tells you what happened.  That she ran

3   away.  She got in a fight with her mom.

4           What happens after that?

5       A   Honestly, that day, I really don't

6   remember what happened like at the end of the day.

7   I just remember, you know, us sticking besides each

8   other.

9           And then eventually we left her house

10  because our parents had came there together looking

11  for us.

12      Q   Okay.  Where did you guys sleep that

13  night?

14      A   Where did we sleep?  Honestly, I don't

15  know, like -- that.  I don't remember where we slept

16  at that night.

17      Q   Okay.  All right.  Well, let me back up

18  just a minute then.

19          You said both of your parents, both your

20  moms, came to the trailer park?

21      A   Yes, they did.

22      Q   And what happened when your moms came?

23      A   They were looking for us.  And I think

24  it's Lydia.  I don't -- I don't remember the girl's

25  name.  But she told them that we weren't there, like



1    know.  Those -- those are important details that I

2    remember.  But things that I don't remember, like --

3    the nonimportant details about like -- where we

4    went, like I don't remember those details because

5    they weren't so important to me at the moment.

6         Q    Okay.  Did you ever hide your belongings

7    somewhere?

8         A    Yes, I did.

9         Q    All right.  Tell me about that.

10        A    We went to Quinnecia's old neighborhood,

11   and I -- I didn't know anything about the area.  But

12   they had like this little -- I don't know -- is it

13   beach house?  It's like some type of two-story house

14   they had over there for us to put our things back

15   there.  But it was like a little lakefront water

16   area in -- in one of her old neighborhoods.

17        Q    And what was the reason that you decided

18   to hide your stuff?

19        A    Neci knew that area.  So it was just like

20   she was saying that it would be okay right there,

21   like, you know, in that area.

22        Q    Why didn't you want to just keep it with

23   you?

24        A    We were lugging around a lot of stuff, and

25   we had to walk everywhere.  We no longer had a



Page 116

1    phone to try to find rides or somewhere to be.

2         Were these friends that you were texting

3    or --

4    A    Yes.  I mean we text -- I texted some of

5    my friends.  But, of course, some of my friends,

6    they -- they were underage like myself, so they

7    weren't having any like good options or good things

8    for us to look toward.

9         Me and Quinnecia, we had a friend named --

10   named Pinky in common that we were close with.  And

11   we tried to maybe go to her house, but her mom --

12   she was so scared that her mom would, you know, just

13   get on to us or just get on to her.  So we really

14   didn't have any options like at that point --

15   Q    So --

16   A    -- or we were running out of options, one.

17   Q    Okay.  So how else did you try to meet

18   people to help you?

19   A    Just -- and also, like what I said, the

20   dating website.

21   Q    Okay.  And so did you find somebody to

22   help you at that point?

23   A    Yes, I actually did.

24   Q    Okay.  Who was that?

25   A    This guy that I know, he actually end up



Page 117

1    helping us.  I don't remember like how I met him.  I

2    just remember me telling him what was going on with

3    me and Neci.  And I remember he got us a ride to

4    his -- to his apartment.

5          Q    And this was a different apartment

6    complex?

7          A    Correct.

8          Q    What was that person's name?

9          A    I don't remember.

10         Q    All right.  And what happens when you get

11   to that apartment complex?

12         A    It's like a -- it's more of a quiet and

13   calm place.  Like we can relax our minds.  Actually

14   take a shower and put our head down to rest, because

15   he was giving us the opportunity and space to do so.

16         Q    Okay.  Did you sleep at that apartment

17   complex?

18         A    Yes, we did.

19         Q    For more than one day?

20         A    I believe, to my -- the best of my

21   knowledge, maybe it was like a day or two, but two

22   at the most.  Because I believe the third day he had

23   to go to work, so he ended up getting us a hotel

24   room.

25         Q    Was this Jamaal by chance?



Page 118

1        A    I have no idea.  Maybe -- maybe it is.  I

2   have no idea.

3        Q    Okay.  Does that name ring a bell other

4   than --

5        A    I mean I have no -- like it's been so

6   long.  I don't remember the person.

7        Q    Okay.

8        A    I don't remember his name, like -- it was

9   just like somebody in the spur of the -- the spur of

10  the moment.

