INVESTIGATIVE SUMMARY

13017078

On Friday March 22, 2013 at approximately 2130 hours DET. MACGILLVARY and I, DET. T. A. LEWIS, did conduct an interview with ▮▮▮ at Clayton County Headquarters Central Headquarters interview room 180. During the course of the interview the following was revealed:

- ▮▮▮
- ▮▮▮
- I asked her for her phone number and she advised her phone was turned off. I reminded her that I took possession of two phones from her at the hotel. She advised the big phone was hers.
- She advised the skinny phone is CHRIS' and the phone number was ▮▮▮
- She advised the phone number to the phone that CHRIS keeps in his possession is ▮▮▮
- I asked her what had occurred since she ran away on 03/16/13 (case 13015762) and she advised on Saturday morning a friend by the name of RIUA came and picked her up
- She advised they went and got ▮▮▮ and later went to the Walmart located off Anvil Block
- They later went to Lake Ridge Parkway where she hid her belongings under the clubhouse

31

 

Page 2                                                                                         13017078

- They went to JADIEN'S house located on Hwy 85 "down the street from the trailer park"
- On Tuesday, while at the Southside Inn, she contacted CHRIS on datehookup.com. She advised he sent her his phone number and she contacted him
- She met CHRIS on "datehookup.com" in January this year
- Wednesday CHRIS picked up her and ███████ and took them to the Days Inn hotel room 123
- She advised CHRIS she needed a place to stay and he responded "I got you".
- She stated CHRIS asked her to come be on his "team".
- She advised CHRIS posted her on backpage.com Thursday night.
- She advised the "2 girl special" ad was posted today
- KE -KE pays for the rooms
- She advised during their duration at room #123 she had sex alone with: 1 individual four different times and 1 other individual two different times. She advised four other individuals came once and they had sex with her and ███████████████████████████████████████████████████
- ███████████████████████████████████████████████████
- She advised CHRIS gets all the money
- CHRIS came everyday at 12 and got the money

32