**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

A.J. and Q.C.,

       Plaintiffs,

v.

MASP, LLC,

       Defendant.

CIVIL ACTION FILE NO.

1:23-CV-04247-JPB

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT
## ON MOTION FOR SUMMARY JUDGMENT

COMES NOW, MASP, LLC, ("Defendant"), and pursuant to Local Rule

7.1(E), hereby requests this Court to grant oral argument on Defendant's Motion

for Summary Judgment in the above-styled civil action.

Respectfully submitted, this 11th day of October, 2024.

SWIFT, CURRIE, McGHEE & HIERS

By:  *Marissa H. Merrill*
      Kori E. Wagner
      Georgia State Bar No. 155438
      Marissa H. Merrill
      Georgia State Bar No. 216039
      Tracy A. Gilmore
      Georgia State Bar No. 633193
      ***Attorneys for Defendant MASP, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199

1

kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

Case 1:23-cv-04247-JPB   Document 66   Filed 10/11/24   Page 2 of 4

## **CERTIFICATE OF COMPLIANCE**

Counsel hereby certifies that this document has been prepared with one of

the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the

Northern District of Georgia, specifically, 14 point, Times New Roman font.

SWIFT, CURRIE, McGHEE & HIERS

By:  *Marissa H. Merrill*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
***Attorneys for Defendant MASP, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that on the 11th day of October, 2024, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **DEFENDANT'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By:   *Marissa H. Merrill*
        Kori E. Wagner
        Georgia State Bar No. 155438
        Marissa H. Merrill
        Georgia State Bar No. 216039
        Tracy A. Gilmore
        Georgia State Bar No. 633193
        ***Attorneys for Defendant MASP, LLC***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4892-2074-8271, v. 1