IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. and Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:23-CV-04247-JPB |

**ORDER TO FILE UNDER SEAL**

The Court, having read and considered Defendant's Motion to File Under Seal and Brief in Support, hereby GRANTS Defendant's Motion and orders the Exhibits to Defendant's Brief In Support of its Motion for Summary Judgment, including Exhibit A – Excerpts of deposition of Alpesh Patel as 30(b)(6) Corporate Representative of MASP, LLC [Doc. 65-4], Exhibit B – Excerpts of MASP, LLC's Interrogatory Responses [Doc. 65-5], Exhibit C – Excerpts of deposition of Q.C. [Doc. 65-6], Exhibit D – Excerpts of deposition of A.J. [Doc. 65-7], Exhibit E – Excerpts of A.J.'s Interrogatory Responses [Doc. 65-8], and Exhibit F – Excerpts from Investigative Summary regarding A.J. [Doc. 65-9], and Exhibit A to Defendant's Motion to Exclude Plaintiff's Expert Witness, Anique Whitmore, Anique Whitmore's Report [Doc. 62-2] to be sealed from public record on the

docket. The Court finds that, given the sensitive and highly intimate nature of the information contained in the transcript, the potential harm to the Plaintiffs' privacy outweighs the public interest in access to such records.

So ORDERED this _____ day of _____, 20\_\_\_.

_____
HONORABLE J. P. BOULEE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

4865-5907-2752, v. 1