UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. & Q.C.,<br><br>　　Plaintiffs,<br><br>v.<br><br>MASP, LLC,<br><br>　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-4247-JPB |

## ENTRY OF APPEARANCE

COMES NOW, Rory A. Weeks, of the law firm of Andersen, Tate & Carr, P.C., and hereby enters an appearance as counsel on behalf of Plaintiffs, A.J. and Q.C., in the above-styled action.

Respectfully submitted this 17th day of October, 2024.

　　　　　　　　　　　　　　　　　　ANDERSEN, TATE & CARR, P.C.

　　　　　　　　　　　　　　　　　　*/s/ Rory A. Weeks*
　　　　　　　　　　　　　　　　　　PATRICK J. MCDONOUGH
　　　　　　　　　　　　　　　　　　Georgia Bar No. 489855
　　　　　　　　　　　　　　　　　　pmcdonough@atclawfirm.com
　　　　　　　　　　　　　　　　　　JONATHAN S. TONGE
　　　　　　　　　　　　　　　　　　Georgia Bar No. 303999
　　　　　　　　　　　　　　　　　　jtonge@atclawfirm.com
　　　　　　　　　　　　　　　　　　RORY A. WEEKS
　　　　　　　　　　　　　　　　　　Georgia Bar No. 113491
　　　　　　　　　　　　　　　　　　rweeks@atclawfirm.com
　　　　　　　　　　　　　　　　　　JENNIFER M. WEBSTER
　　　　　　　　　　　　　　　　　　Georgia Bar No. 760381

                          jwebster@atclawfirm.com
                          *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                        ANDERSEN, TATE & CARR, P.C.

                        */s/ Rory A. Weeks*
                        PATRICK J. MCDONOUGH
                        Georgia Bar No. 489855
                        pmcdonough@atclawfirm.com
                        JONATHAN S. TONGE
                        Georgia Bar No. 303999
                        jtonge@atclawfirm.com
                        RORY A. WEEKS
                        Georgia Bar No. 113491
                        rweeks@atclawfirm.com
                        JENNIFER M. WEBSTER
                        Georgia Bar No. 760381
                        jwebster@atclawfirm.com
                        *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile