UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

A.J. and Q.C.,

      Plaintiffs,

    v.

MASP, LLC,

      Defendant.

CIVIL ACTION NO.
1:23-CV-04247-JPB

## ORDER

This matter comes before the Court on Plaintiffs' unopposed Motion for Leave to File Under Seal [Doc. 64] and Defendant's unopposed Motion for Leave to File Under Seal [Doc. 67].  For good cause shown, both motions are **GRANTED**.

**THE CLERK IS DIRECTED** to seal the following documents:  Doc. 60, Doc. 61, Doc. 62-2 Doc. 63-1, Doc. 63-2, Doc. 63-3, Doc. 63-4, Doc. 63-5, Doc. 63-6, Doc. 63-7, Doc. 63-8, Doc. 63-9, Doc. 63-10, Doc. 63-11, Doc. 63-12, Doc. 63-13, Doc. 63-14, Doc. 65-4, Doc. 65-5, Doc. 65-6, Doc. 65-7, Doc. 65-8 and Doc. 65-9.  The documents shall remain under seal until further order of this Court.

**SO ORDERED** this 18th day of October, 2024.

J. P. BOULEE
United States District Judge