# Ex. 2-Report of Anique Whitmore, LPC Provisionally Filed Under Seal