UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. & Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:23-cv-4247-JPB |

**PROPOSED ORDER ON PLAINTIFFS' MOTION TO SEAL**

Now before this Court is Plaintiffs' Motion to Seal. Plaintiffs request leave to file the following documents under seal:

| Ex. No. | Description | Redacted or Requested to be Sealed |
|---|---|---|
| 2 | Expert Report of Anique Whitmore, LPC | Slip Sheet; Filed Under Seal |

For good cause shown, this motion is **GRANTED**. Plaintiffs are authorized to file under seal the documents identified in Plaintiffs' motion.

SO ORDERED this _____ day of _____, 2024.

_____
J.P. BOULEE
United States District Judge

1