UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. and Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:23-CV-04247-JPB |

# ORDER

This matter comes before the Court on Plaintiffs' Motion to File Under Seal [Doc. 73]. For good cause shown, the motion is **GRANTED**.

**THE CLERK IS DIRECTED** to seal the Expert Report of Anique Whitmore, LPC [Doc. 72-1]. The report shall remain under seal until further order of this Court.

**SO ORDERED** this 29th day of October, 2024.

J. P. BOULEE
United States District Judge