UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. & Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:23-cv-4247-JPB |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs A.J. and Q.C. and Defendant MASP, LLC request an extension of time until November 8, 2024 to respond to the Motions for Summary Judgment and file replies to Motions for Summary Judgment no later than November 22, 2024, showing this honorable Court as follows:

1.

Plaintiffs' counsel is currently preparing for trial in the Northern District of Georgia, Atlanta Division (*H.B. v. Red Roof Inns, Inc., et al.*, Case No.1:22-cv-01181-JPB). The trial commences on November 12, 2024.

2.

Given the demanding nature of trial, the parties agree that an extension of time is necessary to file responses and replies to the Motions for Summary Judgment.

3.

Accordingly, the parties request an extension of time until November 8, 2024 to respond to the Motions for Summary Judgment and file replies to Motions for Summary Judgment no later than November 22, 2024.

4.

The parties present this motion to the Court in good faith and not for purposes of delay. The parties do not anticipate needing additional extensions.

Respectfully submitted this 30th day of October, 2024.

                                    ANDERSEN, TATE & CARR, P.C.

                                    */s/ Jonathan S. Tonge*
                                    PATRICK J. MCDONOUGH
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    JONATHAN S. TONGE
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    RORY A. WEEKS
                                    Georgia Bar No. 113491
                                    rweeks@atclawfirm.com
                                    JENNIFER M. WEBSTER
                                    Georgia Bar No. 760381
                                    jwebster@atclawfirm.com
                                    *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

SWIFT, CURRIE, McGHEE & HIERS

*/s/ Kori E. Wagner*
KORI E. WAGNER
Georgia Bar No. 155438
Kori.wagner@swiftcurrie.com
MARISSA H. MERRILL
Georgia Bar No. 216039
Marissa.merrill@swiftcurrie.com
TRACY A. GILMORE
Georgia Bar No.  633193
Tracy.gilmore@swiftcurrie.com
*Attorneys for Defendant*

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
(404) 888-6162 | Telephone
(404) 888-6199 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Jonathan S. Tonge*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        RORY A. WEEKS
                                        Georgia Bar No. 113491
                                        rweeks@atclawfirm.com
                                        JENNIFER M. WEBSTER
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com
                                        *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 30th day of October, 2024.

                              ANDERSEN, TATE & CARR, P.C.

                              */s/ Jonathan S. Tonge*
                              PATRICK J. MCDONOUGH
                              Georgia Bar No. 489855
                              pmcdonough@atclawfirm.com
                              JONATHAN S. TONGE
                              Georgia Bar No. 303999
                              jtonge@atclawfirm.com
                              RORY A. WEEKS
                              Georgia Bar No. 113491
                              rweeks@atclawfirm.com
                              JENNIFER M. WEBSTER
                              Georgia Bar No. 760381
                              jwebster@atclawfirm.com
                              *Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile