UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. & Q.C.,<br><br>  Plaintiffs,<br><br>v.<br><br>MASP, LLC,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-4247-JPB |

**[PROPOSED] ORDER**

HAVING REVIEWED the parties' Consent Motion for Extension of Time, the Court enters the following:

(a) The parties shall file their responses to Motions for Summary Judgment on or before November 8, 2024; and

(b) The parties shall file their replies to Motions for Summary Judgment on or before November 22, 2024.

SO ORDERED, this ___ day of _____, 2024.

_____
J.P. BOULEE
United States District Judge

Consented and Prepared by:

ANDERSEN, TATE, & CARR, P.C.
Patrick J. McDonough
Georgia Bar No. 489855

pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Rory A. Weeks
Georgia Bar No. 113491
rweeks@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Telephone: (770) 822-0900
Facsimile:  (770) 822-9680
*Attorneys for Plaintiffs*

SWIFT, CURRIE, McGHEE & HIERS
Kori E. Wagner
Georgia Bar No. 155438
kori.wagner@swiftcurrie.com
Marissa H. Merrill
Georgia Bar No. 216039
marissa.merrill@swiftcurrie.com
Tracy A. Gilmore
Georgia Bar No. 633193
tracy.gilmore@swiftcurrie.com
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 888-6162
Facsimile:  (404) 888-6199
*Attorneys for Defendant*