UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. and Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:23-CV-04247-JPB |

### **ORDER**

This matter comes before the Court on the parties' Consent Motion for Extension of Time [Doc. 75]. For good cause shown, the motion is **GRANTED**.

The parties shall file their responses to Motions for Summary Judgment on or before November 8, 2024, and their replies to Motions for Summary Judgment on or before November 22, 2024.

**SO ORDERED** this 1st day of November, 2024.

_____
**J. P. BOULEE**
United States District Judge