# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| A.J. and Q.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASP, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:23-CV-04247-JPB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **Defendant MASP, LLC's Fed. R. Civ. P. 68 Offer of Judgment** upon all counsel of record by certified mail, proper postage paid, and email:

> Patrick J. McDonough
> Jonathan S. Tonge
> Jennifer M. Webster
> Andersen, Tate, and Carr, P.C.
> One Sugarloaf Centre
> 1960 Satellite Boulevard
> Suite 4000
> Duluth, GA 30097
> pmcdonough@atclawfirm.com
> jtonge@atclawfirm.com
> jwebster@atclawfirm.com

This 5th day of November, 2024.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Kori E. Wagner*
Kori E. Wagner
Georgia Bar No.: 155438
Marissa H. Merrill
Georgia Bar No.: 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
*Attorneys for Defendant MASP, LLC*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:   404.874.8800
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4866-6654-0022, v. 1