# Holly Lewis

| | |
|---|---|
| From: | ganddb_efile_notice@gand.uscourts.gov |
| Sent: | Tuesday, April 2, 2024 9:23 AM |
| To: | CourtMail@gand.uscourts.gov |
| Subject: | Activity in Case 1:23-cv-04247-JPB A.J. et al v. MASP, LLC Order on Motion for Extension of Time to Complete Discovery |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 4/2/2024 at 9:22 AM EDT and filed on 4/2/2024
**Case Name:** A.J. et al v. MASP, LLC
**Case Number:** 1:23-cv-04247-JPB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**This matter is before the Court on the [34] Motion for Extension of Time to Complete Discovery. The motion is GRANTED IN PART. The deadlines for parties to complete discovery is extended through and including August 14, 2024. Dispositive motions are due September 13. Given the lengthy period of discovery, parties are notified that future extensions are unlikely. So ordered by Judge J. P. Boulee on April 2, 2024. (jkl)**

**1:23-cv-04247-JPB Notice has been electronically mailed to:**

Jennifer Webster    jwebster@atclawfirm.com

Jonathan Tonge    jtonge@atclawfirm.com, adigiorgio@atclawfirm.com, arivera@atclawfirm.com, jkirkland@atclawfirm.com, pmcdonough@atclawfirm.com, tscarberry@atclawfirm.com

Kori Wagner    kori.wagner@swiftcurrie.com, holly.lewis@swiftcurrie.com

Marissa Holly Merrill    marissa.merrill@swiftcurrie.com, pamela.mcelroy@swiftcurrie.com

Patrick J. McDonough    pmcdonough@atclawfirm.com, tscarberry@atclawfirm.com

1

Exhibit A