# Holly Lewis

| | |
|---|---|
| **From:** | Jonathan S. Tonge <jtonge@atclawfirm.com> |
| **Sent:** | Monday, July 22, 2024 4:50 PM |
| **To:** | Kori Wagner; Tracy Gilmore; Marissa H. Merrill; Pat McDonough; Jennifer M. Webster; Alexis O. Rivera |
| **Subject:** | AJ/QC Deadlines |

Hey guys, I was looking at the scheduling order we have and we don't have any deadlines for experts. Would you guys like to file a request not to extend discovery (which I think the judge indicated he did not want to do) but to add deadlines for expert disclosures?

Right now discovery ends on Aug. 14. Would you guys be aggreeable to proposing expert disclosures on Sept. 13, rebuttals Oct. 11, and MSJ Nov. 8?

**Jonathan S. Tonge**
Attorney at Law

Tel: 770-822-0900
Fax: 770-236-9784
Email: jtonge@atclawfirm.com
Web: www.atclawfirm.com



ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
Map and Directions

1

Exhibit B