IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| A.J. and Q.C., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO. |
| | : | 1:23-CV-04247-JPB |
| v. | : | |
| | : | |
| MASP, LLC, | : | |
| | : | |
| Defendant. | : | |

## VERIFICATION

PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, **Alpesh Patel**, who, after being duly sworn, deposes and states that the statements contained in **Defendant MASP, LLC's Responses and Objections to Plaintiffs' First Continuing Interrogatories** are true and correct to the best of his knowledge, information, and belief.

This 24th day of July, 2024.

_____
**Authorized Representative of MASP, LLC**

Sworn to and subscribed to before me
this 24th day of July, 2024.

_____
NOTARY PUBLIC

[Notary Seal: Tammy Turner, Notary Public, Cherokee County, GA, Exp. Sept. 14, 2025]