

ATLANTA / BIRMINGHAM

December 27, 2024

Courtroom Deputy Clerk for the
Honorable J.P. Boulee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA  30303-3309

      Re:    *A.J. and Q.C. v. MASP, LLC*
              USDC; Northern District; Atlanta Division
              Civil Action File No.: 1:23-cv-04247-JPB

Dear Sir/Madam:

      I am counsel for Defendant MASP, LLC in the above-styled action and pursuant to Local Rule 83.1.E(3), I am writing to request that said case not be calendared during the aforesaid period.

- January 16, 2025;
- February 20 – March 5, 2025;
- March 20-21, 2025;
- May 8-9, 2025;
- May 15-16, 2025;
- December 22-23, 2025; and
- December 29-31, 2025

      By copy of this letter, I am informing opposing counsel of my request for a leave of absence.  I understand that I am not relieved from other deadline requirements absent the Court's approval.

                                              Very truly yours,

                                              *Kori E. Wagner*

                                              Kori E. Wagner

KEW:hml
cc:  All Counsel of Record (via the CM/ECF system)
4931-0765-9786, v. 1