UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J. & Q.C.,<br>  Plaintiff,<br><br>v.<br><br>MASP, LLC,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-4247-JPB |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

It appearing to the Court that Patrick J. McDonough, Esq., lead counsel for Plaintiff A.J. & Q.C, will be away from the practice of law for the multiple dates listed in his Motion.

It is therefore **ORDERED** that Patrick J. McDonough be, and hereby is, **GRANTED** leave from being called to appear in this matter for those same dates.

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
JUDGE J.P. BOULEE
United States District Judge
Northern District of Georgia


EXHIBIT "A"