**swift/currie**  ATLANTA / BIRMINGHAM

March 3, 2025

Courtroom Deputy Clerk for the Honorable J.P. Boulee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA  30303-3309

> **Re:** *A.J. and Q.C. v. MASP, LLC*; USDC; Northern District; Atlanta Division; Civil Action File No.: 1:23-cv-04247-JPB

Dear Sir/Madam:

I am co-counsel for Defendant MASP, LLC in the above-styled action and pursuant to Local Rule 83.1.E(3), I am writing to request that said case not be calendared during the aforesaid period.

- May 1-2, 2025;
- July 2-3, 21-25, 2025;
- August 13-15, 2025;
- September 2-5, 2025;
- November 26, 28, 2025; and
- December 5, 23-24, 26, 29, 2025.

By copy of this letter, I am informing opposing counsel of my request for a leave of absence. I understand that I am not relieved from other deadline requirements absent the Court's approval.

SWIFT, CURRIE, MCGHEE & HIERS, LLP

Marissa H. Merrill

1

cc: All Counsel of Record (via the CM/ECF system)

MHM/PLM
Encl.

4931-0765-9786, v. 2