**swift/currie**                                    ATLANTA / BIRMINGHAM

March 3, 2025

Mr. Harry Martin
Courtroom Deputy Clerk for the
Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA  30303-3309

>    Re:   *C.B. v. Naseeb Investments, Inc. d/b/a The Hilltop Inn a/k/a Econolodge*
>          **USDC; Northern District; Atlanta Division**
>          **Civil Action File No.: 1:20-cv-04213-AT**

Dear Mr. Martin:

   I am counsel for Defendant Naseeb Investments, Inc. d/b/a The Hilltop Inn a/k/a Econolodge in the above-styled action and pursuant to Local Rule 83.1.E(3), I am writing to request that said case not be calendared during the aforesaid period.

- May 1-2, 2025;
- July 2-3, 21-25, 2025;
- August 13-15, 2025;
- September 2-5, 2025;
- November 26, 28, 2025; and
- December 5, 23-24, 26, 29, 2025.

   By copy of this letter, I am informing opposing counsel of my request for a leave of absence.  I understand that I am not relieved from other deadline requirements absent the Court's approval.

                                        Sincerely,

1

                                  SWIFT, CURRIE, MCGHEE & HIERS, LLP

                                  Marissa H. Merrill

MHM/PLM
Encl.

4925-1184-1827, v. 1

2