

ATLANTA / BIRMINGHAM

April 28, 2025

Courtroom Deputy Clerk for the Honorable J.P. Boulee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA  30303-3309

      Re:   *A.J. and Q.C. v. MASP, LLC*; USDC; Northern District; Atlanta Division; Civil Action File No.: 1:23-cv-04247-JPB

Dear Sir/Madam:

    I am co-counsel for Defendant MASP, LLC in the above-styled action and pursuant to Local Rule 83.1.E(3), I am writing to request that said case not be calendared during the aforesaid period.

- **May 1-2, 2025;**
- **July 2-3, 2025;**
- **August 13-15, 18, 2025;**
- **September 5, 8-12, 15, 2025;**
- **November 26, 28, 2025; and**
- **December 5, 23-24, 26, 29, 2025.**

    By copy of this letter, I am informing opposing counsel of my request for a leave of absence.  I understand that I am not relieved from other deadline requirements absent the Court's approval.

                SWIFT, CURRIE, MCGHEE & HIERS, LLP

                */s/ Marissa H. Merrill*

                Marissa H. Merrill

cc:  All Counsel of Record (via the CM/ECF system)

MHM/jrp

2