UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.J., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MASP, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:23-CV-04247-JPB |

## ORDER

The parties have requested mediation before a United States Magistrate Judge. This matter is hereby **REFERRED** to Chief United States Magistrate Judge Russell G. Vineyard to be assigned to the appropriate United States Magistrate Judge for mediation. The case shall remain administratively closed.

**SO ORDERED** this 14th day of August, 2025.

J. P. BOULEE
United States District Judge