# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-04247-JPB
### A.J. et al v. MASP, LLC
### Honorable J. Elizabeth McBath

Minute Sheet for proceedings held In Open Court on 09/19/2025.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 4:52 P.M.
TIME IN COURT: 7:22
OFFICE LOCATION: Atlanta
TAPE NUMBER: Zoom
DEPUTY CLERK: Neethu Varghese

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Patrick McDonough representing A.J.<br>Patrick McDonough representing Q.C.<br>Marissa Merrill representing MASP, LLC<br>Jonathan Tonge representing A.J.<br>Jonathan Tonge representing Q.C. |
| OTHER(S) PRESENT: | Keith Walters representing Defendant MASP, LLC<br>Jason Eson representing Defendant MASP, LLC<br>Christopher Wadley representing Defendant MASP, LLC<br>Aaron Singer representing Defendant MASP, LLC<br>A.J., Plaintiff, Q.C., Plaintiff |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | A settlement conference was held. The parties participated in mediation and reached a settlement agreement. Magistrate Judge J. Elizabeth McBath terminated as the settlement judge. Time in court includes phone calls with parties. |