11       Q    What happened after you left that

12  apartment complex?

13       A    He took us to the Southside Inn off of

14  Tara -- Old Dixie Highway, Tara Boulevard.  And he

15  checked us into a hotel.

16       Q    Was there ever any discussions at this

17  point about you or Neci going home?

18       A    No.  I don't remember us like talking

19  about going home.

20       Q    Were you scared?

21       A    I'm -- I'm -- I'm not going to say I was

22  scared.

23            But I'm going to say like -- at some point

24  we were getting like -- I was running out of

25  options, and it was just like, you know, we -- we're



Page 122

1        A    Honestly, I'm a woman.  Now I look at it

2    like that.  I was 14.  I can't -- I can't decipher

3    all of those things.  Like I'm just already young

4    and dumb.  Like I can't -- I don't know.  Like he's

5    a much older male.  Living way more than I have.  I

6    don't know what those things were at the time.

7            I'm just thinking like he's giving us a --

8    a place to stay, something better than what we do

9    have.  I'm not thinking that I just had sex with him

10   for a hotel.

11       Q    Why do you think he would pay for a hotel

12   for two girls that he didn't really know?

13       A    I don't know.  He -- like I said, he

14   didn't want us to be not feeling safe in his home,

15   because there were other males that lived with him.

16           So he said that he wanted us to be safe so

17   he bought the room for us to be safe.  And that he

18   would come back and return to get us, like once he's

19   off of work.

20       Q    Okay.  Did he come back at that point?

21       A    By then, we didn't give him a chance,

22   because some things had happened at the hotel, and

23   we got scared so we left.

24       Q    Can you describe the Southside Inn?

25       A    It's really -- I mean it was dark.  It was



Page 123

1   nighttime when we went.  I just know like it's

2   not -- like a nice appealing hotel.  It's like

3   really dogish and dirty and very scary.

4           We were in our room, and then someone just

5   started grabbing on the handle, trying to open up

6   the door.  So we got very paranoid and called the

7   police.

8       Q    Okay.  Before that incident happened where

9   people were trying to open the door, did you or Neci

10  ever try to call your family?

11      A    No, we didn't.  We just wanted to get

12  rest.  So we went in the room to lay down, like

13  literally lay down.

14      Q    Okay.  All right.  So how long do you

15  think you had been there before somebody tried to

16  grab the handle?

17      A    Maybe about an hour or two.  Like it -- it

18  wasn't long.  Like we had just been there.  And

19  then, all of a sudden, the door went shaking before

20  we could go to bed or lay down.

21      Q    Okay.  Did the person who was shaking the

22  door handle, did they say anything as they were

23  doing it?

24      A    I don't recall them saying anything.  I

25  just remember them doing it a lot.  And we just kept



Page 124

1    asking them to stop, but they didn't.  So we called

2    the front desk.  The front desk just informed us to

3    call the police, so that's what we did.

4         Q    At this point, did you use your cell phone

5    to call the police?

6         A    We used the cell phone in -- the room

7    phone to call them.

8         Q    Did the police come?

9         A    Yes, they did.

10        Q    All right.  And what happened when that --

11   when the police came?

12        A    They came and knocked on the door and let

13   us know it was the police.  We opened the door.

14   They asked us what was going on.  And we expressed

15   to them what happened.

16             And they just told us, Stay safe.  Put

17   some things to the doors.  There's not really much

18   they can do, but they'll sit around in the parking

19   lot to see if the person tries it again and stuff

20   like that.

21        Q    Okay.  How many officers came?

22        A    It was two officers.

23        Q    Did -- who talked to the officers?

24        A    We both did.

25        Q    Did the officers ask either of your names?



Page 128

```
 1        A     Yes.
 2        Q     Where did you go after leaving the
 3   Southside Inn?
 4        A     To the Days Inn in Stockbridge.
 5        Q     Okay.  And how did you -- you said you had
 6   somebody come get you; is that right?
 7        A     Right, which is Craig Hill.
 8        Q     How did you know Craig Hill?
 9        A     I met him off of Date Hookup.
10        Q     Is that a website too?
11        A     Yes, it is.
12        Q     Had you met Craig before?
13        A     No, I had not.
14        Q     Had you spoken or I guess messaged with
15   him before?
16        A     Yeah.  Before he came and got us, yes,
17   because I had to be able to explain to him our
18   situation for us to even get to the point of him
19   coming and pick us up.
20        Q     Okay.  And let me -- let me ask that a
21   different way.
22              Was -- this time in March when you were a
23   runaway, is this the first time you had ever
24   communicated with Craig?
25        A     Correct.
```



Page 140

1   going to happen while you guys were at the Days Inn

2   once you got there?

3        A    Once we got there, we were told to take a

4   shower.  That we needed to take some pictures.  And

5   that's when I was like, Pictures for what?

6             And that's when he was just like -- Well,

7   in order for you to like be on the team, you have to

8   be contributing something in some way.  We all get

9   to eat off of this, and we all get to do these like

10  fun things and this, that and the third, but you

11  have to contribute.  Like you need -- you need to be

12  able to be like -- you make the money, is what he

13  was saying.

14            Like it's -- like he was like -- now that

15  I'm older, it was like a -- a very manipulative way

16  to like human traffic someone, like -- you know,

17  especially like someone's that's of -- not of age to

18  know what that is or what it was.  Like it's just a

19  very manipulative way, like a -- like pretty much

20  being a pimp.

21            Just saying, you know, You're joining a

22  team, and you're -- and you're going to do this, you

23  know, but we all get to do this and do that.  But

24  that's -- that's not how that works.  Like, you

25  know, they just dress it up to make it sound good.



Page 145

1    other girls' clothes.

2        Q    Okay.  I got you.

3             MS. WAGNER:  Need a -- maybe a good spot

4        to take a --

5             MR. TONGE:  Yeah --

6             MS. WAGNER:  -- a break.

7             MR. TONGE:  -- the food's here.  I just --

8             MS. WAGNER:  Okay.

9             MR. TONGE:  Yeah, I figured if -- if we

10       were rolling, we would keep rolling.

11            So, yes, we can take lunch, if you all

12       want.

13            THE VIDEOGRAPHER:  All right.  The time is

14       12:24 p.m.  Going off the video record.

15            (Lunch break.)

16            THE VIDEOGRAPHER:  We are back on the

17       record.  The time is 1:12 p.m.

18   BY MS. WAGNER:

19       Q    All right.  I realized, as we typically do

20   in breaks, that there are a couple of things that I

21   missed going over with you when it made

22   chronological sense to do so.  But I want to go back

23   and do that now, so that way we don't forget and

24   have to do it at the very end.  So I apologize if

25   this is a little weird in order.



Page 146

```
 1          What -- what social media platforms do you
 2   use?
 3      A    I use Instagram and Facebook.
 4      Q    Okay.  What's your screen name on
 5   Instagram?
 6      A    It's Armani Chanelle.
 7      Q    Okay.  Do you use any others?
 8      A    I -- I've had -- I have had like different
 9   names, but you can change your Instagram name.
10      Q    So it's always been the same account; you
11   just changed --
12      A    Yes.
13      Q    -- the name of it?
14      A    Yes, I have.
15      Q    Okay.  Have you ever deleted anything from
16   your Instagram account?
17      A    Of course, it's mine, so like, of course,
18   I've deleted things.
19      Q    Did you ever have anything on your
20   Instagram related to any of the hotels where you
21   were trafficked?
22      A    No.  I -- I don't recall --
23      Q    Okay.
24      A    -- like posting anything about that on my
25   social media.
```



Page 147

1      Q     Okay.  Is that the only Instagram account

2  you have?

3      A     I believe so.  Yes, it is.

4            Like I have Instagram -- I mean I made

5  business accounts, but I don't have access to them.

6  I've made Instagrams.  But the only one that I use

7  is my main one.  And I've had it ever since that age

8  when I was -- in 2012.  That's the only one that

9  I've had that I use all the time, sweetheart.

10     Q     Okay.  What about Facebook?

11     A     I do have a Facebook as well.

12     Q     What's your screen name on Facebook?

13     A     Armani Chanelle Johnson.

14     Q     And have you had any other Facebook

15  accounts?

16     A     Mine, which is the same one I've been

17  using.  I've been using the same two social media

18  platforms since I was able to.  I've had the same

19  two accounts since 2012.

20     Q     Do you use Twitter or X?

21     A     No, I do not.

22     Q     What about YouTube?

23     A     Yes, I do do -- use YouTube.

24     Q     What is your screen name on YouTube?

25     A     Oh, I didn't even know you can have a



Page 156

1          Q     Okay.  The whole time that -- while you
2    were at the Days Inn, were you in the same room the
3    whole time?
4          A     Yes, I was.
5          Q     Okay.  And Neci was in that same room.
6          A     Yes, she was.
7          Q     Did anyone else stay in the room with you?
8          A     No one else stayed in the room with us.
9    However, there were other people that came into the
10   room with us.
11         Q     Were any of the girls, the other girls
12   that you said were there, did they come in the room?
13         A     Yeah, they came in the room.  Yes, they
14   did.  They didn't -- they didn't stay though.  They
15   stayed -- they came in.
16         Q     What would be a reason that they would
17   come into the -- to your room?
18         A     They were already in the room before we
19   got there, so I'm guessing that it was their room
20   before it was ours.
21         Q     Okay.  What about after you and Neci
22   started staying in that room, did those girls come
23   back to the room?
24         A     No, they did not.  We never seen them
25   again.



Page 157

1      Q    All right.  Do you have any reason why

2  Chris took you and Neci to this particular hotel?

3      A    To the best of my knowledge, now that I'm

4  a grown woman, it's because he had a human

5  trafficking ring set up at this hotel.  So, yes, I

6  do -- I mean now I'm knowing.  But then, I did not

7  know.

8      Q    Okay.  How did you find that information

9  out?

10     A    I stayed at a hotel where I was

11  involved -- like we're clearly talking about the

12  hotel where I was involved as a human trafficking

13  victim.  Where there was people in the front desk or

14  people that were also at the hotel, specifically, or

15  across the street at a different hotel.  We were

16  being watched.  And, actually, the things that we

17  needed to do our job, we were being given by -- by

18  the people that worked at the hotel, by the staff,

19  directed by our pimp.

20     Q    Okay.  Tell me about what activities were

21  directed by your pimp that employees of the hotels

22  did.

23     A    Oh, they would call us after dates to

24  ensure that everything was okay.  They would also

25  send back housekeeping at least three to four times



Page 158

1    a day to make sure that we had clean towels.  But

2    even if they didn't send them, they would call the

3    phone saying, Hey, you need everything?  Is

4    everything good?

5           We would either say yea or nay.  If we say

6    nay, they would send what we needed.  If we said

7    yes, then we didn't need anything.  Obviously,

8    everything was okay at that moment.

9       Q    Are those the only two things?

10      A    As far as like -- as well as like -- we

11   were locked out of our room one day, me and

12   Quinnecia.  And we went to the front desk to be

13   helped.

14          And one of the employees and the

15   representatives used his personal cell phone to give

16   our trafficker a call to see if it was okay we go

17   back into the room.  Once he was okay, we were

18   allowed to go back into the room.

19      Q    Okay.  How do you know that the person at

20   the front desk called Chris?

21      A    He described him to us.  Like he asked us

22   our room number.  And I'm like, Did you just call

23   the guy?  Well, once he reached for his phone,

24   like -- he was like, What does he look like?

25          I'd be like tall, dark skinned.



Page 161

1    else.

2         Q    Okay.

3         A    I remember like -- he was like pretty --

4    like average height.  Maybe between 5'7" and 5'9",

5    like -- he was taller than us, but he wasn't like

6    super tall.

7              And I also remember that he inquired about

8    sex from me and Neci.

9         Q    When would that have been?  Because I

10   thought you just said you had no other interaction

11   with him.

12        A    It would have been when he opened up the

13   room door for us from the initial interaction that

14   we had.

15        Q    Okay.  So you go down to the room.  You

16   say you're locked out.  He calls Chris.  Chris gives

17   him the okay.  You guys go back up to the room with

18   this night staff individual.

19        A    No, he goes first.  Like he goes and --

20   told us like he's going to go to the room, to meet

21   him on the other side, because he went to the

22   opposite side.  And then when he went this way, we

23   came back out the front way, and we met him at the

24   room.  He met us on the back side.

25              He, actually, had gave us the key, and he



```
 1        A     Yeah.  We ended up having to hitch a ride.
 2        Q     And why go back to the Days Inn?
 3        A     That was where we had shelter for that
 4   night.  We could rest.  You know we could take a
 5   shower and rest.  We didn't have to be outside going
 6   through exactly what we had just went through that
 7   day earlier.
 8        Q     And what had you gone through that day?
 9        A     Just a lot.  We had to be walking.  We
10   were walking for a long time, like for a few hours
11   and stuff like that.  We were just really tried and
12   exhausted.
13        Q     What happened when you went to the
14   friend's house?
15        A     We stayed there.  And then we end up
16   getting into it with -- with a girl that was over
17   there, I believe.  We ended up getting into it with
18   one of the girls that were downstairs.  And she was
19   being rude.  And we just end up leaving.
20              Like we was just -- like, you know, if
21   we're going to being mistreated, we can go back
22   where we were.  Like it was -- like, you know, we
23   just kind of weighed our -- weighed out our options,
24   like with each other, and decided that we didn't
25   want to be right there.  We were going to go back to
```



Page 168

1   where we were.

2        Q    When you got to the friend's house, was

3   there -- well, let me back up.

4             Before you left the Days Inn for this

5   short period of time, had you been having sex for

6   money at that time?

7        A    At the Days Inn?

8        Q    Yes.

9        A    Yes, I had.

10       Q    Okay.  When you went to the friend's

11  house, was there any expectation that you would have

12  to have sex for money there?

13       A    I don't -- to the best of my knowledge, I

14  don't believe like -- I don't think -- I don't --

15  well, I'm just -- I just don't remember like what we

16  went to.  I just don't remember what happened.  I

17  remember us having to hitchhike a ride back, and

18  like what we had to do to get a ride.  But I don't

19  remember what happened.  I don't want to make up

20  stuff.  So I mean I don't know that.

21       Q    Okay.  And you don't remember what you and

22  the girl at the friend's house, what -- what

23  happened there?

24       A    I just remember she was being really

25  sassy, and we just didn't like that.  Like, you



Page 175

1   know.  Maybe it was like a week or two, I'm

2   thinking.  Like I don't -- I really -- I don't know

3   like the verbatim time, I don't.

4       Q    Did you ever tell the daytime man who

5   would call the room phone, did you ever tell him

6   what was going on or that you were scared -- or let

7   me -- did you ever tell him what was going on?

8       A    I didn't have to tell him what he already

9   knew, because what's understood don't have to be

10  explained, like -- so it's like he already knew what

11  was going on.  He was more so calling.  It was

12  nothing for me to tell him.  He was calling to see

13  if we had what we needed.

14          He only knew what we needed because he was

15  told what we needed.  Like, you know -- we would

16  tell him like if we needed it, but he already knew

17  what to ask for.  Like, Hey, you guys good?  You

18  need the garbage changed?

19          Yeah.

20          Hey, you guys good?  You need towels?

21          Yeah.

22          Hey, you guys good?  You need a rack?

23          No.

24          Hey, you guys need the garbage taken out?

25          No.



1  housekeeping individual or -- or people that you

2  saw?

3      A    It was either a guy or girl.  From my

4  understanding, they looked like a couple because

5  they came together for the most part.  However, the

6  lady would come by herself, you know, sometimes.

7  They would just come.  Like they would come to

8  change out the garbage cans, the one that sat right

9  by the bathroom door and the one that sat by the

10  front door.  They would walk through.  You know,

11  they would see everything, like they're -- they're

12  well aware of what was going on.  Like they coming

13  and giving towels.  They see all the condoms in the

14  garbage.  The lube is on the dresser.  Everything

15  was just sitting right there.  They just came to

16  pretty much make sure we had clean everything.

17          And one thing they didn't do was like kind

18  of change the bedsheets, but they would leave a

19  stack of bedsheets, just in case we wanted to flip

20  the bedsheets.

21      Q    Okay.  Did you have any conversations with

22  the guy or the girl from housekeeping?

23      A    Knowing me -- I'm not going to say like I

24  remember verbatim.  But, yes, I'm a pretty talkative

25  person.  I always like try to talk to people and

